Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com

*Attorneys for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No. 07-2813 BZ<br><br>**NOTICE OF FILING**<br>**OF CONSENT TO JOIN FORMS** |

717765.1

NOTICE OF FILING OF CONSENT TO JOIN FORMS
CASE NO. 07-2813 BZ

The Consent to Join forms of the following individuals are attached hereto as Exhibit A. These individuals choose to participate in this Fair Labor Standards Act collective action, and they choose to be represented by the attorneys for Plaintiffs in this action.

1. Ahmed Higazi
2. Orlando Wynn

Respectfully submitted,

Dated: June 27, 2007    By:    */s/ Jahan C. Sagafi*
                          Jahan C. Sagafi

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com

*Attorneys for Plaintiff and the proposed Class*

# EXHIBIT A

Case 5:07-cv-02813-JW   Document 5   Filed 06/27/2007   Page 3 of 5

## **CONSENT TO JOIN FORM**

**Consent to sue under the Fair Labor Standards Act (FLSA)**

I work or worked for Cadence Design Systems, Inc. (Cadence) at some point after May 30, 2004 as a Systems Engineer.

I choose to participate in the FLSA collective action titled *Higazi v. Cadence*, in pending in the United States District Court for the Northern District of California.

I choose to be represented in this matter by the named plaintiff in this action.


Print Name:        Ahmed Higazi

Signature:         /s/ Ahmed H.

Date Signed:       5/30/2007

627513.1

## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for Cadence Design Systems, Inc. (Cadence) at some point after May 30, 2004 as a Systems Engineer.

I choose to participate in the FLSA collective action titled *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2831 BZ (N.D. Cal.), to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state law.

I choose to be represented in this matter by the named plaintiff and counsel (Lieff, Cabraser, Heimann & Bernstein, LLP, and Altshuler Berzon LLP) in this action.

Print Name: Orlando L. Wynn

Signature: [signature]

Date Signed: 6/1/2007

627513.1