1  M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
   THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
2  MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
   ANDREA M. LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6
   Attorneys for Defendant
7  CADENCE DESIGN SYSTEMS, INC.

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                SAN FRANCISCO DIVISION
11

12
13 AHMED HIGAZI, on behalf of himself         CASE NO. 3:07-CV-02813 BZ
   and a class of those similarly situated,
14                                             **DEFENDANT'S NOTICE OF MOTION
            Plaintiff,                         AND MOTION FOR INTRADISTRICT
15                                             VENUE TRANSFER**
        vs.
16 CADENCE DESIGN SYSTEMS, INC.,              Date:    August 22, 2007
                                               Time:    10:00 a.m.
17          Defendant.                         Ct. Rm.: G, 14th Fl.
                                               Judge:   Hon. Bernard Zimmerman
18
19                                             [LOCAL RULE 3-2]
20
21
22
23
24
25
26
27
28

CASE NO. 3:07-CV-02813 BZ                              DEFENDANT'S NOTICE OF MOTION AND
LEGAL_US_W # 56455804.2                                MOTION FOR INTRADISTRICT VENUE
                                                       TRANSFER

T0 PLAINTIFF AHMED HIGAZI AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Wednesday, August 22, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom G of this Court, located at 450 Golden Gate Avenue, 14th Floor, San Francisco, California, before the Honorable Bernard Zimmerman, defendant Cadence Design Systems, Inc. ("Cadence"), will and does move this Court, pursuant to Local Rule 3-2 and 28 U.S.C. section 1404(a), to transfer venue of this action from the San Francisco Division of the Northern District of California to the San Jose Division.

This motion is made on the grounds that the action arises in the San Jose Division and the convenience of the parties and witnesses and the interest of justice would be served by changing the venue of this action to the San Jose Division, where Plaintiff worked for Cadence, where Cadence is located, where the witnesses and records relevant to Plaintiff's claims are located, and where most of the putative class members are employed.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the Declarations of Denise Mooradian, Kanishka de Lanerolle, and Cheryl Sweazy-Root, the Court's records and files of this action, and such evidence and argument as may be presented at the hearing on the motion.

DATED:  June 28, 2007          THOMAS E. GEIDT
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP


                               By:     /s/
                                      THOMAS E. GEIDT

                               Attorneys for Defendant
                               CADENCE DESIGN SYSTEMS, INC.

CASE NO. 3:07-CV-02813 BZ                -1-          DEFENDANT'S NOTICE OF MOTION AND
LEGAL_US_W # 56455804.2                               MOTION FOR INTRADISTRICT VENUE
                                                      TRANSFER