1  M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
   THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
2  MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
   ANDREA M. LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6  Attorneys for Defendant
   CADENCE DESIGN SYSTEMS, INC.
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 AHMED HIGAZI, on behalf of himself and a    CASE NO. 3:07-CV-02813 BZ
   class of those similarly situated,
13
              Plaintiff,                      **DECLARATION OF DENISE**
14                                            **MOORADIAN IN SUPPORT OF**
       vs.                                    **DEFENDANT CADENCE DESIGN**
15                                            **SYSTEMS INC.'S MOTION FOR**
   CADENCE DESIGN SYSTEMS, INC.,              **INTRADISTRICT VENUE TRANSFER**
16
              Defendant.                      Date: August 22, 2007
17                                            Time: 10:00 a.m.
                                              Courtroom: G, 14th Floor
18                                            Judge: Hon. Bernard Zimmerman
19
20
21
22
23
24
25
26
27
28
   CASE NO. 3:07-CV-02813 BZ                  DECLARATION OF DENISE MOORADIAN ISO
                                              DEFENDANT'S MOTION FOR INTRADISTRICT
                                              TRANSFER

I, Denise Mooradian, declare:

1. I am the Human Resources Information Management ("HRIM") Manager for defendant Cadence Design Systems, Inc. in California. I make this declaration in support of Cadence's motion for an intradistrict transfer of venue. I have personal knowledge or have been informed in my capacity as company representative of the facts set forth below and could and would competently testify to them if called as a witness.

2. As the HRIM Manager, I am responsible for Cadence's HR data systems and for establishing consistency in HR forms, reports, transactions and recordkeeping practices. I have access to Cadence's various human resources records and data bases, which Cadence maintains in the course of a regularly conducted business activity. In connection with this declaration, some of these records and data bases have been accessed and reviewed.

3. The HR managers responsible for Cadence's US IT organization have consistently worked out of our San Jose facility. In fact, the majority of Cadence's US HR staff is located in San Jose.

### Facts Regarding Plaintiff

4. The San Jose office where plaintiff worked is located in Santa Clara County, which as I understand, is located in the geographical boundaries of the San Jose Division of the United States District Court for the Northern District of California.

5. The employment records reflect that Plaintiff worked for MCI on a contract to provide services to Cadence from June 24, 1997 to July 14, 1999. Cadence hired Plaintiff on July 14, 1999 and employed him through August 28, 2004 when his employment terminated. The employment records reflect that Plaintiff was assigned to Cadence's San Jose office for the entire period of his employment, and that Plaintiff was never transferred to another location or assigned

to work anywhere but San Jose. The employment records further reflect that Plaintiff was an exempt, salaried employee who worked in the following positions during his employment with Cadence:

| Start Date | End Date | Position |
|---|---|---|
| 1999-07-14 | 1999-11-01 | Principal Program Analyst |
| 1999-11-01 | 2001-01-01 | Principal Systems Engineer I |
| 2001-01-01 | 2002-05-16 | Staff Systems Engineer |
| 2002-05-16 | 2004-08-28 | Staff Systems Administrator |

6. The personnel files for all Cadence U.S. employees are located in San Jose. Thus, the personnel file of Plaintiff is stored in San Jose.

7. Cadence stores the following information relating to ERISA Benefit Plans in the San Jose office: the 401(k) plan and all amendments, the summary plan description and all SMMs (Summaries of Material Modifications), and 5500s, including the auditor's reports.

8. The employment records reflect that while working in the San Jose office as an employee of Cadence, Plaintiff reported to the following managers, all of whom work(ed) themselves in the San Jose office:

| Manager's Name | Start Date | End Date | Work location |
|---|---|---|---|
| Ciaccio, Robert | 1999-07-14 | 2000-03-16 | San Jose |
| Arora, Samir | 2000-03-16 | 2001-06-01 | San Jose |
| de Lanerolle, Kanishka | 2001-06-01 | 2004-06-22 | San Jose |
| Sweazey-Root, Sheryl | 2004-06-22 | 2004-08-28 | San Jose |

LEGAL_US_W    DEFENDANT'S MOTION FOR INTRADISTRICT

9. Of these managers, the three who remain employed by Cadence as of this date, Samir Arora, Sheryl Sweazey Root and Kanishka de Lanerolle, all work out of the San Jose office.

10. The employment records reflect that many of the former coworkers of the Plaintiff reside in or near San Jose.

11. I am informed and believe that most of the records relevant to Plaintiff's employment duties and 401(k) plan, with Cadence are located at or near San Jose.

### Distribution of Cadence's Employees

12. It is my understanding that the San Jose Division of the Northern District of California encompasses the counties of Santa Clara, Santa Cruz, San Benito, and Monterey. San Jose is located in Santa Clara County. The number of U.S. IT employees that Cadence employs within the area encompassed by the San Jose Division of the Northern District equals 63.93% of Cadence's total U.S. IT population.

13. It is my understanding that the San Francisco and Oakland Divisions of the Northern District of California encompass the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo, and Sonoma. Berkeley is located in Alameda County. Only one IT employee works in the Berkeley, CA personnel area. This one person is the only IT employee who works in the area encompassed by the San Francisco and Oakland Divisions and equals 0.46% of Cadence's total U.S. IT population.

14. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

1  I declare, under penalty of perjury under the laws of California and the United
2  States, that the information above is true and correct.

4  Executed this 14th day of June, 2007, at San Diego, California.

*/s/ Denise Mooradian*
DENISE MOORADIAN

7  LEGAL_US_W # 56456497.1