# Exhibit A

## CONSENT TO JOIN FORM

### Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for Cadence Design Systems, Inc. (Cadence) at some point after May 30, 2004 as a Systems Engineer.

I choose to participate in the FLSA collective action titled *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2831 BZ (N.D. Cal.), to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state law.

I choose to be represented in this matter by the named plaintiff and counsel (Lieff, Cabraser, Heimann & Bernstein, LLP, and Altshuler Berzon LLP) in this action.

Print Name: Raquel Candelaria

Signature: *[signed]*

Date Signed: 6/27/07

627513.1