UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated, | ) ) ) | No. C07-2813 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **BRIEFING ORDER** |
| CADENCE DESIGN SYSTEMS, INC., | ) ) ) | |
| Defendant(s). | ) ) | |

With respect to Defendant's Motion For Intradistrict Venue Transfer, **IT IS ORDERED** as follows:

1. If plaintiff intends to oppose the motion, he shall file his opposition by **July 13, 2007.** Any reply shall be filed by **July 20, 2007.**

2. The hearing scheduled for August 22, 2007 is **VACATED,** as there is no civil law and motion calendar that day. The court will scheduled a hearing if it concludes one is necessary.

Dated: June 29, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HIGAZI\ORDER.wpd

1