1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
2  THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
   MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   CADENCE DESIGN SYSTEMS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | AHMED HIGAZI, on behalf of himself and a class of those similarly situated, | CASE NO. 3:07-CV-02813 BZ |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |
| vs. | |
| CADENCE DESIGN SYSTEMS, INC., | |
| Defendant. | |

     CONSENT TO ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant,

Cadence Design Systems, Inc., hereby consents to the jurisdiction of Magistrate Judge Bernard

Zimmerman in this case for trial and all other purposes, without waiving its pending request for

an intradistrict venue transfer.

Dated:  June 29, 2007              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                   By: _____/s/_____
                                       MOLLY A. HARCOS
                                       Attorneys for Defendant
                                       CADENCE DESIGN SYSTEMS, INC.

LEGAL_US_W # 56553413.1