```
 1  M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
    THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
 2  MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
    ANDREA M. LINDEMANN (SB# 244937) andrealindemann@paulhastings.com
 3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
 4  Twenty-Fourth Floor
    San Francisco, CA 94105-3441
 5  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
 6  Attorneys for Defendant
    CADENCE DESIGN SYSTEMS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 3:07-CV-02813 BZ<br><br>**DECLARATION OF SHERYL SWEAZEY-ROOT IN SUPPORT OF DEFENDANT CADENCE DESIGN SYSTEMS INC.'S MOTION FOR INTRADISTRICT VENUE TRANSFER**<br><br>Date: August 1, 2007<br>Time: 10:00 a.m.<br>Courtroom: G, 14th Floor<br>Judge: Hon. Bernard Zimmerman |

CASE NO. 3:07-CV-02813 BZ

LEGAL_US_W # 56462100.3

DECLARATION OF SHERYL SWEAZEY-ROOT ISO DEFENDANT'S MOTION FOR INTRADISTRICT TRANSFER

I, Sheryl Sweazey-Root, declare:

1. I am employed as an IT Group Director for defendant Cadence Design Systems, Inc., located at 2655 Seely Avenue, San Jose, California 95134. I have worked at Cadence since April 13, 1998, and throughout my employment I have resided in San Jose and worked at Cadence's San Jose facility. I make this declaration in support of Cadence's motion for an intradistrict transfer of venue. I have personal knowledge of the facts set forth below and could and would competently testify to them if called as a witness.

2. In my current position as IT Group Director, I manage the IT Department's Worldwide Lifecycle team, which is responsible for managing Cadence-specific operating system images. I have held this position since April 1, 2006. My prior job title was IT Director. I held that title from October 2003 through March 2006.

3. Plaintiff Ahmed Higazi reported directly to me directly from approximately June 22, 2004 to August 28, 2004, when his employment with Cadence ended. During this time, Higazi was assigned to work at Cadence's San Jose facility. His main job duty when I supervised him was to manage Cadence's image lab, which was located at its San Jose facility. This job required Higazi to be physically present in the lab. Higazi was transferred to the image group to help facilitate a team that required hands-on support and supervision at the San Jose facility.

4. During the time that Higazi reported to me, he was based in San Jose and performed most, if not all, of his work in San Jose. I am not aware of any work that he performed away from Cadence's San Jose facility on more than a sporadic or isolated basis. If he performed any work outside of San Jose on more than a sporadic basis, he did not do so at my direction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

CASE NO. 3:07-CV-02813 BZ
LEGAL_US_W
# 56462100.3
-2-
DECLARATION OF SHERYL SWEAZEY-ROOT ISO DEFENDANT'S MOTION FOR INTRADISTRICT TRANSFER

1    Executed this  20  day of June, 2007, at San Jose, California.

2

3                                          _____
                                                  SHERYL SWEAZEY-ROOT
4    LEGAL_US_W # 56462100.1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:07-CV-02813 BZ

-3-

LEGAL_US_W
# 56462100.3

DECLARATION OF SHERYL SWEAZEY-ROOT ISO
DEFENDANT'S MOTION FOR INTRADISTRICT
TRANSFER