1 Kelly M. Dermody (SBN 171716)
2 Jahan C. Sagafi (SBN 224887)
  LIEFF, CABRASER, HEIMANN &
3   BERNSTEIN, LLP
  275 Battery Street, 30th Floor
4 San Francisco, CA 94111-3339
  Telephone: (415) 956-1000
5 Facsimile: (415) 956-1008
6 E-Mail: kdermody@lchb.com
  E-Mail: jsagafi@lchb.com
7

8 James M. Finberg (SBN 114850)
  Eve H. Cervantez (SBN 218029)
9 ALTSHULER BERZON LLP
  177 Post Street, Suite 300
10 San Francisco, CA 94108
  Telephone: (415) 421-7151
11 Facsimile: (415) 362-8064
12 E-Mail: jfinberg@altshulerberzon.com
  E-Mail: ecervantez@altshulerberzon.com
13

*Attorneys for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No.: 07-2813 SC<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR INTRADISTRICT VENUE TRANSFER** |

Plaintiff Ahmed Higazi, on behalf of himself and all those similar situated, hereby declares that he has no opposition to Defendant Cadence Design Systems, Inc.'s motion to transfer venue of this action from the San Francisco Division of the Northern District of California to the San Jose Division (Doc. No. 6), filed June 28, 2007.

Respectfully submitted,

Dated: July 2, 2007        By:        */s/ Eve H. Cervantez*
                                       Eve H. Cervantez

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 218029)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

*Attorneys for Plaintiff and the proposed Class*

---

STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR INTRADISTRICT VENUE TRANSFER
CASE NO. 07-2813 SC