M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
THOMAS E. GEIDT (SB# 080955) tomgeidt@paulhastings.com
MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
CADENCE DESIGN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 3:07-CV-02813 SC<br><br>**DEFENDANT CADENCE DESIGN SYSTEMS, INC.'S RENOTICE OF MOTION AND MOTION FOR INTRADISTRICT VENUE TRANSFER**<br><br>Date: August 28, 2007<br>Time: 9:30 a.m.<br>Ct. Rm.: 11, 19th Fl.<br>Judge: Hon. Martin J. Jenkins |

TO PLAINTIFF AHMED HIGAZI AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, August 28, 2007, at 9:30 a.m., or as soon as the matter may be heard, in Courtroom 11 of this Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California, before the Honorable Martin J. Jenkins, defendant Cadence Design Systems, Inc. ("Cadence"), will and does move this Court, pursuant to Local Rule 3-2 and 28 U.S.C. section 1404(a), to transfer venue of this action from the San Francisco Division of the Northern District of California to the San Jose Division.

Pursuant to the Court's July 10, 2007 Reassignment Order, Cadence hereby renotices for hearing its previously-filed Motion for Intradistrict Venue Transfer, should a hearing be needed. However, in light of Plaintiff's non-opposition to this motion, filed on July 2, 2007, Cadence will defer to the Court as to whether a hearing is necessary.

This motion is made on the grounds that the action arises in the San Jose Division and the convenience of the parties and witnesses and the interest of justice would be served by changing the venue of this action to the San Jose Division, where Plaintiff worked for Cadence, where Cadence is located, where the witnesses and records relevant to Plaintiff's claims are located, and where most of the putative class members are employed.

This motion is based on this Renotice of Motion and Motion, the Notice of Motion and Motion for Intradistrict Venue Transfer and Memorandum of Points and Authorities and Declarations in support thereof, originally filed on June 28, 2007, the papers and pleadings on file herein,

///
///
///
///
///

1 | and such other oral and/or documentary evidence as may be presented at the hearing of this
2 | matter.

4 | DATED: July 23, 2007                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

6 | By: _____/s/_____
                                                                MOLLY HARCOS

Attorneys for Defendant
CADENCE DESIGN SYSTEMS, INC.

LEGAL_US_W # 56580380.2