James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

*Attorneys for Plaintiff and the proposed Class*

Kirby C. Wilcox (SBN 78576)
Thomas E. Geidt (SBN 80955)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-Mail: kirbywilcox@paulhastings.com
E-Mail: tomgeidt@paulhastings.com

*Attorneys for the Defendant Cadence Design Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No. C 07-2813 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TOLLING FLSA CLAIMS**<br><br>**COLLECTIVE ACTION**<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

1     WHEREAS, plaintiffs asked defendant to produce a computer readable list of the names and last known addresses of the group of persons defined in paragraph 9 of the Complaint as the "Nationwide FLSA Collective Plaintiffs," in order to gather information from those persons and to inform those persons that the statute of limitations on FLSA claims continues to run until one submits a consent to join claim;

    WHEREAS, defendant is not prepared to produce such a list at this stage in the litigation, but recognizes that plaintiffs will have more flexibility in working out a mutually acceptable discovery and motions schedule if the FLSA statute of limitations is tolled;

    The Parties, through their counsel of record, hereby stipulate and agree as follows:

1. The statute of limitations on the FLSA claim of the Nationwide FLSA Collective Plaintiffs shall be tolled from August 27, 2007 through the later of (1) the end of the opt in period set by any order granting *Hoffmann* notice; or (2) the date of any order of the Court denying *Hoffmann* notice and denying the production of names and addresses;

2. This stipulation is without prejudice to plaintiffs moving for *Hoffmann* notice or to compel the names and addresses, or to defendant opposing such motions;

3. This stipulation is without prejudice to plaintiffs seeking broader tolling, or to defendant opposing broader tolling.

Respectfully submitted,

Dated: August 22, 2007

By: /s/ James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-mail: ecervantez@altshulerberzon.com

- 1 -     STIPULATION AND [PROPOSED] ORDER TOLLING FLSA CLAIMS – CASE NO. C 07-2813 MJJ

| | |
|---|---|
| 1 | |
| 2 | Kelly M. Dermody (SBN 171716) |
|   | Jahan C. Sagafi (SBN 224887) |
|   | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 30th Floor |
|   | San Francisco, CA 94111-3339 |
|   | Telephone: (415) 956-1000 |
|   | Facsimile: (415) 956-1008 |
|   | E-Mail: kdermody@lchb.com |
|   | E-Mail: jsagafi@lchb.com |
|   | *Attorneys for Plaintiff and the proposed Class* |

Dated: August 21, 2007       By: /s/ Thomas E. Geidt
                                 Thomas E. Geidt

Kirby C. Wilcox (SBN 78576)
Thomas E. Geidt (SBN 80955)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-Mail: kirbywilcox@paulhastings.com
E-Mail: tomgeidt@paulhastings.com

*Attorneys for the Defendant Cadence Design Systems, Inc.*

ORDER

The forgoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____

_____
Hon. Martin J. Jenkins
United States District Judge