IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED HIGAZI, | No. C07-02813 MJJ |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER** |
| v. | |
| CADENCE DESIGN SYSTEMS INC, | |
| Defendant. | |

Before the Court is Defendant Cadence Design Systems, Inc.'s ("Defendant") Motion for Intradistrict Venue Transfer.[1] Plaintiff Ahmed Higazi ("Plaintiff") has filed a Statement of Non-Opposition to Defendant's motion. Having considered the parties' papers and for good cause shown, the Court **GRANTS** Defendant's Motion for Intradistrict Venue Transfer to the San Jose Division.

**IT IS SO ORDERED.**

Dated: August  28 , 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 7.