**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 29, 2007**

**CASE NUMBER:  CV 07-02813 MJJ**
**CASE TITLE:  AHMED HIGAZI-v-CADENCE DESIGN SYSTEMS INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW (HRL)** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/29/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                 Entered in Computer 8/29/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA