**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGAZI, | No. C 07-02813 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| CADENCE DESIGN SYSTEMS, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment the Case Management Conference previous set for September 25, 2007 at 2:00 PM has been reset before Judge James Ware on **October 1st 2007 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a Joint Case Management Conference Statement by September 21, 2007.

Dated: August 30, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy