1  Kelly M. Dermody (SBN 171716)
   Jahan C. Sagafi (SBN 224887)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile: (415) 956-1008
   E-Mail: kdermody@lchb.com
5  E-Mail: jsagafi@lchb.com

6  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
7  Peter E. Leckman (SBN 235721)
   ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
   San Francisco, CA 94108
9  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
10 E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
11 E-Mail: pleckman@altshulerberzon.com

12 *Attorneys for Plaintiff and the proposed Class*

13 Kirby Wilcox (SBN 78576)
   Thomas E. Geidt (SBN 80955)
14 Molly A. Harcos (SBN 233556)
   PAUL HASTINGS JANOFSKY
15 55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
16 Telephone: 415-856-7074
   Facsimile: 415-856-7100
17 E-Mail: kirbywilcox@paulhastings.com
   E-Mail: tomgeidt@paulhastings.com
18 E-Mail: mollyharcos@paulhastings.com

19 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>    Defendant. | Case No. 07-2813 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1
2    WHEREAS, the Court has scheduled an initial case management conference for
3    Monday, October 15, 2007;
4    WHEREAS, counsel for one of the parties is unavailable on October 15, 2007, for
5    the initial case management conference;
6    WHEREAS, counsel for the parties are available on Monday, October 29, 2007,
7    and that date is available on the Court's calendar;
8    WHEREAS, the parties filed a Joint Case Management Statement on Friday,
9    September 21, 2007; and
10   WHEREAS, the parties are continuing to proceed with discovery, have scheduled
11   a mediation session for January 9, 2008, and otherwise are working diligently to move the case
12   forward,
13   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:
14   1.    The initial case management conference currently set for Monday, October
15   15, 2007 at 10:00 a.m. shall be continued to Monday, October 29, 2007 at 10:00 a.m..
16                                          Respectfully submitted,
17
18   Dated:  October 4, 2007              By:    */s/ Jahan C. Sagafi*
                                                  Jahan C. Sagafi
19
                                          Kelly M. Dermody (SBN 171716)
20                                        Jahan C. Sagafi (SBN 224887)
                                          LIEFF, CABRASER, HEIMANN &
21                                          BERNSTEIN, LLP
                                          275 Battery Street, 30th Floor
22                                        San Francisco, CA 94111-3339
                                          Telephone:  (415) 956-1000
23                                        Facsimile:   (415) 956-1008
                                          E-Mail: kdermody@lchb.com
24                                        E-Mail: jsagafi@lchb.com
25
26
27
28

731379.1                    - 1 -    STIPULATION AND [PROPOSED] ORDER CONTINUING
                                     INITIAL CASE MANAGEMENT CONFERENCE
                                     CASE NO. 07-2813 JW

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 218029)
Peter E. Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: pleckman@altshulerberzon.com

*Attorneys for Plaintiff and the proposed Class*

Dated:  October 4, 2007        By:  */s/ Thomas E. Geidt*
                                    Thomas E. Geidt

Kirby Wilcox (SBN 78576)
Thomas E. Geidt (SBN 80955)
Molly A. Harcos (SBN 233556)
PAUL HASTINGS JANOFSKY
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7074
Facsimile: 415-856-7100
E-Mail: kirbywilcox@paulhastings.com
E-Mail: tomgeidt@paulhastings.com
E-Mail: mollyharcos@paulhastings.com

*Attorneys for the Defendant*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated:  October ___, 2007      By: _____
                                    The Honorable James Ware
                                    United States District Judge