1  Kelly M. Dermody (SBN 171716)
   Jahan C. Sagafi (SBN 224887)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile: (415) 956-1008
   E-Mail: kdermody@lchb.com
5  E-Mail: jsagafi@lchb.com

6  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
7  Peter E. Leckman (SBN 235721)
   ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
   San Francisco, CA 94108
9  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
10 E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
11 E-Mail: pleckman@altshulerberzon.com

12 *Attorneys for Plaintiff and the proposed Class*

13 Kirby Wilcox (SBN 78576)
   Thomas E. Geidt (SBN 80955)
14 Molly A. Harcos (SBN 233556)
   PAUL HASTINGS JANOFSKY
15 55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
16 Telephone: 415-856-7074
   Facsimile: 415-856-7100
17 E-Mail: kirbywilcox@paulhastings.com
   E-Mail: tomgeidt@paulhastings.com
18 E-Mail: mollyharcos@paulhastings.com

19 *Attorneys for Defendant*

20              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
21                 SAN JOSE DIVISION

22 | AHMED HIGAZI, on behalf of himself | Case No. 07-2813 JW |
   | and a class of those similarly situated, | |
23 | | |
   | Plaintiff, | **STIPULATION AND [PROPOSED]** |
24 | | **ORDER CONTINUING INITIAL CASE** |
   | v. | **MANAGEMENT CONFERENCE** |
25 | | |
   | CADENCE DESIGN SYSTEMS, INC., | |
26 | | |
   | Defendant. | |
27

28

731379.1

STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 07-2813 JW

WHEREAS, the Court has scheduled an initial case management conference for Monday, October 15, 2007;

WHEREAS, counsel for one of the parties is unavailable on October 15, 2007, for the initial case management conference;

WHEREAS, counsel for the parties are available on Monday, October 29, 2007, and that date is available on the Court's calendar;

WHEREAS, the parties filed a Joint Case Management Statement on Friday, September 21, 2007; and

WHEREAS, the parties are continuing to proceed with discovery, have scheduled a mediation session for January 9, 2008, and otherwise are working diligently to move the case forward,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. The initial case management conference currently set for Monday, October 15, 2007 at 10:00 a.m. shall be continued to Monday, October 29, 2007 at 10:00 a.m..

Respectfully submitted,

Dated: October 4, 2007  By: */s/ Jahan C. Sagafi*
Jahan C. Sagafi

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

731379.1 - 1 - STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 07-2813 JW

| | |
|---|---|
| | James M. Finberg (SBN 114850)<br>Eve H. Cervantez (SBN 218029)<br>Peter E. Leckman (SBN 235721)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA  94108<br>Telephone:  (415) 421-7151<br>Facsimile:   (415) 362-8064<br>E-Mail: jfinberg@altshulerberzon.com<br>E-Mail: ecervantez@altshulerberzon.com<br>E-Mail: pleckman@altshulerberzon.com |

*Attorneys for Plaintiff and the proposed Class*

Dated:  October 4, 2007         By:   */s/ Thomas E. Geidt*
                                              Thomas E. Geidt

Kirby Wilcox (SBN 78576)
Thomas E. Geidt (SBN 80955)
Molly A. Harcos (SBN 233556)
PAUL HASTINGS JANOFSKY
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: 415-856-7074
Facsimile: 415-856-7100
E-Mail: kirbywilcox@paulhastings.com
E-Mail: tomgeidt@paulhastings.com
E-Mail: mollyharcos@paulhastings.com

*Attorneys for the Defendant*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

This is the parties' final request for continuance.

Dated:  October 11, 2007         By:   *James Ware*
                                              The Honorable James Ware
                                              United States District Judge