

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 218029)
Peter E. Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: pleckman@althsulerberzon.com

*Attorneys for Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>            Defendant. | Case No.: 07-2813 JW<br><br>**NOTICE OF APPEARANCE** |

1  TO THE CLERK OF THE COURT AND COUNSEL FOR DEFENDANT:

2         Please take notice that

3         Peter E. Leckman (SBN 235721)
       ALTSHULER BERZON LLP

4         177 Post Street, Suite 300
       San Francisco, CA 94108

5         Telephone: (415) 421-7151
       Facsimile: (415) 362-8064

6         E-Mail: pleckman@altshulerberzon.com

7  is appearing in this action as additional counsel for Plaintiff and the proposed class, and requests

8  that copies of all future notices, pleadings, and other documents filed in this action be provided to

9  him.

10  Dated: October 11, 2007　　　　　　ALTSHULER BERZON LLP

11                                     By: *  /s/ James M. Finberg*
                                      James M. Finberg

12

13  Dated: October 11, 2007　　　　　　ALTSHULER BERZON LLP

14                                     By: *  /s/ Peter E. Leckman*
                                      Peter E. Leckman

15

16                                     *Attorneys for Plaintiff and the proposed Class*

17

18

19

20

21

22

23

24

25

26

27

28