UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  
**Date:** 10/29/2007  
**Case No:** C-07-02813 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Not Reported  
**Interpreter:** N/A  

## TITLE

Higazi v. Cadence Design Systems Inc

**Attorney(s) for Plaintiff(s)**: Jahan Sagafi, Kelly Dermody, James Finberg  
**Attorney(s) for Defendant(s)**: Thomas Geidt

## PROCEEDINGS

Intial Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court set a further Case Management Conference for February 11, 2008 at 10:30 AM. Joint Case Management Conference Statement due February 1, 2008.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: