KELLY M. DERMODY (Cal. State Bar No. 171716)
JAHAN C. SAGAFI (Cal. State Bar No. 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mails: kdermody@lchb.com
         jsagafi@lchb.com

JAMES M. FINBERG (Cal. State Bar No. 114850)
EVE H. CERVANTEZ (Cal. State Bar No. 218029)
PETER E. LECKMAN (Cal. State Bar No. 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mails: jfinberg@altshulerberzon.com
         ecervantez@altshulerberzon.com
         pleckman@altshulerberzon.com

Attorneys for Plaintiff Ahmed Higazi

M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
JEFFREY D. WOHL (Cal. State Bar No. 96838)
MOLLY A. HARCOS (Cal. State Bar No. 233556)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mails: kirbywilcox@paulhastings.com
         jeffwohl@paulhastings.com
         mollyharcos@paulhastings.com

Attorneys for Defendant Cadence Design Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | No. C-07-2813-JW<br><br>**SECOND JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:        February 11, 2008<br>Courtroom:   8, 4th Floor<br>Judge:       Hon. James Ware |

## SECOND JOINT CASE MANAGEMENT STATEMENT

Pursuant to Local Rule 16-10(d), plaintiff Ahmed Higazi and defendant Cadence Design Systems, Inc., jointly submit this Case Management Statement and request that the Court adopt the accompanying proposed order.

The parties in this class action participated in a mediation on January 9, 2008, before David Rotman of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder LLP. As a result of that mediation, the parties are in the process of preparing documentation that will be submitted to the Court for review and approval in early February 2008. As part of that documentation, the parties will seek a hearing before the Court, which the parties request be held on March 3, 2008, or the next available date following March 3, 2008, as determined by the Court.

Dated: February 1, 2008.

KELLY M. DERMODY
JAHAN C. SAGAFI
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

JAMES M. FINBERG
EVE H. CERVANTEZ
PETER E. LECKMAN
ALTSHULER BERZON LLP

By: /s/ Jahan C. Sagafi
Jahan C. Sagafi
Attorneys for Plaintiff
Ahmed Higazi

Dated: February 1, 2008.

M. KIRBY C. WILCOX
JEFFREY D. WOHL
MOLLY A. HARCOS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
Cadence Design Systems, Inc.

**CASE MANAGEMENT ORDER**

At the request of the parties, and good cause appearing therefore,

IT IS ORDERED:

1. The preliminary approval hearing is scheduled for March 3, 2008.

Dated:  February __, 2008.    _____
                                                        Honorable James Ware
                                                        United States District Judge