| | |
|---|---|
| 1 | KELLY M. DERMODY (Cal. State Bar No. 171716) |
| 2 | JAHAN C. SAGAFI (Cal. State Bar No. 224887)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | 275 Battery Street, 30th Floor<br>San Francisco, California  94111-3339 |
| 4 | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 5 | E-mails: kdermody@lchb.com<br>         jsagafi@lchb.com |
| 6 | JAMES M. FINBERG (Cal. State Bar No. 114850) |
| 7 | EVE H. CERVANTEZ (Cal. State Bar No. 218029)<br>PETER E. LECKMAN (Cal. State Bar No. 235721) |
| 8 | ALTSHULER BERZON LLP<br>177 Post Street, Suite 300 |
| 9 | San Francisco, California  94108<br>Telephone: (415) 421-7151 |
| 10 | Facsimile: (415) 362-8064<br>E-mails:  jfinberg@altshulerberzon.com |
| 11 |          ecervantez@altshulerberzon.com<br>         pleckman@altshulerberzon.com |

IT IS SO ORDERED AS MODIFIED
Judge James Ware

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

12  Attorneys for Plaintiff Ahmed Higazi

13  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
    JEFFREY D. WOHL (Cal. State Bar No. 96838)
14  MOLLY A. HARCOS (Cal. State Bar No. 233556)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
15  55 Second Street, 24th Floor
    San Francisco, California  94105
16  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
17  E-mails:  kirbywilcox@paulhastings.com
              jeffwohl@paulhastings.com
18            mollyharcos@paulhastings.com

19  Attorneys for Defendant Cadence Design Systems, Inc.

20
                    UNITED STATES DISTRICT COURT
21
                   NORTHERN DISTRICT OF CALIFORNIA
22
                           SAN JOSE DIVISION
23

| | |
|---|---|
| 24 | AHMED HIGAZI, on behalf of himself and a class of those similarly situated, |
| 25 | Plaintiff, |
| 26 | v. |
| 27 | CADENCE DESIGN SYSTEMS, INC., |
| 28 | Defendant. |

No. C-07-2813-JW

**SECOND JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**

Date:        February 11, 2008
Courtroom:   8, 4th Floor
Judge:       Hon. James Ware

1

**SECOND JOINT CASE MANAGEMENT STATEMENT**

Pursuant to Local Rule 16-10(d), plaintiff Ahmed Higazi and defendant Cadence Design Systems, Inc., jointly submit this Case Management Statement and request that the Court adopt the accompanying proposed order.

The parties in this class action participated in a mediation on January 9, 2008, before David Rotman of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder LLP. As a result of that mediation, the parties are in the process of preparing documentation that will be submitted to the Court for review and approval in early February 2008. As part of that documentation, the parties will seek a hearing before the Court, which the parties request be held on March 3, 2008, or the next available date following March 3, 2008, as determined by the Court.

Dated: February 1, 2008.

KELLY M. DERMODY
JAHAN C. SAGAFI
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

JAMES M. FINBERG
EVE H. CERVANTEZ
PETER E. LECKMAN
ALTSHULER BERZON LLP

By: /s/ Jahan C. Sagafi
Jahan C. Sagafi
Attorneys for Plaintiff
Ahmed Higazi

Dated: February 1, 2008.

M. KIRBY C. WILCOX
JEFFREY D. WOHL
MOLLY A. HARCOS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
Cadence Design Systems, Inc.

**CASE MANAGEMENT ORDER**

At the request of the parties, and good cause appearing therefore,

IT IS ORDERED:

The preliminary approval hearing is scheduled for **March 10, 2008 at 10 A.M.** The parties shall file their Motion for Preliminary Approval of Settlement on or before **February 27, 2008.** The Proposed Order shall include, *inter alia*, dates the parties intend to send out notices to the class, deadlines for filing objections, and the hearing for Final Approval of Settlement.

In light of this Order, the February 11, 2008 Case Management Conference is VACATED.

Dated: February 5, 2008    _____/s/ James Ware_____
JAMES WARE
United States District Judge