1

## <u>EXHIBIT A</u>

**Class List (by Cadence Employee Identification Number)**

**EXHIBIT A**

**LIST OF CLASS MEMBERS BY COUNT/CADENCE EMPLOYEE NUMBER**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 000226 | 53 | 104860 | 107 | 108726 | 161 | 112322 |
| 2 | 001257 | 54 | 104932 | 108 | 108931 | 162 | 112362 |
| 3 | 002675 | 55 | 104973 | 109 | 108933 | 163 | 112396 |
| 4 | 003026 | 56 | 105256 | 110 | 108961 | 164 | 112426 |
| 5 | 003976 | 57 | 105361 | 111 | 108990 | 165 | 112592 |
| 6 | 004082 | 58 | 105553 | 112 | 109066 | 166 | 112617 |
| 7 | 007137 | 59 | 105630 | 113 | 109080 | 167 | 112685 |
| 8 | 007244 | 60 | 105640 | 114 | 109142 | 168 | 112699 |
| 9 | 007245 | 61 | 105677 | 115 | 109362 | 169 | 112907 |
| 10 | 007693 | 62 | 105943 | 116 | 109373 | 170 | 113020 |
| 11 | 007714 | 63 | 105977 | 117 | 109386 | 171 | 113083 |
| 12 | 007739 | 64 | 106000 | 118 | 109519 | 172 | 113390 |
| 13 | 008084 | 65 | 106056 | 119 | 109759 | 173 | 113501 |
| 14 | 070747 | 66 | 106058 | 120 | 109760 | 174 | 113613 |
| 15 | 070869 | 67 | 106072 | 121 | 109899 | 175 | 113682 |
| 16 | 100065 | 68 | 106079 | 122 | 110046 | 176 | 113753 |
| 17 | 100333 | 69 | 106080 | 123 | 110091 | 177 | 113811 |
| 18 | 100959 | 70 | 106100 | 124 | 110174 | 178 | 113863 |
| 19 | 100974 | 71 | 106108 | 125 | 110287 | 179 | 113930 |
| 20 | 101033 | 72 | 106332 | 126 | 110496 | 180 | 114028 |
| 21 | 101180 | 73 | 106397 | 127 | 110527 | 181 | 114289 |
| 22 | 101745 | 74 | 106459 | 128 | 110540 | 182 | 114365 |
| 23 | 101806 | 75 | 106471 | 129 | 110680 | 183 | 114397 |
| 24 | 101811 | 76 | 106482 | 130 | 110701 | 184 | 114548 |
| 25 | 101872 | 77 | 106540 | 131 | 110758 | 185 | 114768 |
| 26 | 101936 | 78 | 106570 | 132 | 110845 | 186 | 114992 |
| 27 | 102048 | 79 | 106693 | 133 | 110851 | 187 | 115020 |
| 28 | 102053 | 80 | 106695 | 134 | 110880 | 188 | 115401 |
| 29 | 102264 | 81 | 106764 | 135 | 111090 | 189 | 115495 |
| 30 | 102520 | 82 | 106810 | 136 | 111208 | 190 | 116042 |
| 31 | 102553 | 83 | 107308 | 137 | 111222 | 191 | 116613 |
| 32 | 102589 | 84 | 107335 | 138 | 111250 | 192 | 117129 |
| 33 | 102607 | 85 | 107374 | 139 | 111343 | 193 | 117255 |
| 34 | 102628 | 86 | 107457 | 140 | 111384 | 194 | 117772 |
| 35 | 102692 | 87 | 107522 | 141 | 111512 | 195 | 117940 |
| 36 | 103081 | 88 | 107639 | 142 | 111616 | 196 | 118433 |
| 37 | 103104 | 89 | 107671 | 143 | 111619 | 197 | 118581 |
| 38 | 103111 | 90 | 107756 | 144 | 111631 | 198 | 119048 |
| 39 | 103327 | 91 | 107780 | 145 | 111646 | 199 | 200109 |
| 40 | 103636 | 92 | 107789 | 146 | 111699 | 200 | 200300 |
| 41 | 103637 | 93 | 107915 | 147 | 111711 | 201 | 200621 |
| 42 | 103643 | 94 | 107977 | 148 | 111860 | 202 | 200914 |
| 43 | 103852 | 95 | 108073 | 149 | 111876 | 203 | 201745 |
| 44 | 103868 | 96 | 108122 | 150 | 111992 | 204 | 201811 |
| 45 | 103895 | 97 | 108243 | 151 | 112007 | 205 | 202053 |
| 46 | 103920 | 98 | 108338 | 152 | 112096 | 206 | 202491 |
| 47 | 104040 | 99 | 108350 | 153 | 112150 | 207 | 202601 |
| 48 | 104121 | 100 | 108492 | 154 | 112162 | | |
| 49 | 104274 | 101 | 108502 | 157 | 112207 | | |
| 50 | 104407 | 104 | 108580 | 158 | 112289 | | |
| 51 | 104412 | 105 | 108625 | 159 | 112311 | | |
| 52 | 104833 | 106 | 108715 | 160 | 112313 | | |