**EXHIBIT E**

**CAFA Notice**

**EXHIBIT E**

| | |
|---|---|
| JAMES M. FINBERG (SBN 114850) | |
| PETER E. LECKMAN (SBN 235721) | |
| ALTSHULER BERZON LLP | |
| 177 Post Street, Suite 300 | |
| San Francisco, California  94108 | |
| Telephone: (415) 421-7151 | |
| Facsimile: (415) 362-8064 | |
| E-mails: jfinberg@altshulerberzon.com | |
| pleckman@altshulerberzon.com | |
| | |
| KELLY M. DERMODY (SBN 171716) | M. KIRBY C. WILCOX (SBN 78576) |
| JAHAN C. SAGAFI (SBN 224887) | JEFFREY D. WOHL (SBN 96838) |
| LIEFF, CABRASER, HEIMANN | MOLLY A. HARCOS (SBN 233556) |
| & BERNSTEIN, LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 275 Battery Street, 30th Floor | 55 Second Street, 24th Floor |
| San Francisco, California  94111-3339 | San Francisco, California  94105 |
| Telephone:  (415) 956-1000 | Telephone: (415) 856-7000 |
| Facsimile:  (415) 956-1008 | Facsimile: (415) 856-7100 |
| E-mails: kdermody@lchb.com | E-mails: kirbywilcox@paulhastings.com |
| jsagafi@lchb.com | jeffwohl@paulhastings.com |
| | mollyharcos@paulhastings.com |
| | |
| Attorneys for | Attorneys for |
| Plaintiff Ahmed Higazi | Defendant Cadence Design Systems, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated, | No. C-07-2813-JW |
| Plaintiff, | **NOTICE OF PROPOSED SETTLEMENT** |
| v. | 28 U.S.C. § 1715 |
| CADENCE DESIGN SYSTEMS, INC., | |
| Defendant. | |

1    PLEASE TAKE NOTICE that the parties to the above-referenced class action have reached a
2 proposed settlement of the claims at issue in the litigation.  Pursuant to the Class Action Fairness Act of
3 2005 ("CAFA"), 28 U.S.C. § 1715, defendant Cadence Design Systems, Inc. ("Cadence"), provides this
4 notice to the Attorney General of the United States of America and the appropriate state official in each
5 state in which a class member resides.  Cadence encloses and/or states the following in accordance with
6 its notice obligations under 28 U.S.C. section 1715(b):

7    1.    Plaintiff's complaint in the above-titled action.
8    2.    The parties' Settlement Agreement.
9    3.    The parties' proposed Notice of (1) Proposed Class Action Settlement and (2) Final
10         Settlement Approval Hearing, which includes information about the scheduled judicial
11         hearing in the above-titled action.
12   4.    The parties' proposed Election Not to Participate in Settlement Form.
13   5.    The parties' proposed Claim Form.
14   6.    The names of Class Members who reside in each state and the estimated proportionate
15         share of the claims of Class Members in each state to the entire settlement.

16   PLEASE TAKE FURTHER NOTICE that the Court scheduled a judicial hearing for preliminary
17 approval on March 10, 2008, at 10:00 a.m., at the United States District Court for the Northern District
18 of California, Courtroom 8, 3rd Floor, 280 South First Street, San Jose, California 95113.

19   PLEASE TAKE FURTHER NOTICE that pursuant to CAFA you are not required to comment
20 on the settlement.  However, if you wish to comment, please file your comments by **[INSERT DATE]**
21 electronically (the Court provides information about its electronic case filing system at
22 http://ecf.cand.uscourts.gov) or in hard copy form to Clerk of Court, San Jose Division, United States
23 District Court, Northern District of California, 280 South 1st Street, San Jose, California 95133.   If you
24 choose to comment, please also provide notice to the parties' counsel as follows:
25 ///
26 ///
27 ///
28 ///

LEGAL_US_W # 58074584.2

NOTICE OF PROPOSED SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

| | | |
|---|---|---|
| 1 | | |
| 2 | **CLASS COUNSEL** | **CADENCE'S COUNSEL** |

Kelly M. Dermody (Cal. State Bar No. 171716)
Jahan C. Sagafi (Cal. State Bar No. 224887)
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
E-mails:  kdermody@lchb.com
           jsagafi@lchb.com

M. Kirby C. Wilcox (Cal. State Bar No. 78576)
Jeffrey D. Wohl (Cal. State Bar No. 96838)
Molly A. Harcos (Cal. State Bar No. 233556)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mails:   kirbywilcox@paulhastings.com
           jeffwohl@paulhastings.com
           mollyharcos@paulhastings.com

James M. Finberg (Cal. State Bar No. 114850)
Peter E. Leckman (Cal. State Bar No. 235721)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mails:  jfinberg@altshulerberzon.com
          pleckman@altshulerberzon.com

If you have questions about this notice, the underlying action, or the enclosed materials, please contact counsel for plaintiff Ahmed Higazi and/or counsel for defendant Cadence as provided above.

Dated:  March __, 2008.        M. KIRBY C. WILCOX
                               JEFFREY D. WOHL
                               MOLLY A. HARCOS
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

                               By:  _____
                                    Jeffrey D. Wohl
                                    Attorneys for Defendant
                                    Cadence Design Systems, Inc.