M. KIRBY C. WILCOX (SBN 78576)
JEFFREY D. WOHL (SBN 96838)
MOLLY A. HARCOS (SBN 233556)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mails: kirbywilcox@paulhastings.com
         jeffwohl@paulhastings.com
         mollyharcos@paulhastings.com

Attorneys for
Defendant Cadence Design Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | No. C-07-2813-JW<br><br>**DECLARATION OF SERVICE OF CAFA NOTICE** |

I am a citizen of the United States, more than eighteen years old, and not a party to this action. My place of employment and business address is 55 Second Street, 24th Floor, San Francisco, California 94105-3441.

On March 5, 2008, I served the following documents upon the Attorney General of the United States, and the Attorneys General of the States indicated below:

- **Plaintiff Ahmed Higazi's complaint in *Ahmed Higazi, on behalf of himself and a class of those similarly situated, Plaintiff, v. Cadence Design Systems, Inc., Defendant*, U.S.D.C., N.D. Cal., No. C-07-2813-JW (the "Action")**

- **Joint Stipulation of Class Settlement and Class Settlement Agreement and Release (the "Settlement") in the Action**

- **Exhibit A to Settlement: Class List**

- **Exhibit B to Settlement: Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing**

- **Exhibit C to Settlement: Claim Form**

- **Exhibit D to Settlement: Election Not to Participate in Settlement Form**

- **Exhibit E to Settlement: Notice of Proposed Settlement**

- **Exhibit F to Settlement: [Proposed] Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action and Plan of Allocation, (3) Directing Dissemination of Notice, and Claim Form to the Class; and (4) Setting Date for Fairness Hearing and Related Matters**

- **Exhibit G to Settlement: [Proposed] Order (1) Confirming Certification of Class and Collective Action, (2) Granting Final Approval to Class Action Settlement, and (3) Entering Final Judgment**

- **Names of Class Members Who Reside in Each State and Estimated Proportionate Share of Settlement**

by placing true copies of these documents, reproduced either in hardcopy or CD, in envelopes addressed to:

| | |
|---|---|
| Hon. Terry Goddard<br>Attorney General of the State of Arizona<br>1275 West Washington Street<br>Phoenix, Arizona 85007 | Hon. Edmund G. "Jerry" Brown, Jr.<br>Attorney General of the State of California<br>1300 I Street, Suite 1740<br>Sacramento, California 95814 |

| | |
|---|---|
| Hon. John Suthers<br>Attorney General of the State of Colorado<br>1525 Sherman Street<br>Denver, Colorado 80203 | Hon. Bill McCollum<br>Attorney General of the State of Florida<br>The Capitol, PL 01<br>Tallahassee, Florida 32399-1050 |
| Hon. Thurbert E. Baker<br>Attorney General of the State of Georgia<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334-1300 | Hon. Lawrence Wasden<br>Attorney General of the State of Idaho<br>700 West State Street<br>P.O. Box 83720<br>Boise, Idaho 83720-0010 |
| Hon. Douglas F. Gansler<br>Attorney General of the State of Maryland<br>200 St. Paul Place<br>Baltimore, Maryland 21202-2202 | Hon. Martha Coakley<br>Attorney General of the State of Massachusetts<br>1 Ashburton Place<br>Boston, Massachusetts 02108-1698 |
| Hon. Lori Swanson<br>Attorney General of the State of Minnesota<br>State Capitol<br>Suite 102<br>St. Paul, Minnesota 55155 | Hon. Kelly Ayotte<br>Attorney General of the State of New Hampshire<br>State House Annex, 33 Capitol Street<br>Concord, New Hampshire 03301-6397 |
| Hon. Anne Milgram<br>Attorney General of the State of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street, CN 080<br>Trenton, New Jersey 08625 | Hon. Andrew Cuomo<br>Attorney General of the State of New York<br>Department of Law - The Capitol, 2nd Floor<br>Albany, New York 12224 |
| Hon. Roy Cooper<br>Attorney General of the State of North Carolina<br>114 W. Edenton Street<br>Raleigh, North Carolina 27603 | Hon. Hardy Myers<br>Attorney General of the State of Oregon<br>Justice Building, 1162 Court Street, NE<br>Salem, Oregon 97301 |
| Hon. Tom Corbett<br>Attorney General of the State of Pennsylvania<br>1600 Strawberry Square<br>Harrisburg, Pennsylvania 17120 | Hon. Greg Abbott<br>Attorney General of the State of Texas<br>Capitol Station, P.O. Box 12548<br>Austin, Texas 78711-2548 |
| Hon. Mark Shurtleff<br>Attorney General of the State of Utah<br>Utah State Capitol Complex<br>East Office Building, Suite 320<br>Salt Lake City, Utah 84114-2320 | Hon. Bob McDonnell<br>Attorney General of the State of Virginia<br>900 East Main Street<br>Richmond, Virginia 23219 |
| Hon. Rob McKenna<br>Attorney General of the State of Washington<br>1125 Washington Street SE, PO Box 40100<br>Olympia, Washington 98504-0100 | Hon. J.B. Van Hollen<br>Attorney General of the State of Wisconsin<br>State Capitol, Suite 114 East, P.O. Box 7857<br>Madison, Wisconsin 53707-7857 |

| | |
|---|---|
| Hon. Michael Mukasey<br>Attorney General of the United States<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | |

and then sealing the envelopes, affixing adequate first-class postage, and depositing them within my firm for collection by the U.S. Postal Service pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 6, 2008, at San Francisco, California.

_____
Crystal D. King