UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 3/10/2008
**Case No.:** C- 07-02813 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

**Ahmed Higazi v. Cadence Design Systems, Inc.**

**Attorney(s) for Plaintiff(s)**: James Finberg, Peter Leckman, Kelly Dermody, Jahan Sagafi
**Attorney(s) for Defendant(s)**: Jeffrey Wohl, Molly Harcos

## PROCEEDINGS

Hearing on Preliminary Approval re Settlement [Doc. 45]

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court set further hearing re Approval of Settlement for July 7, 2008 at 9:00 AM. The Court to issue further Order on motion and briefing schedule.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: