JAMES M. FINBERG (SBN 114850)
PETER E. LECKMAN (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mails: jfinberg@altshulerberzon.com
         pleckman@altshulerberzon.com

KELLY M. DERMODY (SBN 171716)
JAHAN C. SAGAFI (SBN 224887)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mails: kdermody@lchb.com
         jsagafi@lchb.com

M. KIRBY C. WILCOX (SBN 78576)
JEFFREY D. WOHL (SBN 96838)
MOLLY A. HARCOS (SBN 233556)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mails: kirbywilcox@paulhastings.com
         jeffwohl@paulhastings.com
         mollyharcos@paulhastings.com

Attorneys for
Plaintiff Ahmed Higazi

Attorneys for
Defendant Cadence Design Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | No. C-07-2813-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION AND SETTLEMENT PAYMENT IN JOINT STIPULATION OF CLASS SETTLEMENT AND RELATED DOCUMENTS** |

**STIPULATION**

Plaintiff Ahmed Higazi and defendant Cadence Systems, Inc. ("Cadence") (collectively the "Parties"), acting through their respective attorneys of record, stipulate as follows:

1. On March 12, 2008 the Court entered its Order (1) Conditionally Certifying the Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement [("Settlement")] and Plan of Allocation, (3) Directing Dissemination of Notice, and Claim Form to the Class; and (4) Setting Date for Fairness Hearing and Related Dates (the "Preliminary Approval Order").

2. In the process of reviewing and preparing the class data for the Settlement Administrator following the Court's March 12 order, Cadence's data expert discovered that the following five titles were inadvertently omitted from the Settlement and the data provided to plaintiff's counsel during the mediation: Associate IT Remote Support Specialist, Desktop Systems Specialist, Network Engineer, Senior Database Administrator, and Senior Systems Analyst (collectively, the "Five Titles").

3. The Five Titles are variations of the class positions included in the Settlement (the "Covered Positions"). Eleven existing class members held one of these Five Titles during the covered period as defined in the Settlement (the "Covered Period"). No non-class member held any of the Five Titles in a pay grade of "T4" or lower during a Covered Period.

4. After conferring about the matter, the Parties have agreed that the Five Titles should be added to the Settlement's definition of Covered Positions, and that the weeks worked by the Class Members while holding these Five Titles during the Covered Period should be included in the Settlement, both with respect to the scope of the release granted under the Settlement and the payment being made by Cadence under the Settlement.

5. Accordingly, the parties respectfully request that the Court grant leave to amend the following documents as follows:

    a. The Joint Stipulation of Class Settlement and Class Settlement Agreement and Release should be amended to add the Five Titles and to provide for the additional amount to be paid by Cadence ($164,856.61). *See* Exhibit 1 to this stipulation (First Amended Joint Stipulation of Class Settlement and Class Settlement Agreement and Release (the "Amended Settlement"), with changes redlined. The

LEGAL_US_W # 58536052.1

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

1 additional amount will be paid to class members, and class counsel will not request any fees or costs from the additional amount.

  b. The Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing should be amended to add the Five Titles and to show the additional amount to be paid by Cadence. *See* Exhibit B to Amended Settlement (First Amended Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing (the "Amended Class Notice"), with changes redlined.

  c. The Election Not to Participate in Settlement should be amended to reflect the new settlement amount. *See* Exhibit D to Amended Settlement (First Amended Election Not to Participate in Settlement), with changes redlined.

  d. The Preliminary Approval Order should be amended to add the Five Titles. *See* Exhibit F to Amended Settlement (First Amended Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice, and Claim Form to the Class; and (4) Setting Date For Fairness Hearing and Related Dates (the "Amended Preliminary Approval Order"), with changes redlined.

If leave to amend is granted, the Parties will file the Amended Settlement with all exhibits revised as indicated and without the redlining; the Parties will submit for entry by the Court the Amended Preliminary Approval Order revised as indicated and without the redlining; and the class notice and related documents will be sent to class members revised as indicated and without the redlining or any reference to their being "amended" or "revised," so as to avoid class member confusion.

  6. The Parties further stipulate that on account of this development, Cadence will have until March 26, 2008, to provide the Settlement Administrator a database that lists, for each class member, the class member's name, Social Security number, last known address, dates and state(s) of employment, and the number of compensable work weeks in a Covered Position during a Covered Period, and the settlement administrator will have until April 5, 2008, to mail the notice materials to all class members. *See* Amended Settlement, § VII(A)(1)-(2); Amended Preliminary Approval Order, § VI(E)(7)-(8).

7. Other than as so indicated, all other deadlines under the Settlement will remain unchanged, including but not limited to the date on which interest begins to accumulate on the settlement payment and the date of the final approval hearing.

Dated: March 27, 2007.

JAMES M. FINBERG
PETER E. LECKMAN
ALTSHULER BERZON LLP

KELLY M. DERMODY
JAHAN C. SAGAFI
LEIFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/ Jahan C. Sagafi (by Jeffrey D. Wohl)
Jahan C. Sagafi
Attorneys for Plaintiff Ahmed Higazi

Dated: March 27, 2007.

M. KIRBY C. WILCOX
JEFFREY D. WOHL
MOLLY A HARCOS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
Cadence Design Systems, Inc.

LEGAL_US_W # 58536052.1

3

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor,

SO ORDERED.

Dated: March ___, 2008

_____
James Ware
United States District Judge

LEGAL_US_W # 58536052.1

4

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW