1    JAMES M. FINBERG (SBN 114850)
     PETER E. LECKMAN (SBN 235721)
2    ALTSHULER BERZON LLP
     177 Post Street, Suite 300
3    San Francisco, California  94108
     Telephone: (415) 421-7151
4    Facsimile: (415) 362-8064
     E-mails: jfinberg@altshulerberzon.com
5              pleckman@altshulerberzon.com

6    KELLY M. DERMODY (SBN 171716)      M. KIRBY C. WILCOX (SBN 78576)
     JAHAN C. SAGAFI (SBN 224887)          JEFFREY D. WOHL (SBN 96838)
7    LIEFF, CABRASER, HEIMANN            MOLLY A. HARCOS (SBN 233556)
     & BERNSTEIN, LLP                   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8    275 Battery Street, 30th Floor          55 Second Street, 24th Floor
     San Francisco, California  94111-3339    San Francisco, California  94105
9    Telephone:  (415) 956-1000            Telephone: (415) 856-7000
     Facsimile:  (415) 956-1008              Facsimile: (415) 856-7100
10   E-mails: kdermody@lchb.com          E-mails: kirbywilcox@paulhastings.com
               jsagafi@lchb.com                       jeffwohl@paulhastings.com
11                                            mollyharcos@paulhastings.com

12   Attorneys for                       Attorneys for
     Plaintiff Ahmed Higazi            Defendant Cadence Design Systems, Inc.

13

14

15                     UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                         SAN JOSE DIVISION

18

19    AHMED HIGAZI, on behalf of himself     No. C-07-2813-JW
     and a class of those similarly situated,
20                               **STIPULATION AND [PROPOSED]**
                Plaintiff,            **ORDER TO AMEND CLASS DEFINITION**
21                               **AND SETTLEMENT PAYMENT IN JOINT**
         v.                         **STIPULATION OF CLASS SETTLEMENT**
22                               **AND RELATED DOCUMENTS**
     CADENCE DESIGN SYSTEMS, INC.,
23
                Defendant.
24

25

26

27

28

**STIPULATION**

Plaintiff Ahmed Higazi and defendant Cadence Systems, Inc. ("Cadence") (collectively the "Parties"), acting through their respective attorneys of record, stipulate as follows:

1.      On March 12, 2008 the Court entered its Order (1) Conditionally Certifying the Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement [("Settlement")] and Plan of Allocation, (3) Directing Dissemination of Notice, and Claim Form to the Class; and (4) Setting Date for Fairness Hearing and Related Dates (the "Preliminary Approval Order").

2.      In the process of reviewing and preparing the class data for the Settlement Administrator following the Court's March 12 order, Cadence's data expert discovered that the following five titles were inadvertently omitted from the Settlement and the data provided to plaintiff's counsel during the mediation: Associate IT Remote Support Specialist, Desktop Systems Specialist, Network Engineer, Senior Database Administrator, and Senior Systems Analyst (collectively, the "Five Titles").

3.      The Five Titles are variations of the class positions included in the Settlement (the "Covered Positions"). Eleven existing class members held one of these Five Titles during the covered period as defined in the Settlement (the "Covered Period"). No non-class member held any of the Five Titles in a pay grade of "T4" or lower during a Covered Period.

4.      After conferring about the matter, the Parties have agreed that the Five Titles should be added to the Settlement's definition of Covered Positions, and that the weeks worked by the Class Members while holding these Five Titles during the Covered Period should be included in the Settlement, both with respect to the scope of the release granted under the Settlement and the payment being made by Cadence under the Settlement.

5.      Accordingly, the parties respectfully request that the Court grant leave to amend the following documents as follows:

      a.      The Joint Stipulation of Class Settlement and Class Settlement Agreement and Release should be amended to add the Five Titles and to provide for the additional amount to be paid by Cadence ($164,856.61). *See* Exhibit 1 to this stipulation (First Amended Joint Stipulation of Class Settlement and Class Settlement Agreement and Release (the "Amended Settlement"), with changes redlined. The

1    additional amount will be paid to class members, and class counsel will not

2    request any fees or costs from the additional amount.

3    b.    The Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval

4    Hearing should be amended to add the Five Titles and to show the additional

5    amount to be paid by Cadence. *See* Exhibit B to Amended Settlement (First

6    Amended Notice of (1) Proposed Class Settlement and (2) Final Settlement

7    Approval Hearing (the "Amended Class Notice"), with changes redlined.

8    c.    The Election Not to Participate in Settlement should be amended to reflect the

9    new settlement amount. *See* Exhibit D to Amended Settlement (First Amended

10    Election Not to Participate in Settlement), with changes redlined.

11    d.    The Preliminary Approval Order should be amended to add the Five Titles. *See*

12    Exhibit F to Amended Settlement (First Amended Order (1) Conditionally

13    Certifying Settlement Class and Collective Action, (2) Granting Preliminary

14    Approval to Proposed Class Action Settlement and Plan of Allocation,

15    (3) Directing Dissemination of Notice, and Claim Form to the Class; and

16    (4) Setting Date For Fairness Hearing and Related Dates (the "Amended

17    Preliminary Approval Order"), with changes redlined.

18    If leave to amend is granted, the Parties will file the Amended Settlement with all exhibits revised as

19    indicated and without the redlining; the Parties will submit for entry by the Court the Amended

20    Preliminary Approval Order revised as indicated and without the redlining; and the class notice and

21    related documents will be sent to class members revised as indicated and without the redlining or any

22    reference to their being "amended" or "revised," so as to avoid class member confusion.

23    6.    The Parties further stipulate that on account of this development, Cadence will have until

24    March 26, 2008, to provide the Settlement Administrator a database that lists, for each class member, the

25    class member's name, Social Security number, last known address, dates and state(s) of employment,

26    and the number of compensable work weeks in a Covered Position during a Covered Period, and the

27    settlement administrator will have until April 5, 2008, to mail the notice materials to all class members.

28    *See* Amended Settlement, § VII(A)(1)-(2); Amended Preliminary Approval Order, § VI(E)(7)-(8).

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

1         7.      Other than as so indicated, all other deadlines under the Settlement will remain

2   unchanged, including but not limited to the date on which interest begins to accumulate on the

3   settlement payment and the date of the final approval hearing.

4         Dated:  March 27, 2007.      JAMES M. FINBERG
                                                        PETER E. LECKMAN

5                                                            ALTSHULER BERZON LLP

6                                                             KELLY M. DERMODY
                                                      JAHAN C. SAGAFI

7                                                         LEIFF CABRASER HEIMANN & BERNSTEIN LLP

8

9                                           By:  /s/ Jahan C. Sagafi (by Jeffrey D. Wohl)
                                                          Jahan C. Sagafi

10                                                           Attorneys for Plaintiff Ahmed Higazi

11        Dated:  March 27, 2007.      M. KIRBY C. WILCOX
                                                       JEFFREY D. WOHL

12                                          MOLLY A HARCOS
                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP

13

14                                          By:  /s/ Jeffrey D. Wohl

15                                                            Jeffrey D. Wohl

16                                          Attorneys for Defendant
                                        Cadence Design Systems, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

## **ORDER**

Pursuant to the parties' Stipulation, and good cause shown, it is so ordered.  However, due to the Court's unavailability, the Final Aprroval of Class Settlement hearing is advanced from July 11, 2008 to **July 7, 2008 at 9 a.m.**  All revised Proposed documents shall reflect this change.

Dated:  April 1, 2008

_____
JAMES WARE
United States District Judge

4

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW