```
1   M. KIRBY C. WILCOX (SBN 78576)
    JEFFREY D. WOHL (SBN 96838)
2   MOLLY A. HARCOS (SBN 233556)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3   55 Second Street, 24th Floor
    San Francisco, California  94105
4   Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
5   E-mails: kirbywilcox@paulhastings.com
             jeffwohl@paulhastings.com
6            mollyharcos@paulhastings.com

7   Attorneys for
    Defendant Cadence Design Systems, Inc.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | No. C-07-2813-JW<br><br>**DECLARATION OF SERVICE OF SUPPLEMENTAL CAFA NOTICE** |

1   I am a citizen of the United States, more than eighteen years old, and not a party to this action.
2   My place of employment and business address is 55 Second Street, 24th Floor, San Francisco, California
3   94105-3441.
4   On May 6, 2008, I served the following documents upon the Attorney General of the United
5   States, and the Attorneys General of the States indicated below:

- **Cover Letter Regarding Supplemented Notice of Proposed Settlement in *Ahmed Higazi, on behalf of himself and a class of those similarly situated, Plaintiff, v. Cadence Design Systems, Inc., Defendant*, U.S.D.C., N.D. Cal., No. C-07-2813-JW**
- **Stipulation to Amend (including the amended settlement documents)**
- **April 1, 2008 Order Granting the Parties' Stipulation To Amend**
- **The First Amended Preliminary Order**
- **Updated Class List and Percentage of Recovery Per State**

by placing true copies of these documents, reproduced either in hardcopy or CD, in envelopes addressed to:

| | |
|---|---|
| Hon. Terry Goddard<br>Attorney General of the State of Arizona<br>1275 West Washington Street<br>Phoenix, Arizona  85007 | Hon. Edmund G. "Jerry" Brown, Jr.<br>Attorney General of the State of California<br>1300 I Street, Suite 1740<br>Sacramento, California  95814 |
| Hon. John Suthers<br>Attorney General of the State of Colorado<br>1525 Sherman Street<br>Denver, Colorado  80203 | Hon. Bill McCollum<br>Attorney General of the State of Florida<br>The Capitol, PL 01<br>Tallahassee, Florida  32399-1050 |
| Hon. Thurbert E. Baker<br>Attorney General of the State of Georgia<br>40 Capitol Square, SW<br>Atlanta, Georgia  30334-1300 | Hon. Lawrence Wasden<br>Attorney General of the State of Idaho<br>700 West State Street<br>P.O. Box 83720<br>Boise, Idaho  83720-0010 |
| Hon. Douglas F. Gansler<br>Attorney General of the State of Maryland<br>200 St. Paul Place<br>Baltimore, Maryland  21202-2202 | Hon. Martha Coakley<br>Attorney General of the State of Massachusetts<br>1 Ashburton Place<br>Boston, Massachusetts  02108-1698 |

| | |
|---|---|
| Hon. Lori Swanson<br>Attorney General of the State of Minnesota<br>State Capitol<br>Suite 102<br>St. Paul, Minnesota  55155 | Hon. Kelly Ayotte<br>Attorney General of the State of New Hampshire<br>State House Annex, 33 Capitol Street<br>Concord, New Hampshire  03301-6397 |
| Hon. Anne Milgram<br>Attorney General of the State of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street, CN 080<br>Trenton, New Jersey  08625 | Hon. Andrew Cuomo<br>Attorney General of the State of New York<br>Department of Law - The Capitol, 2nd Floor<br>Albany, New York  12224 |
| Hon. Roy Cooper<br>Attorney General of the State of North Carolina<br>114 W. Edenton Street<br>Raleigh, North Carolina  27603 | Hon. Hardy Myers<br>Attorney General of the State of Oregon<br>Justice Building, 1162 Court Street, NE<br>Salem, Oregon  97301 |
| Hon. Tom Corbett<br>Attorney General of the State of Pennsylvania<br>1600 Strawberry Square<br>Harrisburg, Pennsylvania  17120 | Hon. Greg Abbott<br>Attorney General of the State of Texas<br>Capitol Station, P.O. Box 12548<br>Austin, Texas  78711-2548 |
| Hon. Mark Shurtleff<br>Attorney General of the State of Utah<br>Utah State Capitol Complex<br>East Office Building, Suite 320<br>Salt Lake City, Utah  84114-2320 | Hon. Bob McDonnell<br>Attorney General of the State of Virginia<br>900 East Main Street<br>Richmond, Virginia  23219 |
| Hon. Rob McKenna<br>Attorney General of the State of Washington<br>1125 Washington Street SE, PO Box 40100<br>Olympia, Washington  98504-0100 | Hon. J.B. Van Hollen<br>Attorney General of the State of Wisconsin<br>State Capitol, Suite 114 East, P.O. Box 7857<br>Madison, Wisconsin  53707-7857 |
| Hon. Michael Mukasey<br>Attorney General of the United States<br>U.S. Department of Justice<br>Robert F. Kennedy Building<br>950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530-0001 | |

and then sealing the envelopes, affixing adequate first-class postage, and depositing them within my firm for collection by the U.S. Postal Service pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

///

2

LEGAL_US_W # 58898092.1

DECL. OF SERVICE OF SUPPLEMENTAL CAFA NOTICE
U.S.D.C., N.D. Cal., No. C-07-2813-JW

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 7, 2008, at San Francisco, California.

                                /S/ *Helen DeVol*
                                HELEN DeVOL