UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No. C-07-2813-JW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENT**<br><br>Date:     July 7, 2008<br>Time:     9:00 a.m.<br>Courtroom: 8<br><br>Hon. James Ware |

1       On July 9, 2008, at 9:00 a.m., the parties appeared for a hearing on Plaintiff's Motion For Award Of Class Representative Service Payment. Based upon all papers on file with the Court and the arguments of counsel, the Court finds that the proposed service payment is fair and reasonable, taking into account "'the actions the plaintiff[s] [have] taken to protect the interests of the class, the degree to which the class has benefited from those actions, . . .[and] the amount of time and effort the plaintiff[s] expended in pursuing this litigation . . .'" *Staton v. Boeing*, 327 F.3d 938, 977 (9th Cir. 2003) (quoting *Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998)).

      The Settlement Administrator shall distribute $15,000 to Class Representative Ahmed Higazi within 10 days after the Final Approval Order becomes Final. This amount is separate and apart from any other recovery to which Mr. Higazi might be entitled under other provisions of the Settlement Agreement.

      IT IS SO ORDERED.

Dated: July ____, 2008

_____

The Hon. James Ware
United States District Judge

748503.1      - 1 -      [PROPOSED] ORDER GRANTING MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENT
CASE NO. 07-2813-JW