Exhibit B

Altshuler Berzon LLP

Matter: Cadence

Matter Number:  971.001

Fee Summary Through June 12, 2008:

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| Michael Rubin | 750 | 1.2 | 900.00 |
| Jim Finberg | 750 | 122.9 | 92,175.00 |
| Eve Cervantez | 620 | 10.4 | 6,448.00 |
| Peter Leckman | 345 | 232.6 | 80,247.00 |
| Stuart Naifeh | 345 | 19.0 | 6,555.00 |
| Paralegal | 195 | 29.7 | 5,791.50 |
| TOTAL FEES: | | 415.80 | 192,116.50 |