# Exhibit C

Date: 06/12/2008                                    **Detail Fee Transaction File List**                                    Page: 1
                                                          Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 04/19/2007 | JF | P | 1 | 750.00 | 0.80 | 600.00 | Exchange e-mails w/partners and co-counsel re case; | 1 |
| 971.001 | 05/03/2007 | JF | P | 1 | 750.00 | 1.80 | 1,350.00 | prepare complaint; exchange e-mail w/ co-counsel re same; | 2 |
| 971.001 | 05/09/2007 | JF | P | 1 | 750.00 | 0.30 | 225.00 | telephone conference with Jahan Sagafi re venue issues; | 3 |
| 971.001 | 05/10/2007 | SCN | P | 1 | 345.00 | 0.90 | 310.50 | Review complaint; | 7 |
| 971.001 | 05/11/2007 | JF | P | 1 | 750.00 | 0.50 | 375.00 | Conf w/ Stuart Naifeh re ERISA , venue, and standing issues; | 4 |
| 971.001 | 05/11/2007 | SCN | P | 1 | 345.00 | 0.50 | 172.50 | Strategy conference re: claims, revising complaint, case status; | 8 |
| 971.001 | 05/11/2007 | SCN | P | 1 | 345.00 | 4.70 | 1,621.50 | Revise complaint; | 9 |
| 971.001 | 05/15/2007 | JF | P | 1 | 750.00 | 0.50 | 375.00 | Exchange e-mail with co-counsel regarding complaint and press release; | 5 |
| 971.001 | 05/18/2007 | SCN | P | 1 | 345.00 | 0.40 | 138.00 | Review revised complaint and press release; | 10 |
| 971.001 | 05/23/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Strategy conference re: case status; | 11 |
| 971.001 | 05/24/2007 | JF | P | 1 | 750.00 | 1.10 | 825.00 | Prepare complaint and press release; exchange e-mail re same; | 6 |
| 971.001 | 05/29/2007 | SCN | P | 1 | 345.00 | 0.60 | 207.00 | Legal research re: venue and intradistrict assignment; | 12 |
| 971.001 | 06/07/2007 | JF | P | 1 | 750.00 | 1.40 | 1,050.00 | prepare letter to defense counsel re tolling; conf w/ Stuart Naife re same; | 13 |
| 971.001 | 06/07/2007 | SCN | P | 1 | 345.00 | 0.40 | 138.00 | Revise letter re: tolling, list of class members and strategy conference re: same; | 19 |
| 971.001 | 06/08/2007 | SCN | P | 1 | 345.00 | 0.40 | 138.00 | Telephone conference with Jahan Sagafi re: witness intakes; | 20 |
| 971.001 | 06/08/2007 | SCN | P | 1 | 345.00 | 0.70 | 241.50 | Revise witness intake form. | 21 |
| 971.001 | 06/08/2007 | SCN | P | 1 | 345.00 | 1.90 | 655.50 | Revise document requests; | 22 |
| 971.001 | 06/12/2007 | EC | P | 1 | 620.00 | 0.20 | 124.00 | Review new California Court of Appeal decision concerning application of administrative exemption to computer employees and circulate to cocounsel; | 14 |
| 971.001 | 06/19/2007 | SCN | P | 1 | 345.00 | 0.80 | 276.00 | Telephone conference with class member Raquel Calendaria re: intake interview; | 23 |
| 971.001 | 06/19/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Draft letter to Raquel Calendaria re: consent to join; | 24 |
| 971.001 | 06/21/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Exchange emails and voice mails with Stuart Naifeh re: tolling letter to opposing counsel; | 15 |
| 971.001 | 06/28/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Review and revise notice of filing consent to join; | 25 |
| 971.001 | 06/28/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Legal research re: waiver of transfer of venue; | 26 |
| 971.001 | 06/29/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Telephone conference with Stuart Naifeh re: communications with class members; | 16 |
| 971.001 | 06/29/2007 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail regarding district venue transfer motion; | 17 |
| 971.001 | 06/29/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Strategy conference re: meeting with class members, potential for retaliation; | 27 |
| 971.001 | 06/29/2007 | SCN | P | 1 | 345.00 | 0.50 | 172.50 | Legal research re: waiver of transfer of venue; | 28 |
| 971.001 | 07/02/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange e-mail re judge assignment; prepare notice of non-opposition to intra-district assignment; | 18 |
| 971.001 | 07/11/2007 | EC | P | 1 | 620.00 | 0.20 | 124.00 | Review court order re: transfer of case to Judge Jenkins and send emails to cocounsel re: same and possibility of opposing motion to transfer venue; | 29 |
| 971.001 | 07/11/2007 | SCN | P | 1 | 345.00 | 0.40 | 138.00 | Legal research re: timeliness of opposition to motion to transfer; | 35 |
| 971.001 | 07/12/2007 | SCN | P | 1 | 345.00 | 0.30 | 103.50 | Draft memo re: opposing transfer; | 36 |
| 971.001 | 07/16/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Strategy conference with Stuart Naifeh re: status and tasks; | 30 |
| 971.001 | 07/16/2007 | SCN | P | 1 | 345.00 | 0.20 | 69.00 | Strategy conference re: case status; | 37 |
| 971.001 | 07/17/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange e-mail with Eve Cervantez regarding Hoffmann Motion, transfer motion, and discovery; | 32 |
| 971.001 | 07/18/2007 | EC | P | 1 | 620.00 | 0.20 | 124.00 | Telephone conference with Stuart Naifeh re: tolling agreement and impact on Hoffmann filing; | 31 |
| 971.001 | 07/25/2007 | SCN | P | 1 | 345.00 | 0.40 | 138.00 | Draft and file statement of non-opposition to transfer; | 38 |
| 971.001 | 07/26/2007 | SCN | P | 1 | 345.00 | 0.70 | 241.50 | Draft tolling agreement; | 39 |
| 971.001 | 07/30/2007 | SCN | P | 1 | 345.00 | 0.20 | 69.00 | Telephone conference with Jahan Sagafi re: intakes, Hofmann motion; | 40 |
| 971.001 | 07/30/2007 | SCN | P | 1 | 345.00 | 1.70 | 586.50 | Draft Raquel Candelaria declaration; | 41 |
| 971.001 | 07/31/2007 | JF | P | 1 | 750.00 | 0.30 | 225.00 | telephone conference with Kirby Wilcox re rule 26(f) conf; | 33 |
| 971.001 | 08/01/2007 | JF | P | 1 | 750.00 | 2.20 | 1,650.00 | prepare stip re tolling; corresp w/ Kirby Wilcox re same; | 34 |

