# Exhibit D

Altshuler Berzon LLP

Matter: Cadence

Matter Number: 971.001

Cost Summary:

| | | |
|---|---|---:|
| Conference Calls: | | 2.20 |
| PACER: | | 17.68 |
| Courier: | | 27.12 |
| Fax: | 4 pages at .50 cents per page | 2.00 |
| Westlaw: | | 23.37 |
| Photocopies: | 3376 pages at .25 cents per page | 844.00 |
| Printing: | 4408 pages at .20 cents per page | 881.60 |
| Telephone: | | 2.64 |
| Postage: | | 1.23 |
| Travel: | | 92.60 |
| Transcript: | | 740.70 |
| **TOTAL COSTS:** | | **2,635.14** |