# Exhibit E

Altshuler Berzon LLP
Lieff Cabraser Heimann & Bernstein LLP
Matter: Cadence

Cost Summary:

|  | AB | LCHB | Combined |
|---|---|---|---|
| Conference Calls: | 2.20 | 0.00 | 2.20 |
| PACER: | 17.68 | 0.00 | 17.68 |
| Courier: | 27.12 | 519.26 | 546.38 |
| Filing Fees | 0.00 | 350.00 | 350.00 |
| Fax: | 2.00 | 3.00 | 5.00 |
| Computer Research | 23.37 | 981.44 | 1,004.81 |
| Photocopies: | 844.00 | 1,161.80 | 2,005.80 |
| Printing: | 881.60 | 324.40 | 1,206.00 |
| Telephone: | 2.64 | 502.94 | 505.58 |
| Postage: | 1.23 | 2.87 | 4.10 |
| Travel: | 92.60 | 515.47 | 608.07 |
| Transcript: | 740.70 | 3,430.45 | 4,171.15 |
| Expert Consultants | 0.00 | 28,484.40 | 28,484.40 |
| Mediation Fees | 0.00 | 7,000.00 | 7,000.00 |
| TOTAL COSTS: | 2,635.14 | 43,276.03 | 45,911.17 |