# Exhibit F

Altshuler Berzon LLP

Lieff Cabraser Heimann & Bernstein LLP

Matter: Cadence

| Fee Summary Through June 12, 2008: | Rate | Hours | Fees |
|---|---|---|---|
| **Altshuler Berzon LLP** | | | |
| *Attorneys:* | | | |
| Michael Rubin | 750 | 1.2 | 900.00 |
| Jim Finberg | 750 | 122.9 | 92,175.00 |
| Eve Cervantez | 620 | 10.4 | 6,448.00 |
| Peter Leckman | 345 | 232.6 | 80,247.00 |
| Stuart Naifeh | 345 | 19.0 | 6,555.00 |
| *Paralegals/Clerks:* | | | |
| Abby Phelps | 195 | 29.7 | 5,791.50 |
| Sub-Total Altshuler Berzon LLP Fees: | | 415.80 | 192,116.50 |
| **Lieff Cabraser Heimann & Bernstein LLP** | | | |
| *Attorneys:* | | | |
| Wendy Fleishman | 610 | 0.9 | 549.00 |
| Kelly Dermody | 600 | 55.8 | 33,480.00 |
| Rachel Geman | 475 | 0.4 | 190.00 |
| Jahan Sagafi | 420 | 584.1 | 245,322.00 |
| *Paralegals/Clerks:* | | | |
| Morry Silverfield | 215 | 2.5 | 537.50 |
| Nicholas Menard | 205 | 0.4 | 82.00 |
| Natalie Khorochev | 180 | 139.3 | 25,074.00 |
| Nelson Brooks | 165 | 24.1 | 3,976.50 |
| *Others:* | | | |
| Robert de Maria | 275 | 2.3 | 632.50 |
| Karen Rutherford | 190 | 0.2 | 38.00 |
| Sub-Total Lieff Cabraser Heimann & Bernstein LLP Fees: | | 810.0 | 309,881.50 |
| **Total Fees:** | | 1225.8 | 501,998.00 |