# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ADAMS, ROBERT EGGERT, MICHAEL FERRIS, ED HALL, ROHIT SINGH, DUJUAN NICKSON, and DONTRELL BUNTER, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., d/b/a INTER-CON SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. C-06-5428 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES AND COSTS<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Hon. Marilyn Hall Patel |

WHEREAS, the Court having considered the Joint Stipulation of Class Settlement Between Plaintiffs And Defendant, Settlement Agreement And Release (the "Settlement Agreement"), and having preliminarily approved the same on October 29, 2007;

WHEREAS, the Court having entered an Order directing that notice be given to the Class Members, and notice having been individually mailed to the Class Members, and the Court having conducted a Fairness Hearing concerning the proposed settlement;

WHEREAS, the Court having reviewed Class Counsel's Application for Attorneys' Fees and Costs; Memorandum of Points and Authorities in Support Thereof; and

WHEREAS, the Court having reviewed the entire record of this action, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Court has jurisdiction over the subject matter of this action, the Defendant, and the Classes.

2. Notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

3. Class Members and any party from who payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

4. The requested award of $1,000,000 in attorneys' fees is supported by the percentage of the common fund approach, and this Circuit's benchmark of 25 percent. *See, e.g., Paul, Johnson, Alston & Hunt v. Graulty*, 886 F.2d 268 (9th Cir. 1989); *Six Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301 (9th Cir. 1990); *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002). The Court reaches this conclusion based on attorneys' fees awards issued in similar cases, and the fact that the common fund of $4,000,000 was created for Class Members through the efforts of Class Counsel;

5. The requested award of attorneys' fees is also justified by a lodestar analysis. The Court has reviewed the hours devoted to this case by Class Counsel and concludes that they are reasonable. The Court has reviewed the hourly rates used by Class Counsel in calculating their

lodestar fees and concludes that these rates are appropriate for attorneys in this locality of Class Counsel's skill and experience. Based on these hours and rates, Class Counsel's lodestar fees exceed $1,000,000; and

6. The $83,559.80 in litigation costs and expenses incurred by Class Counsel have been adequately documented and were reasonably incurred for the benefit of the Class, and the Court finds that reimbursement of these costs and expenses is justified;

**THE COURT HEREBY ORDERS:**

Class Counsel are hereby awarded attorneys' fees in the amount of $1,000,000 and reimbursement of costs and expenses in the amount of $83,559.80.

Dated: February 25, 2008

Honorable Marilyn Hall Patel
United States District Judge

- 2 -

[[PROPOSED] ORDER GRANTING
APPLICATION FOR FEES AND COSTS