# Exhibit H

*[Names and addresses of counsel listed in signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRIT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, d/b/a FedEx Express, a Delaware Corporation,<br><br>Defendant. | Case No.: C03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>[Proposed] Consent Decree |

expenses, and costs for and on behalf of the Class Representatives and the Settlement Class for any and all work performed and costs and expenses incurred through and including the Approval Date. This amount is part of, and not in addition to, the Settlement Fund specified in Section XXII. A.

   3.   The award of attorneys' fees, litigation expenses and costs shall be paid as follows:

Within seven business days following Final Approval or the issuance of an order approving attorneys' fees, litigation expenses and costs, whichever is later, FedEx Express will wire the amount of the fees, litigation expenses, and costs approved by the Court to the Settlement Fund Account, to hold in trust for Class Counsel. If the amount of attorneys' fees, litigation expenses, and costs approved by the Court is less than $15,000,000, the difference shall be added to the amount distributed to the Settlement Class pursuant to Section XXII.A.2.d.

   4.   Once FedEx Express makes the payments sets forth in Section XXIII.B.3 to the Settlement Fund Account, no Class Counsel may assert any claim for such payments from FedEx Express.

C.   **Payment of Fees, Expenses and Costs for Work Performed after Approval Date.**

   1.   Class Counsel may receive payment for work performed and expenses incurred after the Approval Date relating to the defense of the Decree, monitoring, administration and implementation of the Decree, including but not limited to evaluating and enforcing compliance with the Decree, including the retention of experts to assist in evaluating and enforcing the Decree on the following basis:

   a.   Except as provided in Section XIX, all payments shall be made from the Settlement Fund Account with FedEx Express having no responsibility for making such payments after it has paid the Settlement Fund Account as provided in Section XXII. A.

   b.   All requests for payment shall be made at the discretion of Class Counsel who, as appropriate, may make requests for payment to experts.

   c.   Class Counsel shall receive payment on the basis of their hourly rates and reimbursement for out-of-pocket expenses. Class Counsel shall submit to the Claims Administrator a bill including an itemized statement of time, work performed and expenses and costs incurred. Class

1  Counsel shall be paid at the hourly rate schedule attached hereto as Appendix G, plus reasonable
2  annual rate increases.
3      The Claims Administrator shall pay the amounts requested by Class Counsel that meet the
4  requirements set forth in Section XXIII.C.1 within ten days of receipt of any such request, provided
5  that there are sufficient funds available in the Settlement Fund Account including sufficient funds to
6  pay the estimated costs of the claims and allocation processes and the estimated payments that may be
7  due to the Special Master. If after all payments have been made to the Class Representatives,
8  Declarant/Deponents and Settlement Class pursuant to Section XXII.B.1 and XXII.B.2 to Class
9  Counsel pursuant to Section XXIII.B, to the Claims Administrator, to the taxing authorities for all
10 applicable taxes, to the Special Master, and to Monitoring Counsel at their hourly rates for the
11 monitoring of the Decree, there are funds remaining in the Settlement Fund Account, then any
12 remaining amount will be distributed to Monitoring Counsel in recognition of their having taken the
13 risk that there would be insufficient funds in the Settlement Fund Account to pay Monitoring Counsel
14 at their hourly rates for monitoring the Decree.

21 Dated: April 6, 2007

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Claire Prestel (SBN 235649)
Chimene I. Keitner (SBN 226948)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

By: *[signature]*

47

[PROPOSED] CONSENT DECREE - CASE NO.: C03-2659 SI; C 03-2878 SI

1  Dated: April _____, 2007

Jeana M. Littrell
Frederick L. Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

By:_____

*Attorneys for the Defendant*

IT IS SO ORDERED.

Signed: *[signature: Susan Illston]*   Dated: 8/15/07 _____
The Hon. Susan Illston

Satchell v. Federal Express
Appendix G - Class Counsel Hourly Rate Schedule

**Altshuler Berzon LLP**
James M. Finberg - $700
Eve H. Cervantez - $550
Rebekah B. Evenson - $410
Danielle E. Leonard - $350
Claire P. Prestel - $325
Stuart Naifeh - $275

**Lieff, Cabraser, Heimann & Bernstein, LLP**
Kelly M. Dermody - $575
Daniel E. Barenbaum - $425

**Law Offices of John L. Burris**
John L. Burris - $650

**Law Offices of Kay McKenzie Parker**
Kay McKenzie Parker - $475

**Law Offices of Waukeen McCoy**
Waukeen McCoy - $525
Spencer Smith - $325
Aldon Bolanos - $325

**Law Offices of Michael S. Davis**
Michael S. Davis - $525

**Schneider and Wallace**
Todd Schneider - $525
Guy Wallace - $525
William Willson - $295
Nancy Park - $275

**Barry Goldstein, of counsel to Goldstein, Demchak, Baller, Borgen & Dardarian**
Barry Goldstein - $600