# EXHIBIT A

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 06/18/2008 03:08:59 PM | From | Inception |
|---|---|---|---|
| | | To | 6/12/2008 |

**Matter Number: 3224-0001**  CADENCE DESIGN SYSTEMS, INC. - General Matters

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KELLY DERMODY | 55.80 | 600.00 | 33,480.00 |
| WENDY FLEISHMAN | 0.90 | 610.00 | 549.00 |
| JAHAN SAGAFI | 584.10 | 420.00 | 245,322.00 |
| RACHEL GEMAN | 0.40 | 475.00 | 190.00 |
| | **641.20** | | **279,541.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| NICOLAS MENARD | 0.40 | 205.00 | 82.00 |
| NELSON BROOKS | 24.10 | 165.00 | 3,976.50 |
| NATALIE KHOROCHEV | 139.30 | 180.00 | 25,074.00 |
| MORRY SILVERFIELD | 2.50 | 215.00 | 537.50 |
| | **166.30** | | **29,670.00** |

### OTHER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| ROBERT DE MARIA | 2.30 | 275.00 | 632.50 |
| KAREN RUTHERFORD | 0.20 | 190.00 | 38.00 |
| | **2.50** | | **670.50** |

**MATTER TOTALS**  **810.00**  **309,881.50**