Date: 06/12/2008                                **Detail Fee Transaction File List**                                    Page: 2
                                                         Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 08/01/2007 | SCN | P | 1 | 345.00 | 1.30 | 448.50 | Telephone conference with Isaac Hamilton re: intake interview; | 42 |
| 971.001 | 08/03/2007 | SCN | P | 1 | 345.00 | 0.50 | 172.50 | Strategy conference re: declarations project; | 43 |
| 971.001 | 08/03/2007 | EC | P | 1 | 620.00 | 0.30 | 186.00 | Telephone conference with Stuart Naifeh re: unfinished declarations and cocounsel relations; | 44 |
| 971.001 | 08/03/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Paralegal: Strategy conference re: declaration gathering project; | 53 |
| 971.001 | 08/15/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Paralegal: Review documents re: background of case; | 54 |
| 971.001 | 08/16/2007 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail with Kirby Wilcox and Tom Geidt regarding stip and 26(f) conf; | 48 |
| 971.001 | 08/16/2007 | AMP | P | 1 | 195.00 | 0.40 | 78.00 | Paralegal: Telephone conference with Raquel Candelaria re: declaration; | 55 |
| 971.001 | 08/16/2007 | AMP | P | 1 | 195.00 | 0.70 | 136.50 | Draft same; | 56 |
| 971.001 | 08/16/2007 | AMP | P | 1 | 195.00 | 0.60 | 117.00 | Review Raquel Candelaria's intake form and declaration, declaration template, and Lieff Cabraser's Cadence website; | 57 |
| 971.001 | 08/17/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange e-mails with Tom Geidt regarding Rule 26(f) conference and stipulation regarding tolling; | 49 |
| 971.001 | 08/22/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Prepare and file stipulation regarding tolling; | 50 |
| 971.001 | 08/23/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Telephone conference with Jahan Sagafi re: date for hearing on unopposed venue motion; | 45 |
| 971.001 | 08/24/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Follow up on first requests for discovery; | 46 |
| 971.001 | 08/24/2007 | EC | P | 1 | 620.00 | 1.30 | 806.00 | Travel to, attend, and participate in Rule 26(f) report with defense counsel (3 counsel from each side present); | 47 |
| 971.001 | 08/24/2007 | JF | P | 1 | 750.00 | 3.20 | 2,400.00 | Prepare for and attend rule 26(f) conference; Prepare discovery requests; | 62 |
| 971.001 | 08/27/2007 | EC | P | 1 | 620.00 | 1.10 | 682.00 | Follow up on ADR Certification, including telephone conference with Molly Harkos, review and sign agreement for ADR through private mediator, legal research re: certification requirements and deadlines, telephone conference with client Ahmed Higazi re: need for certification, and exchange emails with cocounsel re: same; | 51 |
| 971.001 | 08/29/2007 | EC | P | 1 | 620.00 | 0.20 | 124.00 | Exchange emails and phone calls with Jahan Sagafi re: completing various meet and confer tasks, research Judge Ware standing orders; | 52 |
| 971.001 | 08/30/2007 | EC | P | 1 | 620.00 | 1.00 | 620.00 | Review draft letter to Cadence re: informal discovery and all discovery requests and send edits and comments to Jahan Sagafi; | 60 |
| 971.001 | 08/30/2007 | EC | P | 1 | 620.00 | 2.10 | 1,302.00 | Draft Rule 26(f) Report/CMC Statement; | 61 |
| 971.001 | 08/30/2007 | JF | P | 1 | 750.00 | 0.90 | 675.00 | Prepare letter to defendant regarding rule 26(f) conference; exchange email regarding rule 26(f) conference; | 63 |
| 971.001 | 08/30/2007 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Prepare case management conference statement; Exchange email regarding case management conference statement; | 64 |
| 971.001 | 08/31/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Paralegal: Draft intake form for Tim Whaley; | 58 |
| 971.001 | 08/31/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Tim Whaley re: setting up a time to talk; | 59 |
| 971.001 | 09/10/2007 | JF | P | 1 | 750.00 | 0.20 | 150.00 | Conference with Eve Cervantez regarding Case Management Conference Statement; | 65 |
| 971.001 | 09/17/2007 | EC | P | 1 | 620.00 | 0.20 | 124.00 | Respond to opposing counsel email re: CMC statement and mediation date and conference with Jim Finberg re: same; | 66 |
| 971.001 | 09/17/2007 | JF | P | 1 | 750.00 | 0.70 | 525.00 | Telephone conference with Karen Kukla regarding David Rothman mediation dates; Exchange email with co-counsel and opposing counsel regarding CMC statement and mediation; Conference with Eve Cervantez | 73 |
| 971.001 | 09/19/2007 | EC | P | 1 | 620.00 | 0.10 | 62.00 | Telephone conference with with Jahan Sagafi re: drafting initial disclosures and CMC Statement; | 67 |
| 971.001 | 09/20/2007 | EC | P | 1 | 620.00 | 0.70 | 434.00 | Review and edit CMC statement, telephone call with Jahan Sagafi re: same, and exchange emails with cocounsel and opposing counsel re: same; | 68 |
| 971.001 | 09/20/2007 | EC | P | 1 | 620.00 | 0.60 | 372.00 | Prepare for conference with Molly Harcos by reviewing and editing changes to CMC statement, review emails from Jahan Sagafi re: client information, and reviewing draft discovery letters; | 69 |
| 971.001 | 09/20/2007 | EC | P | 1 | 620.00 | 0.70 | 434.00 | Conference with Peter Leckman re: update on case, then telephone conference with Molly Harcos re: CMC and discovery, and send email | 70 |

JB                                                                                                                        Thursday 06/12/2008 12:26 pm

Date: 06/12/2008                               **Detail Fee Transaction File List**                                    Page: 3
                                                        Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| | | | | | | | | report to cocounsel; | |
| 971.001 | 09/20/2007 | EC | P | 1 | 620.00 | 0.40 | 248.00 | Review documents produced by client for initial disclosures and edit initial disclosures; | 71 |
| 971.001 | 09/20/2007 | JF | P | 1 | 750.00 | 0.90 | 675.00 | Conference with Eve Cervantez regarding discovery and case management conference statement; Exchange email with Peter Leckman; | 74 |
| 971.001 | 09/20/2007 | PEL | P | 1 | 345.00 | 2.00 | 690.00 | Review complaint, status conference statement, discovery, and other related documents; | 77 |
| 971.001 | 09/20/2007 | PEL | P | 1 | 345.00 | 0.70 | 241.50 | Strategy conference with Eve Cervantez re: Joint CMC and call to opposing counsel; | 78 |
| 971.001 | 09/20/2007 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Insert edits to Joint CMC statement; | 79 |
| 971.001 | 09/20/2007 | PEL | P | 1 | 345.00 | 0.80 | 276.00 | Review Plaintiffs' initial disclosures; | 80 |
| 971.001 | 09/21/2007 | EC | P | 1 | 620.00 | 0.30 | 186.00 | Final edits to our initial disclosures and exchange emails with opposing counsel re: initial discosures and document production; | 72 |
| 971.001 | 09/21/2007 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Exchange emails with Kelly Dermody regarding strategy; Conference with Eve Cervantez regarding discovery; | 75 |
| 971.001 | 09/21/2007 | PEL | P | 1 | 345.00 | 0.90 | 310.50 | finalize and file Joint CMC statement | 81 |
| 971.001 | 09/21/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review Initial Disclosures; | 82 |
| 971.001 | 09/21/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Paralegal: Strategy conference re: indexing defendants' document production; | 89 |
| 971.001 | 09/23/2007 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Review Initial Disclosures; | 83 |
| 971.001 | 09/24/2007 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Strategy conference with paralegal re: summary of initial disclosures; | 84 |
| 971.001 | 09/24/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Paralegal: Strategy conference re: indexing defendant's document production; | 90 |
| 971.001 | 09/28/2007 | EC | P | 1 | 620.00 | 0.30 | 186.00 | Strategy conference with Jim Finberg and Peter Leckman re: preparation for CMC Conference; | 76 |
| 971.001 | 09/28/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Strategy conference with Abby Phelps re: Index of Cadence Initial Disclosures; | 85 |
| 971.001 | 09/28/2007 | PEL | P | 1 | 345.00 | 0.80 | 276.00 | Review index of initial disclosures; | 86 |
| 971.001 | 09/28/2007 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Strategy conferences with Jim Finberg re: initial disoclosures; | 87 |
| 971.001 | 09/28/2007 | AMP | P | 1 | 195.00 | 3.30 | 643.50 | Paralegal: Index defendant's document production; | 91 |
| 971.001 | 09/28/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: same; | 92 |
| 971.001 | 09/28/2007 | JF | P | 1 | 750.00 | 3.80 | 2,850.00 | Telephone conference with Tom Geidt regarding Case Management Conference, discovery, and settlement; Telephone conference with Kirby Wilcox regarding CMC, discovery, and settlment; Prepare for CMC; Review documents; Conference with Peter Leckman regarding discovery and documents; | 93 |
| 971.001 | 09/30/2007 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Review emails; | 88 |
| 971.001 | 10/01/2007 | JF | P | 1 | 750.00 | 0.90 | 675.00 | Exchange email with co-counsel and opposing counsel regarding mediation; Exchange email with opposing counsel re mediation; | 94 |
| 971.001 | 10/01/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Paralegal: Compare job titles from Cadence document production to job titles from intake forms; | 99 |
| 971.001 | 10/01/2007 | AMP | P | 1 | 195.00 | 0.50 | 97.50 | Strategy conference re: defendant's document production; | 100 |
| 971.001 | 10/01/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Edit Raquel Candelaria intake sheet and declaration; | 101 |
| 971.001 | 10/01/2007 | AMP | P | 1 | 195.00 | 1.30 | 253.50 | Prepare binder; | 102 |
| 971.001 | 10/01/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | telephone conference with with Jahan Sagafi re: initial production of documents; | 105 |
| 971.001 | 10/01/2007 | PEL | P | 1 | 345.00 | 1.30 | 448.50 | Review Documents; | 106 |
| 971.001 | 10/02/2007 | JF | P | 1 | 750.00 | 0.20 | 150.00 | Exchange email regarding case management conference; | 95 |
| 971.001 | 10/02/2007 | PEL | P | 1 | 345.00 | 1.40 | 483.00 | Compare Documents Requests to Documents Produced; Email to Team; | 107 |
| 971.001 | 10/02/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | review emails re scheduling of CMC; | 108 |
| 971.001 | 10/03/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange email regarding case management conference and regarding mediation; | 96 |
| 971.001 | 10/03/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review Candelaria intake form and declaration; | 109 |
| 971.001 | 10/05/2007 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Hearing Update from Dan Purtell; | 110 |
| 971.001 | 10/08/2007 | JF | P | 1 | 750.00 | 0.20 | 150.00 | Exchange email regarding discovery; | 97 |
| 971.001 | 10/08/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | review emails re: discovery; | 111 |
| 971.001 | 10/10/2007 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Call with co-counsel re: discovery; | 112 |
| 971.001 | 10/10/2007 | PEL | P | 1 | 345.00 | 1.10 | 379.50 | Edit draft letter to Cadence re: discovery; | 113 |
| 971.001 | 10/11/2007 | JF | P | 1 | 750.00 | 1.40 | 1,050.00 | Telephone conference with Tom Geidt, Jahan Sagafi, and Molly Harcos regarding discovery and mediaiation ; review corsp. regarding same; Exchange email regarding same; | 98 |

Date: 06/12/2008                                   **Detail Fee Transaction File List**                                   Page: 4

Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 10/11/2007 | PEL | P | 1 | 345.00 | 1.10 | 379.50 | Draft and file Notice of Entry of Appearance; | 114 |
| 971.001 | 10/12/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | emails re mediation; | 115 |
| 971.001 | 10/22/2007 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange email with Molly Harcos regarding discovery and mediation issues; | 103 |
| 971.001 | 10/22/2007 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Review Emails; | 116 |
| 971.001 | 10/24/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Review emails re: Deposition Dates; | 117 |
| 971.001 | 10/29/2007 | JF | P | 1 | 750.00 | 4.50 | 3,375.00 | Prepare for and attend initial case management conf; meeting with co-counsel and opposing counsel re discovery issues; | 104 |
| 971.001 | 10/29/2007 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Strategy conference with Jim Finberg re: Cadence Deposition; | 118 |
| 971.001 | 10/31/2007 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Review emails; | 119 |
| 971.001 | 11/03/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Cadence Email following up on documents; | 125 |
| 971.001 | 11/05/2007 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Conference with Jahan Sagafi regarding discovery; Review email regarding discovery; | 120 |
| 971.001 | 11/05/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review Cadence Documents; | 126 |
| 971.001 | 11/06/2007 | JF | P | 1 | 750.00 | 0.50 | 375.00 | Exchange email regarding discovery and letter to class members; | 121 |
| 971.001 | 11/06/2007 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | review documents & organize depositions; | 127 |
| 971.001 | 11/07/2007 | JF | P | 1 | 750.00 | 1.10 | 825.00 | Telephone conference with Jahan Sagafi regarding class definition; Call Dan Rosenthal regarding mailing to class members; Exchange email with Dan Rosenthal regarding mailing to class members; Telephone conference with Dan Rosenthal; | 122 |
| 971.001 | 11/07/2007 | JF | P | 1 | 750.00 | 0.90 | 675.00 | Telephone conference with Kirby Wilcox regarding depositions; Telephone conference with Jahan Sagafi and Eve Cervantez regarding depositions; Exchange email regarding letter to class members; | 123 |
| 971.001 | 11/07/2007 | PEL | P | 1 | 345.00 | 2.30 | 793.50 | Draft Cadence Letter to Class Members; Conversations with Jahan Sagafi and Abby Phelps re: class members; | 128 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Paralegal: Telephone conference with Tim Whaley re: ID number; | 143 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Strategy conference re: status of case, gathering ID numbers and other information from class members; | 144 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Raquel Candelaria re: ID number; | 145 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Isaac Hamilton III re: same; | 146 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Mario Espinoza re: same; | 147 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Review and edit intake forms; | 148 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Isaac Hamilton re: ineligibility for settlement; | 149 |
| 971.001 | 11/07/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Draft list of covered positions; | 150 |
| 971.001 | 11/08/2007 | JF | P | 1 | 750.00 | 0.70 | 525.00 | Exchange email regarding discovery issues and regarding letter to class members; | 124 |
| 971.001 | 11/08/2007 | PEL | P | 1 | 345.00 | 2.40 | 828.00 | Review proposed letter to class and Strategy conferences with co-counsel; | 129 |
| 971.001 | 11/09/2007 | PEL | P | 1 | 345.00 | 2.70 | 931.50 | review class lists and strategy conference with co-counsel; | 130 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Paralegal: Strategy conference re: obtaining ID numbers of class members and confirming that our contacts appear on the class list; | 151 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Draft e-mail to Tim Whaley re: list of covered positions; | 152 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: Timothy Whaley; | 153 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Telephone conference with Mario Espinoza re: concerns about retaliation; | 154 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Peter Leckman re: Mario Espinoza; | 155 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Draft e-mail to Raquel Candelaria re: ID number and list of covered positions; | 156 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Tim Whaley re: setting up a time to complete his intake form; | 157 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Review and update class member intake forms; | 158 |
| 971.001 | 11/09/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Telephone conference with Jahan Sagafi, Lieff paralegal and Peter Leckman re: class list provided by Cadence; | 159 |
| 971.001 | 11/11/2007 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Cadence emails re deposition dates; | 131 |
| 971.001 | 11/12/2007 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | review ERISA materials; | 132 |
| 971.001 | 11/12/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | email to jahan sagafi and voice mail to Molly Harcos; | 133 |
| 971.001 | 11/12/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Paralegal: Draft e-mail to Raquel Candelaria re: status update; | 160 |
| 971.001 | 11/13/2007 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | emails to Jahan and voice message to Molly Harcos; | 134 |
| 971.001 | 11/14/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | draft letter to Molly Harcos re: next steps | 135 |

Date: 06/12/2008                                                                                  **Detail Fee Transaction File List**                                                                                  Page: 5
Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| | | | | | | | | and failure to follow-up on earlier inquiries; | |
| 971.001 | 11/14/2007 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Conference with Peter Leckman regarding letter to class members; Review e-mail regarding letter to class members; | 165 |
| 971.001 | 11/15/2007 | PEL | P | 1 | 345.00 | 1.60 | 552.00 | Emails and telephone conference with co-counsel re letter to class and scheduling of depos; | 136 |
| 971.001 | 11/16/2007 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Finalize Letter to Class, telephone conference with Dan Rosenthall, review doc. production; | 137 |
| 971.001 | 11/19/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | telephone conference with D. Rosenthal re letter to class; finalize and approve letter; | 138 |
| 971.001 | 11/19/2007 | AMP | P | 1 | 195.00 | 0.50 | 97.50 | Paralegal: Review defendants' most recent document production; | 161 |
| 971.001 | 11/21/2007 | AMP | P | 1 | 195.00 | 0.50 | 97.50 | Paralegal: Review defendant's most recent document production and draft e-mail to Peter Leckman re: same; | 162 |
| 971.001 | 11/21/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Scan and e-mail IT organizational chart; | 163 |
| 971.001 | 11/26/2007 | JF | P | 1 | 750.00 | 0.20 | 150.00 | Exchqange email regarding letter to class; | 166 |
| 971.001 | 11/28/2007 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | email exchanges re: depos and docs; | 139 |
| 971.001 | 11/28/2007 | JF | P | 1 | 750.00 | 1.60 | 1,200.00 | Exchange email regarding discovery; Conference with Peter Leckman regarding discovery; Telephone conference with Dick Drogin regarding damages; | 167 |
| 971.001 | 11/29/2007 | PEL | P | 1 | 345.00 | 2.30 | 793.50 | Draft letter to Harcos; Strategy conference with Jim Finberg and telephone conference with Jahan Sagafi | 140 |
| 971.001 | 11/29/2007 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | telephone conference with class member; | 141 |
| 971.001 | 11/30/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Email exchange with co-counsel; | 142 |
| 971.001 | 11/30/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Paralegal: Draft declarations of Raquel Candelaria and Mario Espinoza; | 164 |
| 971.001 | 12/03/2007 | AMP | P | 1 | 195.00 | 0.70 | 136.50 | Telephone conference with Tim Whaley re: work experience at Cadence; | 168 |
| 971.001 | 12/03/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Strategy conference re: obtaining declarations; | 169 |
| 971.001 | 12/03/2007 | PEL | P | 1 | 345.00 | 0.80 | 276.00 | Review Cadence Document Production; | 188 |
| 971.001 | 12/04/2007 | PEL | P | 1 | 345.00 | 4.70 | 1,621.50 | Review materials and draft script for Conway deposition; | 189 |
| 971.001 | 12/05/2007 | PEL | P | 1 | 345.00 | 3.80 | 1,311.00 | Review materials and prep for Conway depo; | 190 |
| 971.001 | 12/06/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Natalie at Lieff Cabraser re: index to defendant's document production; | 170 |
| 971.001 | 12/06/2007 | AMP | P | 1 | 195.00 | 1.00 | 195.00 | Draft declarations of Raquel Candelaria and Mario Espinoza-Alvarez; | 171 |
| 971.001 | 12/06/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Mario Espinoza-Alvarez re: follow-up questions re: declaration; | 172 |
| 971.001 | 12/06/2007 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | emails and call with co-counsel re depositions; | 191 |
| 971.001 | 12/07/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Tim Whaley re: setting up a time to answer follow-up questions re: his declaration; | 173 |
| 971.001 | 12/07/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Draft declaration of Tim Whaley; | 174 |
| 971.001 | 12/07/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Cadence discovery work; | 192 |
| 971.001 | 12/07/2007 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Revise depo script; | 193 |
| 971.001 | 12/10/2007 | AMP | P | 1 | 195.00 | 0.40 | 78.00 | Telephone conference with Tim Whaley re: follow-up questions re: declaration; | 175 |
| 971.001 | 12/11/2007 | AMP | P | 1 | 195.00 | 2.30 | 448.50 | Draft declarations of Raquel Candelaria, Mario Espinoza-Alvarez and Timothy Whaley; | 176 |
| 971.001 | 12/11/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Peter Leckman re: draft declarations; | 177 |
| 971.001 | 12/11/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: same; | 178 |
| 971.001 | 12/11/2007 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Exchange email regarding data; Review documents; Conference with Peter Leckman regarding deposition; | 184 |
| 971.001 | 12/11/2007 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Review emails re discovery; Strategy conference with paralegal re declarations; | 194 |
| 971.001 | 12/12/2007 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Exchange emails regarding declarations and data; | 185 |
| 971.001 | 12/12/2007 | PEL | P | 1 | 345.00 | 6.30 | 2,173.50 | Prep. for deposition of Cindy Conway; | 195 |
| 971.001 | 12/13/2007 | PEL | P | 1 | 345.00 | 6.70 | 2,311.50 | Prepare for and take deposition of Cindy Conway; | 196 |
| 971.001 | 12/14/2007 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Emails re discovery; | 197 |
| 971.001 | 12/17/2007 | AMP | P | 1 | 195.00 | 0.40 | 78.00 | Strategy conference re: class member declarations; | 179 |
| 971.001 | 12/17/2007 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Telephone conference with Mario Espinoza re: follow-up questions re: his declaration; | 180 |
| 971.001 | 12/17/2007 | AMP | P | 1 | 195.00 | 0.40 | 78.00 | Draft declaration of Mario Espinoza; | 181 |
| 971.001 | 12/17/2007 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Call wioth co-counsel re: mediation brief; | 198 |
| 971.001 | 12/17/2007 | PEL | P | 1 | 345.00 | 3.40 | 1,173.00 | Review and revise draft declarations; | 199 |

Date: 06/12/2008                      **Detail Fee Transaction File List**                      Page: 6

Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 12/18/2007 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Draft e-mail to Kelly Dermody re: class member declarations; | 182 |
| 971.001 | 12/18/2007 | PEL | P | 1 | 345.00 | 3.20 | 1,104.00 | Declarations Review; call with team; | 200 |
| 971.001 | 12/19/2007 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Email to Jim Finberg re: calss member and call to class member; | 201 |
| 971.001 | 12/21/2007 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Jahan Sagafi re: edits to class member declarations; | 183 |
| 971.001 | 12/27/2007 | JF | P | 1 | 750.00 | 1.90 | 1,425.00 | Prepare mediation brief; | 186 |
| 971.001 | 12/28/2007 | JF | P | 1 | 750.00 | 2.60 | 1,950.00 | Prepare mediation brief; Exchange email re: mediation brief; | 187 |
| 971.001 | 01/02/2008 | PEL | P | 1 | 345.00 | 6.70 | 2,311.50 | Review Declarations; telephone conferences with co-counsel; telephone conferences with paralegal. | 203 |
| 971.001 | 01/02/2008 | JF | P | 1 | 750.00 | 2.40 | 1,800.00 | Review damages analysis; Conference with Peter Leckman regarding case; Exchange email regarding damages analysis; Conference call with co-counsel regarding mediation; | 205 |
| 971.001 | 01/02/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Timothy Whaley re: approving and signing his declaration; | 208 |
| 971.001 | 01/02/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Telephone conference with Raquel Candelaria re: same; | 209 |
| 971.001 | 01/02/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Telephone conference with Mario Espinoza-Alvarez re: same; | 210 |
| 971.001 | 01/02/2008 | AMP | P | 1 | 195.00 | 3.30 | 643.50 | Draft declarations of various class members; | 211 |
| 971.001 | 01/02/2008 | AMP | P | 1 | 195.00 | 0.40 | 78.00 | Strategy conference re: same; | 212 |
| 971.001 | 01/03/2008 | JF | P | 1 | 750.00 | 2.20 | 1,650.00 | Prepare mediation brief; | 202 |
| 971.001 | 01/03/2008 | PEL | P | 1 | 345.00 | 7.10 | 2,449.50 | Review and Revise mediation brief; Review declarations; telephone conferences with co-counsel; | 204 |
| 971.001 | 01/03/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Strategy conference re: gathering declarations; | 213 |
| 971.001 | 01/03/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Draft e-mail to Tim Whaley re: average number of hours worked per week; | 214 |
| 971.001 | 01/03/2008 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Draft declarations and e-mails to declarants; | 215 |
| 971.001 | 01/03/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Mario Espinoza re: approving and signing his declaration; | 216 |
| 971.001 | 01/03/2008 | AMP | P | 1 | 195.00 | 0.30 | 58.50 | Scan, edit and e-mail declaration of Raquel Candelaria; | 217 |
| 971.001 | 01/04/2008 | JF | P | 1 | 750.00 | 2.60 | 1,950.00 | Prepare mediation submissions; Conference with Peter Leckman regarding mediation submissions; Exchange email regarding mediation submissions; Review declarations; | 206 |
| 971.001 | 01/04/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Telephone conference with Isaac Hamilton re: signing a declaration; | 218 |
| 971.001 | 01/04/2008 | AMP | P | 1 | 195.00 | 0.60 | 117.00 | Draft declaration of Isaac Hamilton; | 219 |
| 971.001 | 01/04/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: same; | 220 |
| 971.001 | 01/04/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Isaac Hamilton re: same; | 221 |
| 971.001 | 01/04/2008 | PEL | P | 1 | 345.00 | 4.40 | 1,518.00 | Finalize Memorandum; Strategy conference with co-counsel; finalize declaraitons | 250 |
| 971.001 | 01/07/2008 | JF | P | 1 | 750.00 | 3.20 | 2,400.00 | Prepare for mediation; Read mediation statement; Exchange email regarding mediation; | 207 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Mario Espinoza re: proof of average hours worked and being on call 24/7; | 222 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Voicemails to Isaac Hamilton re: his declaration; | 223 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.60 | 117.00 | Strategy conference re: gathering declarations; | 224 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.50 | 97.50 | Telephone conference with Isaac Hamilton re: same; | 225 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mails to Mario Espinoza re: his declaration; | 226 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.70 | 136.50 | Draft declaration of Isaac Hamilton; | 227 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Isaac Hamilton re: employees with different titles but identical duties; | 228 |
| 971.001 | 01/07/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Review several briefs; | 229 |
| 971.001 | 01/07/2008 | PEL | P | 1 | 345.00 | 1.30 | 448.50 | Review Cadence's mediation brief; | 251 |
| 971.001 | 01/07/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Strategy conference with co-counsel; | 252 |
| 971.001 | 01/07/2008 | PEL | P | 1 | 345.00 | 1.10 | 379.50 | Conversations with class member about duties and Cadence structure; | 253 |
| 971.001 | 01/08/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemails to Isaac Hamilton re: his declaration; | 230 |
| 971.001 | 01/08/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Draft declaration of Isaac Hamilton; | 231 |
| 971.001 | 01/08/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Strategy conference re: obtaining a declaration from Isaac Hamilton; | 232 |
| 971.001 | 01/08/2008 | JF | P | 1 | 750.00 | 2.10 | 1,575.00 | Prepare for mediation; Exchange email with Kelly Dermody re: class cert; Conference call in preparation for mediation; | 237 |
| 971.001 | 01/08/2008 | PEL | P | 1 | 345.00 | 1.00 | 345.00 | Strategy conference with co-counsel re: mediation; | 254 |

Date: 06/12/2008 | **Detail Fee Transaction File List** | Page: 7
Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 01/08/2008 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Preparation for mediation; | 255 |
| 971.001 | 01/09/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Voicemail to Tim Whaley re: his job band; | 233 |
| 971.001 | 01/09/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Review class member declarations; | 234 |
| 971.001 | 01/09/2008 | JF | P | 1 | 750.00 | 12.30 | 9,225.00 | Prepare for and attend mediation; negotiate MOU; Exchange e-mail with co-counsel; | 238 |
| 971.001 | 01/09/2008 | MR | P | 1 | 750.00 | 1.20 | 900.00 | Telephone conferences with Leckman, Finberg, Dermody, and e-mails re: same re: PAGA issues arising in mediation; research re: PAGA; review memo from Wilcox; review and analyze post-Bowman case and present analysis to Leckman and Finberg (1.2). | 249 |
| 971.001 | 01/09/2008 | PEL | P | 1 | 345.00 | 13.10 | 4,519.50 | Attend mediation; | 256 |
| 971.001 | 01/10/2008 | JF | P | 1 | 750.00 | 0.70 | 525.00 | Exchange emails with potential claims administrators; Review Memo of Understanding; Conference with Peter Leckman re: preliminary approval; | 239 |
| 971.001 | 01/10/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Review emails re: MOU and next steps; | 257 |
| 971.001 | 01/13/2008 | JF | P | 1 | 750.00 | 2.40 | 1,800.00 | Prepare settlement agreement; Exchange emails re: settlement agreement; | 240 |
| 971.001 | 01/14/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Review proposed Settlement Agreement; | 258 |
| 971.001 | 01/15/2008 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Telephone conference with Mark Patton re: Claims Administration; | 241 |
| 971.001 | 01/17/2008 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange email with SSI re: claims administrator; | 242 |
| 971.001 | 01/18/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: e-mail from Raquel Candelaria; | 235 |
| 971.001 | 01/18/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Draft e-mail to Raquel Candelaria re: status of negotiations; | 236 |
| 971.001 | 01/18/2008 | JF | P | 1 | 750.00 | 1.10 | 825.00 | Prepare preliminary approval brief; Conference with Peter Leckman re: preliminary approval brief; | 243 |
| 971.001 | 01/18/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Preliminary approval brief prep.; | 259 |
| 971.001 | 01/21/2008 | PEL | P | 1 | 345.00 | 4.60 | 1,587.00 | Draft Motion for Preliminary Approval; | 260 |
| 971.001 | 01/22/2008 | JF | P | 1 | 750.00 | 3.20 | 2,400.00 | Prepare preliminary approval brief; Exchange email with Peter Leckman re: preliminary approval brief; | 244 |
| 971.001 | 01/22/2008 | PEL | P | 1 | 345.00 | 4.80 | 1,656.00 | Draft Preliminary Approval Brief; | 261 |
| 971.001 | 01/23/2008 | JF | P | 1 | 750.00 | 1.80 | 1,350.00 | Prepare preliminary approval brief; Conference with Peter Leckman re: prelminary approval brief; | 245 |
| 971.001 | 01/23/2008 | PEL | P | 1 | 345.00 | 3.90 | 1,345.50 | Finalize draft of preliminary approval brief; | 262 |
| 971.001 | 01/24/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | review emails and preliminary approval brief; | 263 |
| 971.001 | 01/29/2008 | JF | P | 1 | 750.00 | 1.40 | 1,050.00 | Exchange email with Kirby Wilcox re: settlement agreement; Review notice and claim form; | 246 |
| 971.001 | 01/29/2008 | PEL | P | 1 | 345.00 | 1.40 | 483.00 | Review Claim form and Notice; | 264 |
| 971.001 | 01/30/2008 | JF | P | 1 | 750.00 | 2.80 | 2,100.00 | Review notice and claim form; Exchange email re: settlement agreement, notice and claim form; Exchange email re: case management conference and preliminary approval hearing; | 247 |
| 971.001 | 01/31/2008 | JF | P | 1 | 750.00 | 2.90 | 2,175.00 | Exchange email re: case management conference; Prepare notice; Send email re: notice; | 248 |
| 971.001 | 01/31/2008 | PEL | P | 1 | 345.00 | 3.40 | 1,173.00 | review emails; edit preliminary approval brief; review CMC statement; | 265 |
| 971.001 | 02/01/2008 | JF | P | 1 | 750.00 | 1.70 | 1,275.00 | Prepare case management statement; Exchange email re: settlement issues; Prepare settlement papers; Prepare preliminary approval order; | 266 |
| 971.001 | 02/01/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Edit Preliminary Approval Brief; Review Emails; | 275 |
| 971.001 | 02/01/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Draft Finberg Declaration ISO Preliminary Approval; | 276 |
| 971.001 | 02/02/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Draft Jim Finberg's Declaration ISO preliminary approval; | 277 |
| 971.001 | 02/04/2008 | JF | P | 1 | 750.00 | 3.70 | 2,775.00 | Prepare declaration in support of preliminary approval; Prepare preliminary approval order; Prepare settlement papers; Conference with Peter Leckman; Exchange email with Jahan Sagafi; | 267 |
| 971.001 | 02/04/2008 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Review and Revise Preliminary Approval Papers; | 278 |
| 971.001 | 02/04/2008 | PEL | P | 1 | 345.00 | 1.00 | 345.00 | Draft [Proposed] Preliminary Approval Order; | 279 |
| 971.001 | 02/04/2008 | PEL | P | 1 | 345.00 | 1.30 | 448.50 | Revise [Proposed] Preliminary Approval Order and Finberg Declaration; | 280 |
| 971.001 | 02/05/2008 | JF | P | 1 | 750.00 | 2.60 | 1,950.00 | Telephone conference with Jahan Sagafi and Peter Leckman re: settlement papers; Telephone conference with Jahan Sagafi, Peter Leckman, J. Whol, and Molly Harcos re: settlement papers; Exchange emails re: | 268 |

JB                                                                      Thursday 06/12/2008 12:26 pm

Date: 06/12/2008                                     **Detail Fee Transaction File List**                                     Page: 8
                                                            Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| | | | | | | | | settlemetn papers; Prepare settlement papers; | |
| 971.001 | 02/05/2008 | PEL | P | 1 | 345.00 | 3.80 | 1,311.00 | Review and Finalize Preliminary Approval Drafts; | 281 |
| 971.001 | 02/06/2008 | PEL | P | 1 | 345.00 | 1.70 | 586.50 | Review Claims form and CAFA notice, send edits to co-counsel; | 282 |
| 971.001 | 02/07/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | review and respond to emails from co-counsel; | 283 |
| 971.001 | 02/07/2008 | PEL | P | 1 | 345.00 | 1.80 | 621.00 | Review Settlement Redline; resend documents to opposing counsel; review preliminary approval documents. | 284 |
| 971.001 | 02/08/2008 | PEL | P | 1 | 345.00 | 1.10 | 379.50 | Review Final Judgment Papers; emails; | 285 |
| 971.001 | 02/09/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review preliminary approval papers; email to team; | 286 |
| 971.001 | 02/11/2008 | JF | P | 1 | 750.00 | 5.10 | 3,825.00 | Telephone conference with Jeff Wohl, Molly Harcos, Jahan Sagafi; Prepare opt out form; Research re: escheat; Exchagne email re: escheat; | 269 |
| 971.001 | 02/11/2008 | PEL | P | 1 | 345.00 | 2.60 | 897.00 | Review preliminary approval papers and emails; draft opt-out form; telephone conference with with Jim Finberg. | 287 |
| 971.001 | 02/12/2008 | JF | P | 1 | 750.00 | 2.60 | 1,950.00 | Exchange e-mail re: opt out form and escheat issues; Prepare final approval order; Prepare opt out form; Research re: escheat issue; | 270 |
| 971.001 | 02/12/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Review revised opt-out form; review final approval order; review emails from team; | 288 |
| 971.001 | 02/13/2008 | JF | P | 1 | 750.00 | 1.80 | 1,350.00 | Telephone conference with Jahan Sagafi, Jeff Wohl, and Molly Harcos re: settlement issues; Exchange e-mails re: same; | 271 |
| 971.001 | 02/14/2008 | JF | P | 1 | 750.00 | 1.70 | 1,275.00 | Prepare opt out form and claim form; Exchange e-mail re: same; | 272 |
| 971.001 | 02/14/2008 | PEL | P | 1 | 345.00 | 1.70 | 586.50 | Email exchanges with co-counsel; review Cadence revisions to prelimianry approval papers; | 289 |
| 971.001 | 02/15/2008 | JF | P | 1 | 750.00 | 2.10 | 1,575.00 | Review settlement agreements; Exchange e-mail re: same; | 273 |
| 971.001 | 02/15/2008 | PEL | P | 1 | 345.00 | 1.10 | 379.50 | Review emails and prelimianry approval papers; | 290 |
| 971.001 | 02/16/2008 | PEL | P | 1 | 345.00 | 2.10 | 724.50 | Review Revised Settlement Papers and draft email to team; | 291 |
| 971.001 | 02/19/2008 | PEL | P | 1 | 345.00 | 3.20 | 1,104.00 | Review Settlement papers; conversations with Jim Finberg and co-counsel; | 292 |
| 971.001 | 02/19/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Review Notice; | 293 |
| 971.001 | 02/20/2008 | PEL | P | 1 | 345.00 | 2.30 | 793.50 | Calls with co-counsel; reveiw materials; | 294 |
| 971.001 | 02/21/2008 | PEL | P | 1 | 345.00 | 2.30 | 793.50 | Review documents; calls & emails to co-counsel; | 295 |
| 971.001 | 02/22/2008 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail re: notice; | 274 |
| 971.001 | 02/22/2008 | PEL | P | 1 | 345.00 | 0.70 | 241.50 | Call with opposing counsel; follow-up email to Jim Finberg; | 296 |
| 971.001 | 02/23/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review emails re: tax share; | 297 |
| 971.001 | 02/24/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Review emails re: preliminary approval papers; | 298 |
| 971.001 | 02/25/2008 | PEL | P | 1 | 345.00 | 5.70 | 1,966.50 | Review and Revise Papers; Strategy conferences with co-counsel; email-exchange with Jim Finberg; | 299 |
| 971.001 | 02/25/2008 | JF | P | 1 | 750.00 | 2.30 | 1,725.00 | Prepare settlement papers and papers in support of preliminary approval; Exchange e-mails with co-counsel re: same; | 304 |
| 971.001 | 02/26/2008 | PEL | P | 1 | 345.00 | 6.20 | 2,139.00 | Revise Prliminary approval brief; review preliminary approval papers and settlement; email and telephone exchanges with co-counsel and opposing counsel; | 300 |
| 971.001 | 02/27/2008 | PEL | P | 1 | 345.00 | 4.20 | 1,449.00 | Revise papers; prepare for filing; conversations with co-counsel and opposing counsel; Strategy conference with Jim Finberg; | 301 |
| 971.001 | 02/27/2008 | JF | P | 1 | 750.00 | 0.80 | 600.00 | Prepare papers in support of preliminary approval of settlement; | 305 |
| 971.001 | 02/28/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | telephone conference with opposing counsel; review revised papers; | 302 |
| 971.001 | 02/28/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Review filed papers; | 303 |
| 971.001 | 03/09/2008 | JF | P | 1 | 750.00 | 1.70 | 1,275.00 | Prepare for preliminary approval hearing; | 306 |
| 971.001 | 03/09/2008 | PEL | P | 1 | 345.00 | 2.20 | 759.00 | Review Preliminary Approval Papers; | 310 |
| 971.001 | 03/10/2008 | JF | P | 1 | 750.00 | 5.20 | 3,900.00 | Prepare for and attend preliminary approval hearing; Prepare notice and preliminary approval order; Exchnage e-mail re: same; Drive to and from San Jose; | 307 |
| 971.001 | 03/10/2008 | PEL | P | 1 | 345.00 | 4.20 | 1,449.00 | Travel to and attend Preliminary Approval Hearing; | 311 |
| 971.001 | 03/10/2008 | PEL | P | 1 | 345.00 | 0.90 | 310.50 | Review Revised Preliminary Approval Order and Notice; | 312 |
| 971.001 | 03/12/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review Schedule and calendar upcoming dates; | 313 |

Date: 06/12/2008

**Detail Fee Transaction File List**

Altshuler Berzon LLP

Page: 9

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 03/17/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review proposed text for website, edit and send to co-counsel; | 314 |
| 971.001 | 03/18/2008 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail re: notice; | 308 |
| 971.001 | 03/19/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review settlement agreement; review emails from team; email co-counsel; | 315 |
| 971.001 | 03/20/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Review emails from team; | 316 |
| 971.001 | 03/24/2008 | JF | P | 1 | 750.00 | 0.80 | 600.00 | Exchange e-mail re: modification of settlement to add 11 more job codes, and to increase compensation by 3.5%; | 309 |
| 971.001 | 03/24/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Review emails re: change in settlement terms; | 317 |
| 971.001 | 03/25/2008 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Strategy conference with Jim Finberg re: next steps; | 318 |
| 971.001 | 03/25/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Review emails and call to co-counsel re: amended agreement; | 319 |
| 971.001 | 03/26/2008 | PEL | P | 1 | 345.00 | 1.80 | 621.00 | Review revised Cadence materials; emails from team; Strategy conference with Jim Finberg; | 320 |
| 971.001 | 03/26/2008 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Exchange e-mail re: modifications to settlement; Review revised settlement papers; | 323 |
| 971.001 | 03/27/2008 | PEL | P | 1 | 345.00 | 0.70 | 241.50 | Email exchange with co-counsel; review filed papers; | 321 |
| 971.001 | 03/27/2008 | JF | P | 1 | 750.00 | 0.40 | 300.00 | Exchange e-mail re: settlement papers; Review revised settlement papers; Conference with Kelly Dermody re: papers; | 324 |
| 971.001 | 03/31/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Call to clerk to check on status; email to team; | 322 |
| 971.001 | 03/31/2008 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Review stipulation re: amended settlement; | 325 |
| 971.001 | 04/01/2008 | JF | P | 1 | 750.00 | 0.60 | 450.00 | Review court order; Exchange e-mail re: same; | 326 |
| 971.001 | 04/01/2008 | PEL | P | 1 | 345.00 | 0.50 | 172.50 | Review stipulation and order; emails to team and Jim Finberg; | 329 |
| 971.001 | 04/04/2008 | AMP | P | 1 | 195.00 | 0.20 | 39.00 | Paralegal: Telephone conference with Tim Whaley re: status of the case; | 327 |
| 971.001 | 04/04/2008 | AMP | P | 1 | 195.00 | 0.10 | 19.50 | Strategy conference re: same; | 328 |
| 971.001 | 04/04/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Strategy conference with Abby Phelps re: settlement administration; | 330 |
| 971.001 | 04/07/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review email from team re: FSEs; | 331 |
| 971.001 | 04/25/2008 | PEL | P | 1 | 345.00 | 0.10 | 34.50 | Left message for class member; | 332 |
| 971.001 | 04/28/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Call with class member re status; | 333 |
| 971.001 | 05/04/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review and draft emails re: settlement administration; | 336 |
| 971.001 | 05/05/2008 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail re: opt outs; | 334 |
| 971.001 | 05/05/2008 | PEL | P | 1 | 345.00 | 2.30 | 793.50 | Contact Settlement Services; review claim forms; call Opt-outs; review emails from team; | 337 |
| 971.001 | 05/06/2008 | JF | P | 1 | 750.00 | 0.20 | 150.00 | Exchange e-mail re opt outs and final approval briefs; | 335 |
| 971.001 | 05/08/2008 | PEL | P | 1 | 345.00 | 0.70 | 241.50 | Call class member and settlement services re claim form; | 338 |
| 971.001 | 05/08/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Calendar due dates; | 339 |
| 971.001 | 05/09/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Call with class member; email exchange with settlement administrator; | 340 |
| 971.001 | 05/16/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Draft email to claims administrator; | 341 |
| 971.001 | 05/19/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | Review emails from claims administrator; draft emails to team; | 342 |
| 971.001 | 05/21/2008 | PEL | P | 1 | 345.00 | 0.20 | 69.00 | review emails from administrator; | 343 |
| 971.001 | 05/22/2008 | PEL | P | 1 | 345.00 | 0.70 | 241.50 | Review claim form of opt-out, telephone conference with opt-out, draft emails to team; | 344 |
| 971.001 | 05/23/2008 | PEL | P | 1 | 345.00 | 0.60 | 207.00 | Review Stats; emails to Jim Finberg, Jahan Sagafi; | 345 |
| 971.001 | 05/30/2008 | PEL | P | 1 | 345.00 | 0.90 | 310.50 | Call with opt-out; email exchange with Jim Finberg; review update from claims administrator; | 346 |
| 971.001 | 05/31/2008 | PEL | P | 1 | 345.00 | 1.20 | 414.00 | Review fees briefs; | 347 |
| 971.001 | 06/02/2008 | PEL | P | 1 | 345.00 | 3.60 | 1,242.00 | Review materials and begin drafting fees brief; | 350 |
| 971.001 | 06/03/2008 | PEL | P | 1 | 345.00 | 6.40 | 2,208.00 | Draft Fees Brief; | 351 |
| 971.001 | 06/03/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Forward opt-out withdraw to claims administrator; emails with team; | 352 |
| 971.001 | 06/06/2008 | JF | P | 1 | 750.00 | 0.30 | 225.00 | Exchange e-mail re: opt outs, objections, claims; | 348 |
| 971.001 | 06/06/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Review Claims Administrator Update; email Jim Finberg; | 353 |
| 971.001 | 06/07/2008 | PEL | P | 1 | 345.00 | 4.80 | 1,656.00 | Finalize Fee Brief; Draft Finberg Declaration; Draft Proposed Order; | 354 |
| 971.001 | 06/09/2008 | PEL | P | 1 | 345.00 | 2.40 | 828.00 | Add Lodestar Cross-check discussion to brief; | 355 |
| 971.001 | 06/10/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Communications with Claims Administrator; | 356 |
| 971.001 | 06/11/2008 | JF | P | 1 | 750.00 | 2.20 | 1,650.00 | Prepare attorneys' fees motion; Conference with Peter Leckman re: same; | 349 |
| 971.001 | 06/11/2008 | PEL | P | 1 | 345.00 | 0.40 | 138.00 | Strategy conference with Jim Finberg re: fees brief; | 357 |

Date: 06/12/2008 | **Detail Fee Transaction File List** | Page: 10
Altshuler Berzon LLP

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 971.001 Cadence** | | | | | | | | | |
| 971.001 | 06/11/2008 | PEL | P | 1 | 345.00 | 0.30 | 103.50 | Review information from claims administrator; | 358 |
| 971.001 | 06/11/2008 | PEL | P | 1 | 345.00 | 0.90 | 310.50 | Review EDS decision for possible use in fees brief; | 359 |
| 971.001 | 06/12/2008 | PEL | P | 1 | 345.00 | 4.50 | 1,552.50 | Finalize Fee Brief, Proposed Order, and Finberg Declaration; | 360 |
| 971.001 | 06/12/2008 | JF | P | 1 | 750.00 | 1.80 | 1,350.00 | Prepare papers in support of settlement approval and fee application | 361 |
| **Total for Client ID 971.001** | | | | | Billable | 415.80 | 192,116.50 | Cadence | |

**GRAND TOTALS**

| | | | | | | Billable | 415.80 | 192,116.50 | |