# EXHIBIT B

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   06/18/2008 03:10:08 PM                                                                                      From

Timekeeper: ALL                                                                                                                  To

### 3224-0001  CADENCE DESIGN SYSTEMS, INC. - General Matters

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/12/2006 | SAGAFI, JAHAN | Cadence: Intake. | 0.50 |
| 12/17/2006 | SAGAFI, JAHAN | Investigation. | 0.40 |
| 12/19/2006 | SAGAFI, JAHAN | Interview potential plaintiff; review claims. | 0.60 |
| 12/20/2006 | GEMAN, RACHEL | Investigate. | 0.20 |
| 1/20/2007 | SAGAFI, JAHAN | Review class member claims. | 0.30 |
| 1/24/2007 | SAGAFI, JAHAN | Review litigation against defendant. | 0.50 |
| 2/14/2007 | SAGAFI, JAHAN | Cadence: Intake. | 0.30 |
| 3/5/2007 | SAGAFI, JAHAN | Review claims with class member. | 1.10 |
| 3/6/2007 | SAGAFI, JAHAN | Interview class member; research claims. | 0.80 |
| 3/15/2007 | SAGAFI, JAHAN | Interview named plaintiffs; review claims. | 1.60 |
| 3/24/2007 | SAGAFI, JAHAN | Cadence. | 2.10 |
| 3/25/2007 | DERMODY, KELLY | Review investigative memorandum; Email J. Sagafi and R. Geman re same; Email Jim Finberg re Cadence case | 0.50 |
| 3/25/2007 | GEMAN, RACHEL | Review J. Sagafi memo; communicate re same; cross-check damages calculation. | 0.20 |
| 3/25/2007 | SAGAFI, JAHAN | Cadence. | 0.50 |
| 4/4/2007 | SAGAFI, JAHAN | Correspondence with named plaintiff re status. | 0.10 |
| 4/19/2007 | SAGAFI, JAHAN | Discuss claims and venue with named plaintiff, co-counsel; research FLSA. | 0.80 |
| 4/20/2007 | DERMODY, KELLY | Email with J. Sagafi re complaint | 0.10 |
| 4/25/2007 | DERMODY, KELLY | Email with J. Sagafi re drafting complaint | 0.10 |
| 4/29/2007 | SAGAFI, JAHAN | Draft complaint. | 2.20 |
| 4/30/2007 | DERMODY, KELLY | Edit and revise complaint; Email Jim Finberg re same; Email J. Sagafi re same | 0.60 |
| 4/30/2007 | SAGAFI, JAHAN | Complaint; discuss claims with named plaintiff. | 1.70 |
| 5/2/2007 | SAGAFI, JAHAN | Revise complaint. | 1.40 |
| 5/3/2007 | SAGAFI, JAHAN | Revise complaint. | 3.30 |
| 5/4/2007 | SAGAFI, JAHAN | Revise complaint. | 0.80 |
| 5/7/2007 | SAGAFI, JAHAN | Revise complaint. | 3.20 |
| 5/9/2007 | SAGAFI, JAHAN | Revise complaint. | 1.30 |
| 5/10/2007 | SAGAFI, JAHAN | Revise complaint. | 0.90 |
| 5/11/2007 | SAGAFI, JAHAN | Revise complaint; prepare for press conference. | 0.90 |
| 5/14/2007 | SAGAFI, JAHAN | Revise complaint; draft press release. | 4.30 |
| 5/15/2007 | SAGAFI, JAHAN | Respond to plaintiff questions; prepare complaint. | 1.90 |
| 5/16/2007 | SAGAFI, JAHAN | Press release and media plan; interview plaintiff; revise complaint. | 3.70 |
| 5/17/2007 | SAGAFI, JAHAN | Press release; interview named plaintiff. | 2.40 |

| | A | B | | | F | H | I |
|---|---|---|---|---|---|---|---|
| 40 | 5/22/2007 | SAGAFI, JAHAN | Correspondence with named plaintiff re industry practices. | | | | 0.30 |
| 41 | 5/23/2007 | DERMODY, KELLY | Emails with J. Sagafi re complaint. | | | | 0.20 |
| 42 | 5/23/2007 | SAGAFI, JAHAN | Prepare complaint and press release. | | | | 0.20 |
| 43 | 5/24/2007 | SAGAFI, JAHAN | Prepare complaint and press release. | | | | 0.40 |
| 44 | 5/25/2007 | BROOKS, NELSON | Initiate dialog with J. Sagafi regarding the filing of a complaint this coming Wednesday. | | | | 0.10 |
| 45 | 5/29/2007 | BROOKS, NELSON | Assist in initial aspects of Cadence litigation. | | | | 1.10 |
| 46 | 5/29/2007 | SAGAFI, JAHAN | Review and edit press release and complaint; discuss claims with plaintiff; prepare for filing of complaint; legal research re local rules. | | | | 3.30 |
| 47 | 5/30/2007 | BROOKS, NELSON | Assist in the filing of the Cadence Civil Complaint. | | | | 3.10 |
| 48 | 5/30/2007 | DERMODY, KELLY | Review final complaint and press release; Conference with J. Sagafi re same; Telephone conference with media re same | | | | 1.00 |
| 49 | 5/30/2007 | SAGAFI, JAHAN | Revise complaint, press release; file complaint; respond to press and class member inquiries. | | | | 4.40 |
| 50 | 5/31/2007 | BROOKS, NELSON | Assist in the various follow-up duties related to the initial filing of the Cadence complaint. | | | | 2.10 |
| 51 | 5/31/2007 | SAGAFI, JAHAN | Serve complaint; review schedule, judge's orders; discuss interview process with paralegal. | | | | 3.20 |
| 52 | 6/1/2007 | BROOKS, NELSON | Perform Cadence intake duties. | | | | 0.80 |
| 53 | 6/1/2007 | BROOKS, NELSON | Trail J. Sagafi on an intake call that was particularly important as a template for the rest of the interviews to be made. | | | | 2.30 |
| 54 | 6/1/2007 | DERMODY, KELLY | Email with Eve Cervantez re Zimmerman (2x) | | | | 0.10 |
| 55 | 6/1/2007 | SAGAFI, JAHAN | Review intakes, press; interview class member; discuss claims with paralegal; set up interview template. | | | | 3.20 |
| 56 | 6/4/2007 | SAGAFI, JAHAN | Class member intakes; review press re defendant. | | | | 2.00 |
| 57 | 6/5/2007 | SAGAFI, JAHAN | Review revised court order; discuss claims with class members; review class member intakes. | | | | 2.10 |
| 58 | 6/6/2007 | SAGAFI, JAHAN | Letter to defense counsel re tolling, request for production, 30(b)(6) notice. | | | | 1.60 |
| 59 | 6/7/2007 | DERMODY, KELLY | Review tolling Letter; Email J. Sagafi re same and strategy (3x) | | | | 0.20 |
| 60 | 6/7/2007 | SAGAFI, JAHAN | Letter to defense counsel re tolling, request for production, 30(b)(6) notice. | | | | 2.40 |
| 61 | 6/11/2007 | SAGAFI, JAHAN | Review class member intakes. | | | | 0.60 |
| 62 | 6/12/2007 | SAGAFI, JAHAN | Review intakes and service of complaint. | | | | 0.50 |
| 63 | 6/13/2007 | DERMODY, KELLY | Email with N. Brooks re complaint for BNA | | | | 0.10 |
| 64 | 6/13/2007 | SAGAFI, JAHAN | Review filing and deadlines, class member inquiries. | | | | 0.80 |
| 65 | 6/15/2007 | BROOKS, NELSON | Speak with a potential client and then work J. Sagafi on the content of that call and how this client should be further addressed. | | | | 1.30 |
| 66 | 6/15/2007 | BROOKS, NELSON | Work on a chart that details our client intake list. | | | | 1.80 |
| 67 | 6/18/2007 | BROOKS, NELSON | Begin to tailor a document from 3050 (IBM) for a template declaration for Cadence. | | | | 0.60 |
| 68 | 6/18/2007 | BROOKS, NELSON | Conversation with prospective clients and also administrative tasks associated with those conversations. | | | | 1.20 |
| 69 | 6/19/2007 | BROOKS, NELSON | Continue to tailor a document from 3050 (IBM) for a template declaration for Cadence. | | | | 1.10 |
| 70 | 6/19/2007 | BROOKS, NELSON | Conversation with Gary Hay and several follow-up administrative tasks associated with that conversation. | | | | 0.90 |
| 71 | 6/19/2007 | SAGAFI, JAHAN | Review declaration template; review intakes. | | | | 0.60 |
| 72 | 6/20/2007 | BROOKS, NELSON | Perform Cadence Proof of Service correction and Affidavit of Service follow-up. | | | | 0.90 |
| 73 | 6/20/2007 | BROOKS, NELSON | Perform some Cadence intake administrative duties. | | | | 0.40 |

| | A | B | | F | H | I |
|---|---|---|---|---|---|---|
| 74 | 6/20/2007 | DERMODY, KELLY | Review and respond to Stuart Naifeh Email re tolling Letter; Telephone conference with J. Sagafi re same; Finalize same and send to Kirby Wilcox; Review answer and Email team re: same | | | 1.00 |
| 75 | 6/20/2007 | SAGAFI, JAHAN | Prepare letter to defendant; review answer; review declaration template; review intakes. | | | 0.90 |
| 76 | 6/21/2007 | BROOKS, NELSON | Intake call with Phil Harrison. | | | 1.10 |
| 77 | 6/21/2007 | DERMODY, KELLY | Email with Stuart Naifeh re tolling Letter | | | 0.10 |
| 78 | 6/22/2007 | BROOKS, NELSON | Perform some work on the Cadence declaration template. | | | 0.50 |
| 79 | 6/22/2007 | SAGAFI, JAHAN | Review intakes; prepare consent to join mailing; review service of complaint. | | | 1.20 |
| 80 | 6/28/2007 | DERMODY, KELLY | Email team re: Zimmerman/magistrate present | | | 0.10 |
| 81 | 6/28/2007 | SAGAFI, JAHAN | File consent to join forms. | | | 0.30 |
| 82 | 6/29/2007 | DERMODY, KELLY | Conference with J. Sagafi re Zimmerman and defendant's consent; Email team re: same | | | 0.30 |
| 83 | 6/29/2007 | SAGAFI, JAHAN | Intakes; consent to magistrate filing. | | | 0.70 |
| 84 | 7/11/2007 | SAGAFI, JAHAN | Review order; discuss forum motion. | | | 0.30 |
| 85 | 7/16/2007 | SAGAFI, JAHAN | Review intakes. | | | 0.40 |
| 86 | 7/16/2007 | SILVERFIELD, MORRY | Review documents to make intake calls | | | 0.50 |
| 87 | 7/17/2007 | SILVERFIELD, MORRY | Initiate contact with Cadence employees for wage and hour intake | | | 0.50 |
| 88 | 7/18/2007 | SILVERFIELD, MORRY | Attempted numerous times unsuccessfully to contact possible class members for intake interviews regarding job information | | | 0.50 |
| 89 | 7/20/2007 | SAGAFI, JAHAN | Review class member intakes. | | | 0.60 |
| 90 | 7/24/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief; class member intakes. | | | 1.40 |
| 91 | 7/25/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief; class member intakes. | | | 1.20 |
| 92 | 7/26/2007 | BROOKS, NELSON | Performed administrative tasks related to the Cadence intake and the preparation of those materials for J. Sagafi. | | | 1.10 |
| 93 | 7/27/2007 | BROOKS, NELSON | Perform administrative tasks related to the Cadence intake and the preparation of those materials for J. Sagafi. | | | 0.60 |
| 94 | 7/27/2007 | SAGAFI, JAHAN | Review intakes; draft Hoffmann-LaRoche brief. | | | 1.20 |
| 95 | 7/30/2007 | BROOKS, NELSON | Write narratives of Cadence intake candidates for J. Sagafi and also make follow-up phone calls. | | | 0.70 |
| 96 | 7/30/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief; class member inquiries; talk to co-counsel re intakes. | | | 4.30 |
| 97 | 7/31/2007 | BROOKS, NELSON | Have a follow-up conversation with potential Cadence class member Phil Harrison regarding many items that J. Sagafi highlighted for me to go over with Phil Harrison and elicit more detail. | | | 0.90 |
| 98 | 7/31/2007 | SAGAFI, JAHAN | Hoffman motion; class member interview review. | | | 4.90 |
| 99 | 8/1/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief; declaration preparation. | | | 3.30 |
| 100 | 8/2/2007 | SAGAFI, JAHAN | Intakes; Hoffmann-LaRoche brief. | | | 3.80 |
| 101 | 8/2/2007 | SILVERFIELD, MORRY | Interview, follow-up and report of addition information regarding previous questionnaire to potential class member, Gary Hay. | | | 0.80 |
| 102 | 8/3/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief; review intakes; prepare declaration template. | | | 6.50 |
| 103 | 8/3/2007 | SILVERFIELD, MORRY | Attempts to contact potential class members regarding follow-up information to previous questionnaire. | | | 0.20 |
| 104 | 8/4/2007 | SAGAFI, JAHAN | Hoffmann-LaRoche brief. | | | 1.20 |
| 105 | 8/10/2007 | SAGAFI, JAHAN | Class member interviews; Hoffmann-LaRoche brief. | | | 0.60 |
| 106 | 8/16/2007 | SAGAFI, JAHAN | Review tolling stipulation. | | | 0.30 |

| | A | B | D | I |
|---|---|---|---|---|
| 107 | 8/18/2007 | DERMODY, KELLY | Emails with J. Sagafi and Jim Finberg re meeting | 0.10 |
| 108 | 8/20/2007 | DERMODY, KELLY | Review stipulation and scheduling Emails | 0.10 |
| 109 | 8/20/2007 | SAGAFI, JAHAN | Class member intakes; tolling stipulation. | 0.60 |
| 110 | 8/21/2007 | SAGAFI, JAHAN | Class member interview; review declaration. | 0.50 |
| 111 | 8/22/2007 | SAGAFI, JAHAN | Class member intakes, review. | 0.80 |
| 112 | 8/23/2007 | SAGAFI, JAHAN | Prepare for meet and confer; review intakes; calls with court re hearing schedule. | 1.90 |
| 113 | 8/24/2007 | SAGAFI, JAHAN | Prepare for and attend meet and confer. | 3.40 |
| 114 | 8/27/2007 | DERMODY, KELLY | Emails with Eve Cervantez, J. Sagafi re ADR stipulation | 0.20 |
| 115 | 8/27/2007 | SAGAFI, JAHAN | ADR certification; scheduling; explain settlement options to class representative. | 2.00 |
| 116 | 8/29/2007 | DERMODY, KELLY | Email team re: reassignment order | 0.20 |
| 117 | 8/29/2007 | SAGAFI, JAHAN | Model letter to class members; correspondence with defense counsel; review intakes; initial meet and confer. | 1.90 |
| 118 | 8/30/2007 | BROOKS, NELSON | Complete draft declaration for J. Sagafi and send out consent to sign forms to possible class participants. | 1.50 |
| 119 | 8/30/2007 | SAGAFI, JAHAN | Letter re discovery; CMC statement. | 5.20 |
| 120 | 8/31/2007 | SAGAFI, JAHAN | Review standing order and prepare discovery; review intakes. | 1.90 |
| 121 | 9/17/2007 | DERMODY, KELLY | Emails with Eve Cervantez, Jim Finberg J. Sagafi re status | 0.20 |
| 122 | 9/18/2007 | SAGAFI, JAHAN | Initial disclosures. | 0.50 |
| 123 | 9/19/2007 | DERMODY, KELLY | Review edited case management conference; Email team re: same | 0.20 |
| 124 | 9/19/2007 | SAGAFI, JAHAN | Initial disclosures; CMC statement. | 0.70 |
| 125 | 9/20/2007 | SAGAFI, JAHAN | Initial disclosures, CMC statement. | 2.50 |
| 126 | 9/21/2007 | KHOROCHEV, NATALIE | Meet with J. Sagafi regarding case. | 0.50 |
| 127 | 9/21/2007 | SAGAFI, JAHAN | CMC statement, initial disclosures. | 3.40 |
| 128 | 10/1/2007 | SAGAFI, JAHAN | Document review, correspondence re CMC. | 2.50 |
| 129 | 10/2/2007 | DERMODY, KELLY | Multiple Email team re: initial case management conference | 0.20 |
| 130 | 10/2/2007 | SAGAFI, JAHAN | Document review; intakes; logistics re mediation and CMC scheduling; correspondence with named plaintiff. | 1.40 |
| 131 | 10/3/2007 | DERMODY, KELLY | Email team re: re case management conference; Edit stipulation re same; Emails with J. Sagafi re documents | 0.30 |
| 132 | 10/3/2007 | KHOROCHEV, NATALIE | Meet with J. Sagafi. | 0.50 |
| 133 | 10/3/2007 | KHOROCHEV, NATALIE | Review case documents. | 2.00 |
| 134 | 10/3/2007 | SAGAFI, JAHAN | Review class definition; review discovery and correspond with named plaintiff; correspondence with defense counsel re mediation and discovery. | 1.90 |
| 135 | 10/4/2007 | SAGAFI, JAHAN | Stipulation and discovery review. | 1.90 |
| 136 | 10/5/2007 | KHOROCHEV, NATALIE | Review intake documents. | 0.50 |
| 137 | 10/5/2007 | SAGAFI, JAHAN | Review intakes, discovery. | 0.60 |
| 138 | 10/8/2007 | SAGAFI, JAHAN | Document review and review intakes. | 2.70 |
| 139 | 10/9/2007 | DERMODY, KELLY | Emails with J. Sagafi re case management and issues | 0.20 |
| 140 | 10/9/2007 | SAGAFI, JAHAN | Document review and review intakes; draft correspondence re same. | 2.80 |
| 141 | 10/10/2007 | DERMODY, KELLY | Telephone conference with J. Sagafi, Jim Finberg, Peter Leckman re case and upcoming assignments; Emails re same | 0.30 |

| | A | B | D | I |
|---|---|---|---|---|
| 142 | 10/10/2007 | SAGAFI, JAHAN | Conference call re discovery; review intakes; send correspondence. | 2.50 |
| 143 | 10/11/2007 | SAGAFI, JAHAN | Conference call re discovery, depositions, mediation; prepare for CMC; correspondence with named plaintiff re documents and corporate structure. | 2.90 |
| 144 | 10/12/2007 | SAGAFI, JAHAN | Review discovery; prepare for CMC. | 0.70 |
| 145 | 10/15/2007 | KHOROCHEV, NATALIE | Cadence meeting with J. Sagafi. | 0.50 |
| 146 | 10/15/2007 | KHOROCHEV, NATALIE | Review previous intakes and send intake emails. | 1.00 |
| 147 | 10/15/2007 | SAGAFI, JAHAN | Review intakes; draft declarations; review discovery. | 1.30 |
| 148 | 10/16/2007 | KHOROCHEV, NATALIE | Intake calls, emails, and updates. | 2.50 |
| 149 | 10/17/2007 | KHOROCHEV, NATALIE | Case call. | 0.50 |
| 150 | 10/17/2007 | KHOROCHEV, NATALIE | Review case documents. | 0.50 |
| 151 | 10/17/2007 | SAGAFI, JAHAN | Review intakes; discovery. | 0.70 |
| 152 | 10/18/2007 | KHOROCHEV, NATALIE | Follow-up on intake and create case update. | 1.50 |
| 153 | 10/18/2007 | KHOROCHEV, NATALIE | Send information out to declarant regarding case. | 0.50 |
| 154 | 10/22/2007 | KHOROCHEV, NATALIE | Contact calls. | 0.50 |
| 155 | 10/23/2007 | KHOROCHEV, NATALIE | Call declarant. | 0.10 |
| 156 | 10/24/2007 | DERMODY, KELLY | Emails with J. Sagafi re deposition assignment | 0.10 |
| 157 | 10/24/2007 | SAGAFI, JAHAN | Review correspondence re discovery and plan for deposition. | 0.30 |
| 158 | 10/26/2007 | SAGAFI, JAHAN | Review discovery; negotiate discovery; schedule depositions; conference call with co-counsel. | 0.80 |
| 159 | 10/28/2007 | DERMODY, KELLY | Email with Jim Finberg and J. Sagafi re hearing; prepare for same. | 0.30 |
| 160 | 10/28/2007 | SAGAFI, JAHAN | Prepare for CMC. | 1.10 |
| 161 | 10/29/2007 | DERMODY, KELLY | Travel to and from San Jose for case management conference; Conference with J. Sagafi re same; Meeting with Jim Finberg and J. Sagafi re case management conference; Attend case management conference; Review and respond to Email re hearing and follow up issues | 4.00 |
| 162 | 10/29/2007 | SAGAFI, JAHAN | Initial CMC; travel; preparation and follow-up re depositions and discovery. | 5.20 |
| 163 | 10/30/2007 | SAGAFI, JAHAN | Schedule depositions and calendar deadlines. | 0.40 |
| 164 | 10/31/2007 | SAGAFI, JAHAN | Confirm calendaring of CMC; review intakes. | 0.80 |
| 165 | 11/1/2007 | SAGAFI, JAHAN | Class member interviews; correspondence with defendant re depositions and class definition. | 1.40 |
| 166 | 11/2/2007 | SAGAFI, JAHAN | Review class member positions, interviews, declarations. | 1.80 |
| 167 | 11/3/2007 | SAGAFI, JAHAN | Correspondence with defendant re class definition and discovery. | 0.90 |
| 168 | 11/5/2007 | SAGAFI, JAHAN | Review correspondence from defendant; conference with defense counsel re class definition, interviews, declarations; deposition preparation. | 3.20 |
| 169 | 11/6/2007 | KHOROCHEV, NATALIE | Schedule depositions. | 0.50 |
| 170 | 11/6/2007 | SAGAFI, JAHAN | Deposition preparation; review discovery and class list, job titles. | 4.50 |
| 171 | 11/7/2007 | KHOROCHEV, NATALIE | Call court reporter to cancel scheduled depositions. | 0.10 |

| | A | B | D | I |
|---|---|---|---|---|
| 172 | 11/7/2007 | KHOROCHEV, NATALIE | Follow-up calls. | 0.50 |
| 173 | 11/7/2007 | SAGAFI, JAHAN | Correspondence with defendant re mailing to class members; class member intakes; review organizational chart and class list; correspondence re deposition rescheduling. | 5.70 |
| 174 | 11/8/2007 | KHOROCHEV, NATALIE | Intake call and update. | 0.50 |
| 175 | 11/8/2007 | SAGAFI, JAHAN | Edit class member mailing and send to defendant; review organizational charts and other discovery. | 2.60 |
| 176 | 11/9/2007 | SAGAFI, JAHAN | Plan depositions; review discovery (manuals) and discuss with named plaintiff; correspondence with defendant re class definition. | 5.20 |
| 177 | 11/11/2007 | SAGAFI, JAHAN | Review documents and prepare for deposition. | 0.20 |
| 178 | 11/12/2007 | KHOROCHEV, NATALIE | Schedule court reporter and reserve conference rooms for depositions. | 0.50 |
| 179 | 11/12/2007 | SAGAFI, JAHAN | Review documents and prepare for deposition; intakes. | 0.80 |
| 180 | 11/13/2007 | SAGAFI, JAHAN | Prepare for depositions. | 0.20 |
| 181 | 11/14/2007 | DERMODY, KELLY | Emails with J. Sagafi re Ahmed Higazi deposition | 0.20 |
| 182 | 11/14/2007 | KHOROCHEV, NATALIE | Follow-up calls. | 0.50 |
| 183 | 11/14/2007 | SAGAFI, JAHAN | Review correspondence re deposition scheduling. | 0.10 |
| 184 | 11/15/2007 | DERMODY, KELLY | Review defendant's edits to class letter; Emails re same | 0.20 |
| 185 | 11/15/2007 | KHOROCHEV, NATALIE | Review intake for Orlando Wynn in preparation for declaration interview. | 0.50 |
| 186 | 11/15/2007 | KHOROCHEV, NATALIE | Schedule Cadence depositions. | 0.50 |
| 187 | 11/15/2007 | SAGAFI, JAHAN | Review declaration template. | 0.10 |
| 188 | 11/16/2007 | DERMODY, KELLY | Prepare for and attend Conference call re class letter; Review and respond to edits to letter; Email with Cadence re Ahmed Higazi deposition; Email with J. Sagafi re same | 1.00 |
| 189 | 11/16/2007 | KHOROCHEV, NATALIE | Declaration call with Orlando Wynn. | 1.50 |
| 190 | 11/16/2007 | SAGAFI, JAHAN | Review mailing to class members. | 0.10 |
| 191 | 11/19/2007 | KHOROCHEV, NATALIE | Start drafting declaration. | 0.50 |
| 192 | 11/19/2007 | SAGAFI, JAHAN | Review correspondence re class mailing. | 0.10 |
| 193 | 11/20/2007 | KHOROCHEV, NATALIE | Draft declaration. | 0.50 |
| 194 | 11/21/2007 | SAGAFI, JAHAN | Coordinate class member intake process with co-counsel and staff. | 0.40 |
| 195 | 11/24/2007 | SAGAFI, JAHAN | Review correspondence re production of documents showing hours. | 0.10 |
| 196 | 11/26/2007 | DERMODY, KELLY | Review and respond to Emails re discovery | 0.10 |
| 197 | 11/27/2007 | KHOROCHEV, NATALIE | Start intake for Steven Michels. | 0.50 |
| 198 | 11/28/2007 | KHOROCHEV, NATALIE | Locate deposition related documents for J. Sagafi. | 0.50 |
| 199 | 11/28/2007 | SAGAFI, JAHAN | Request further discovery from named plaintiff; review new discovery; respond to class member inquiry; prepare for depositions. | 3.30 |
| 200 | 11/29/2007 | DERMODY, KELLY | Telephone conference with J. Sagafi and Peter Leckman re discovery issues; Emails re same | 0.30 |
| 201 | 11/29/2007 | KHOROCHEV, NATALIE | Get documents for J. Sagafi. | 1.00 |

| | A | B | D | I |
|---|---|---|---|---|
| 202 | 11/29/2007 | KHOROCHEV, NATALIE | Intake call with Steven Michels. | 1.50 |
| 203 | 11/29/2007 | SAGAFI, JAHAN | Correspondence with defendant re depositions and discovery; prepare for depositions; review documents; draft letter to defendant re discovery. | 4.50 |
| 204 | 11/30/2007 | KHOROCHEV, NATALIE | Deposition preparation. | 1.50 |
| 205 | 11/30/2007 | SAGAFI, JAHAN | Send correspondence to defendant re depositions and discovery; prepare for depositions. | 4.20 |
| 206 | 12/2/2007 | SAGAFI, JAHAN | Deposition preparation. | 4.80 |
| 207 | 12/3/2007 | KHOROCHEV, NATALIE | Document preparation and locating for deposition. | 1.50 |
| 208 | 12/3/2007 | SAGAFI, JAHAN | Deposition preparation and deposition; review additional discovery produced during deposition. | 8.30 |
| 209 | 12/4/2007 | KHOROCHEV, NATALIE | Get documents for J. Sagafi in preparation for deposition. | 1.00 |
| 210 | 12/4/2007 | SAGAFI, JAHAN | Deposition review; document review; intake review; deposition preparation. | 5.30 |
| 211 | 12/5/2007 | KHOROCHEV, NATALIE | Draft declaration. | 0.50 |
| 212 | 12/5/2007 | KHOROCHEV, NATALIE | Get and print all documents produced to date. | 1.00 |
| 213 | 12/5/2007 | KHOROCHEV, NATALIE | Save production documents to P-Drive. | 0.50 |
| 214 | 12/5/2007 | SAGAFI, JAHAN | Deposition preparation; deposition; document review; draft letter re discovery; call defense counsel. | 8.90 |
| 215 | 12/6/2007 | DERMODY, KELLY | Review and respond to Email re discovery | 0.20 |
| 216 | 12/6/2007 | KHOROCHEV, NATALIE | Start compiling production and exhibit master index. | 0.50 |
| 217 | 12/6/2007 | SAGAFI, JAHAN | Review documents; send correspondence to defendant re sought-after documents; assist co-counsel with deposition preparation. | 3.70 |
| 218 | 12/7/2007 | KHOROCHEV, NATALIE | Create set of all documents and exhibits for J. Sagafi and update produced document and exhibit index. | 2.00 |
| 219 | 12/7/2007 | SAGAFI, JAHAN | Review documents, class member intakes. | 1.00 |
| 220 | 12/8/2007 | SAGAFI, JAHAN | Review supplemental discovery and correspond with defendant. | 0.40 |
| 221 | 12/9/2007 | SAGAFI, JAHAN | Document review; deposition preparation. | 3.90 |
| 222 | 12/10/2007 | KHOROCHEV, NATALIE | Declaration interview with Steven Michels. | 1.50 |
| 223 | 12/10/2007 | KHOROCHEV, NATALIE | Print set of documents and exhibit number 4 for J. Sagafi. | 0.50 |
| 224 | 12/10/2007 | KHOROCHEV, NATALIE | Type up notes from J. Sagafi's meeting with Ahmed Higazi. | 0.50 |
| 225 | 12/10/2007 | SAGAFI, JAHAN | Document review; deposition preparation; letter to defendant; prepare damages expert. | 1.40 |
| 226 | 12/11/2007 | KHOROCHEV, NATALIE | Data review. | 0.50 |
| 227 | 12/11/2007 | KHOROCHEV, NATALIE | Draft declaration and update declaration questions. | 0.70 |
| 228 | 12/11/2007 | SAGAFI, JAHAN | Document review; deposition preparation; letter to defendant; prepare damages expert. | 1.40 |
| 229 | 12/12/2007 | KHOROCHEV, NATALIE | Draft declarations. | 1.00 |
| 230 | 12/12/2007 | KHOROCHEV, NATALIE | Prepare documents for Bates stamping. | 0.50 |
| 231 | 12/12/2007 | SAGAFI, JAHAN | Review and produce documents from plaintiff; assist co-counsel with preparation for deposition. | 3.60 |

| # | Date | Name | Description | Hours |
|---|---|---|---|---|
| 232 | 12/13/2007 | KHOROCHEV, NATALIE | Gather and print documents for J. Sagafi and N. Khorochev. | 0.50 |
| 233 | 12/13/2007 | SAGAFI, JAHAN | Prepare for named plaintiff deposition; review documents; evaluate intakes; prepare data review. | 6.10 |
| 234 | 12/14/2007 | KHOROCHEV, NATALIE | Data review. | 1.50 |
| 235 | 12/14/2007 | SAGAFI, JAHAN | Prepare for and defend named plaintiff deposition; discuss data questions with opposing counsel and expert. | 9.40 |
| 236 | 12/17/2007 | DERMODY, KELLY | Emails with J. Sagafi re stipulation and protective order; Review and respond to Emails re discovery issues; Review and edit draft declarations | 1.00 |
| 237 | 12/17/2007 | KHOROCHEV, NATALIE | Data review. | 0.50 |
| 238 | 12/17/2007 | KHOROCHEV, NATALIE | Meet with J. Sagafi and draft declarations. | 4.00 |
| 239 | 12/17/2007 | SAGAFI, JAHAN | Declaration review; conference call with co-counsel re same; discuss claims with named plaintiff; review damages calculation assumptions; stipulation to amend answer; confidentiality agreement; review documents from named plaintiff. | 5.10 |
| 240 | 12/18/2007 | DERMODY, KELLY | Meeting with J. Sagafi re mediation brief and Ahmed deposition; Multiple Emails with team re same; Review and respond to Email re mediation issues | 1.00 |
| 241 | 12/18/2007 | KHOROCHEV, NATALIE | Call court reporter to locate depositions transcripts. | 0.20 |
| 242 | 12/18/2007 | KHOROCHEV, NATALIE | Data review. | 0.50 |
| 243 | 12/18/2007 | SAGAFI, JAHAN | Review deposition transcript; review potential witnesses, documents and arguments with named plaintiff; discuss strategy re class member confidentiality; instructions to expert re damages analysis; correspondence with defendant re job titles and data. | 5.40 |
| 244 | 12/19/2007 | DE MARIA, ROBERT | Determine the location of approximate 12 potential witnesses. | 1.30 |
| 245 | 12/19/2007 | DERMODY, KELLY | Conference with J. Sagafi re mediation brief; Email re declarations | 0.20 |
| 246 | 12/19/2007 | KHOROCHEV, NATALIE | Accurint searches for potential witnesses. | 1.50 |
| 247 | 12/19/2007 | SAGAFI, JAHAN | Mediation brief; discuss claims with named plaintiff; review discovery; review depositions; correspondence re class definition with defendant; discuss damages calculations with expert; scheduling with mediator and defendant. | 4.40 |
| 248 | 12/20/2007 | KHOROCHEV, NATALIE | Data review. | 2.50 |
| 249 | 12/20/2007 | KHOROCHEV, NATALIE | Work on declarations. | 2.00 |
| 250 | 12/20/2007 | SAGAFI, JAHAN | Mediation brief; discuss claims with named plaintiff; review discovery; review depositions; correspondence re class definition with defendant; discuss damages calculations with expert; interview class members. | 6.50 |
| 251 | 12/21/2007 | DE MARIA, ROBERT | Find Tishi Cher telephone numbers. | 1.00 |
| 252 | 12/21/2007 | KHOROCHEV, NATALIE | Calls, meet with J. Sagafi, and work on declarations. | 1.50 |
| 253 | 12/21/2007 | KHOROCHEV, NATALIE | Document review. | 3.00 |
| 254 | 12/21/2007 | SAGAFI, JAHAN | Research calculation of FLSA damages; correspondence with expert; correspondence with class members; interviews. | 6.10 |
| 255 | 12/22/2007 | SAGAFI, JAHAN | Edit declarations. | 0.70 |
| 256 | 12/23/2007 | SAGAFI, JAHAN | Research exemptions under California law; edit declarations from co-counsel. | 2.30 |
| 257 | 12/24/2007 | SAGAFI, JAHAN | Mediation brief. | 11.40 |

| | A | B | | I |
|---|---|---|---|---|
| 258 | 12/25/2007 | SAGAFI, JAHAN | Mediation brief. | 9.60 |
| 259 | 12/26/2007 | KHOROCHEV, NATALIE | Document review and index. | 1.50 |
| 260 | 12/26/2007 | KHOROCHEV, NATALIE | Work on declarations. | 2.00 |
| 261 | 12/26/2007 | SAGAFI, JAHAN | Declaration edits; class member inquiries; damages analysis. | 1.10 |
| 262 | 12/26/2007 | SAGAFI, JAHAN | Mediation brief edits and correspondence with named plaintiff re witnesses. | 1.70 |
| 263 | 12/27/2007 | KHOROCHEV, NATALIE | Declarations. | 2.50 |
| 264 | 12/27/2007 | SAGAFI, JAHAN | Document review; class member inquiries; edit mediation brief; correspondence with expert. | 1.90 |
| 265 | 12/28/2007 | DERMODY, KELLY | Review and edit mediation brief | 1.00 |
| 266 | 12/28/2007 | KHOROCHEV, NATALIE | Declaration call. | 1.00 |
| 267 | 12/28/2007 | KHOROCHEV, NATALIE | Draft declaration. | 1.00 |
| 268 | 12/28/2007 | KHOROCHEV, NATALIE | Review mediation brief. | 1.00 |
| 269 | 12/28/2007 | KHOROCHEV, NATALIE | Work on damage analysis and document review. | 2.00 |
| 270 | 12/28/2007 | SAGAFI, JAHAN | Collect and review and index documents produced by defendant; review damages analyses and correspond with expert; edit mediation brief. | 2.40 |
| 271 | 12/29/2007 | SAGAFI, JAHAN | Review damages analysis. | 0.60 |
| 272 | 12/30/2007 | SAGAFI, JAHAN | Cadence document review; edits to mediation statement. | 2.20 |
| 273 | 12/31/2007 | KHOROCHEV, NATALIE | Work on Cadence declarations. | 6.00 |
| 274 | 12/31/2007 | SAGAFI, JAHAN | Cadence document review; edits to mediation statement; edit declarations. | 9.30 |
| 275 | 1/2/2008 | DERMODY, KELLY | Conferences with J. Sagafi re mediation brief; Telephone conference with team re same; Emails re same | 1.00 |
| 276 | 1/2/2008 | KHOROCHEV, NATALIE | Work on Cadence declarations. | 6.50 |
| 277 | 1/2/2008 | SAGAFI, JAHAN | Cadence document review; edits to mediation statement; edit declarations, damages analysis. | 13.60 |
| 278 | 1/3/2008 | DERMODY, KELLY | Edit mediation briefs; Emails re same | 2.00 |
| 279 | 1/3/2008 | KHOROCHEV, NATALIE | Declarations and mediation preparation. | 6.50 |
| 280 | 1/3/2008 | RUTHERFORD, KAREN | Citations for J. Sagafi. | 0.10 |
| 281 | 1/3/2008 | RUTHERFORD, KAREN | Westlaw cites for J. Sagafi. | 0.10 |
| 282 | 1/3/2008 | SAGAFI, JAHAN | Cadence document review; edits to mediation statement; edit declarations; damages analysis. | 15.40 |
| 283 | 1/4/2008 | KHOROCHEV, NATALIE | Declarations and mediation preparation. | 5.00 |
| 284 | 1/4/2008 | SAGAFI, JAHAN | Edit and file mediation brief; interview class members and named plaintiff. | 9.70 |
| 285 | 1/6/2008 | SAGAFI, JAHAN | Prepare for mediation. | 2.60 |
| 286 | 1/7/2008 | KHOROCHEV, NATALIE | Declarations and mediation preparation. | 5.50 |
| 287 | 1/7/2008 | SAGAFI, JAHAN | Mediation preparation; discuss facts with class members and named plaintiff; damages analysis. | 6.50 |

| | A | B | | | F H | I |
|---|---|---|---|---|---|---|
| 288 | 1/8/2008 | DERMODY, KELLY | | Prepare for mediation; Email team re: same; Meeting with J. Sagafi re same; Telephone conference with co-counsel re same | | 2.50 |
| 289 | 1/8/2008 | KHOROCHEV, NATALIE | | Declarations, mediation preparation, conference call. | | 6.00 |
| 290 | 1/8/2008 | SAGAFI, JAHAN | | Mediation preparation; gather declarations; talk to named plaintiff and class members; review documents; correspondence with defendant. | | 11.40 |
| 291 | 1/9/2008 | DERMODY, KELLY | | Prepare for mediation and attend same | | 12.50 |
| 292 | 1/9/2008 | KHOROCHEV, NATALIE | | Get documents for mediation. | | 2.50 |
| 293 | 1/9/2008 | SAGAFI, JAHAN | | Mediation preparation and mediation. | | 15.80 |
| 294 | 1/10/2008 | DERMODY, KELLY | | Emails re claims administration; Conference with J. Sagafi re settlement agreement; Meetings with J. Sagafi re mediation | | 1.00 |
| 295 | 1/10/2008 | SAGAFI, JAHAN | | Confer with named plaintiff, experts; calls with defense counsel re briefing and scheduling; prepare settlement agreement; schedule CMC and statement. | | 3.30 |
| 296 | 1/11/2008 | DERMODY, KELLY | | Draft settlement agreement; Telephone conference with J. Sagafi re same | | 2.00 |
| 297 | 1/11/2008 | SAGAFI, JAHAN | | Correspondence with expert re analyses; correspondence with named plaintiff; review Memorandum of Understanding and request copy of Memorandum of Understanding from defendant. | | 2.60 |
| 298 | 1/12/2008 | DERMODY, KELLY | | Edit and revise agreement | | 1.00 |
| 299 | 1/12/2008 | DERMODY, KELLY | | Edit and revise agreement; Email team re: same; Email Jim Finberg re same | | 1.20 |
| 300 | 1/12/2008 | SAGAFI, JAHAN | | Settlement agreement edits. | | 0.60 |
| 301 | 1/13/2008 | SAGAFI, JAHAN | | Settlement agreement edits. | | 1.10 |
| 302 | 1/14/2008 | DERMODY, KELLY | | Edit and revise settlement agreement; Email team re: same; Emails with Kirby Wilcox re same | | 2.00 |
| 303 | 1/14/2008 | SAGAFI, JAHAN | | Settlement agreement edits. | | 0.20 |
| 304 | 1/15/2008 | SAGAFI, JAHAN | | Review case files, lodestar reports, costs, class member intakes. | | 0.90 |
| 305 | 1/16/2008 | SAGAFI, JAHAN | | Review claims administrator estimate; correspondence with expert re settlement; review memorandum of understanding. | | 1.60 |
| 306 | 1/17/2008 | DERMODY, KELLY | | Email team re: claim administration | | 0.10 |
| 307 | 1/17/2008 | SAGAFI, JAHAN | | Correspondence re claims administrator costs; negotiate drafting of documents with defendant. | | 0.60 |
| 308 | 1/18/2008 | SAGAFI, JAHAN | | Review memorandum of understanding, settlement agreement edits. | | 1.40 |
| 309 | 1/24/2008 | SAGAFI, JAHAN | | Notice and claim form. | | 0.90 |
| 310 | 1/25/2008 | SAGAFI, JAHAN | | Claim form and notice. | | 2.30 |
| 311 | 1/25/2008 | SAGAFI, JAHAN | | Edits to preliminary approval brief. | | 0.80 |
| 312 | 1/28/2008 | SAGAFI, JAHAN | | Claim form and notice. | | 3.50 |
| 313 | 1/29/2008 | SAGAFI, JAHAN | | Negotiate preliminary approval; edit preliminary approval. | | 2.30 |
| 314 | 1/30/2008 | DERMODY, KELLY | | Multiple Emails with team re case management conference and settlement approval | | 0.20 |
| 315 | 1/30/2008 | SAGAFI, JAHAN | | Notice, claim form; schedule preliminary approval. | | 1.20 |
| 316 | 1/31/2008 | DERMODY, KELLY | | Review, edit preliminary approval brief and email re same; emails with J. Sagafi, team re notice. | | 0.80 |
| 317 | 1/31/2008 | KHOROCHEV, NATALIE | | Respond to inquiry regarding case. | | 0.50 |
| 318 | 1/31/2008 | SAGAFI, JAHAN | | CMC statement, notice, claim form, schedule preliminary approval. | | 1.50 |
| 319 | 2/1/2008 | DERMODY, KELLY | | Review/respond to email re settlement documents. | | 0.20 |
| 320 | 2/1/2008 | KHOROCHEV, NATALIE | | Database update. | | 1.00 |

| | A | B | | | F/H/I |
|---|---|---|---|---|---|
| 321 | 2/1/2008 | SAGAFI, JAHAN | Review settlement documents from defendant and co-counsel. | | 1.20 |
| 322 | 2/4/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 0.40 |
| 323 | 2/4/2008 | SAGAFI, JAHAN | Edits to Jim Finberg declaration, preliminary approval order, notice, claim form; comments to defendant's version of documents. | | 6.70 |
| 324 | 2/5/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 0.20 |
| 325 | 2/5/2008 | SAGAFI, JAHAN | Edit settlement agreement, notice, claim form, Attorney General notice; conference call with co-counsel; conference calls with defense counsel. | | 5.10 |
| 326 | 2/6/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 0.20 |
| 327 | 2/6/2008 | SAGAFI, JAHAN | Settlement agreement, notice forms, briefing and declarations. | | 7.70 |
| 328 | 2/7/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 0.20 |
| 329 | 2/7/2008 | SAGAFI, JAHAN | Preliminary approval and settlement agreement. | | 1.30 |
| 330 | 2/7/2008 | SAGAFI, JAHAN | Revise settlement agreement, final judgment, final approval order, schedule; review scheduling order. | | 5.60 |
| 331 | 2/8/2008 | SAGAFI, JAHAN | Review defendant's proposed settlement agreement edits; correspondence with co-counsel and defense counsel; edit notice documents; review timelines. | | 3.90 |
| 332 | 2/9/2008 | SAGAFI, JAHAN | Review defendant's proposed settlement agreement edits; correspondence with co-counsel and defense counsel. | | 1.70 |
| 333 | 2/10/2008 | SAGAFI, JAHAN | Prepare for scrimmage (Lisa, Tony). | | 2.30 |
| 334 | 2/11/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 0.50 |
| 335 | 2/11/2008 | SAGAFI, JAHAN | Call re settlement agreement; edits to forms; research and correspondence re escheat; negotiate settlement administrator and opt out forms. | | 4.80 |
| 336 | 2/12/2008 | SAGAFI, JAHAN | Revise notice forms; negotiate claims administration, settlement agreement. | | 3.20 |
| 337 | 2/13/2008 | SAGAFI, JAHAN | Edit settlement agreement; conference call re same (opt out form, escheat, SSI as settlement administrator). | | 3.10 |
| 338 | 2/14/2008 | SAGAFI, JAHAN | Edit settlement agreement, including forms; correspondence re same. | | 3.80 |
| 339 | 2/15/2008 | SAGAFI, JAHAN | Review defendant's settlement agreement edits; draft confidentiality language. | | 1.80 |
| 340 | 2/19/2008 | SAGAFI, JAHAN | Review and edit notice, settlement agreement; prepare for conference call with defendant. | | 5.80 |
| 341 | 2/21/2008 | DERMODY, KELLY | Review settlement papers and correspondence and emails re same; confer with J. Sagafi re same. | | 3.00 |
| 342 | 2/21/2008 | SAGAFI, JAHAN | Review settlement documents; prepare for and schedule conference call. | | 2.10 |
| 343 | 2/22/2008 | DERMODY, KELLY | Review/respond to email re settlement documents. | | 1.00 |
| 344 | 2/22/2008 | SAGAFI, JAHAN | Revise settlement agreement, opt out form, notice; conference call with defense counsel. | | 3.90 |
| 345 | 2/23/2008 | DERMODY, KELLY | Multiple emails with team re settlement documents. | | 0.30 |
| 346 | 2/23/2008 | SAGAFI, JAHAN | Correspondence and messages to defense counsel re settlement documents; report to team. | | 0.40 |
| 347 | 2/24/2008 | SAGAFI, JAHAN | Review edits to settlement documents; report to team; correspondence with defense counsel. | | 1.90 |
| 348 | 2/25/2008 | DERMODY, KELLY | Confer with J. Sagafi re status; review amended settlement documents and emails re same. | | 1.00 |
| 349 | 2/25/2008 | SAGAFI, JAHAN | Edit settlement agreement and briefing. | | 3.70 |
| 350 | 2/26/2008 | SAGAFI, JAHAN | Edit settlement agreement and briefing. | | 2.70 |
| 351 | 2/27/2008 | KHOROCHEV, NATALIE | Create web site text with update information regarding case. | | 0.80 |
| 352 | 2/27/2008 | SAGAFI, JAHAN | Preliminary approval; edit settlement agreement. | | 4.20 |
| 353 | 3/4/2008 | KHOROCHEV, NATALIE | Respond to inquiries. | | 0.50 |

| | A | B | | | | F | H | I |
|---|---|---|---|---|---|---|---|---|
| 354 | 3/5/2008 | KHOROCHEV, NATALIE | Respond to inquiries. | | | | | 0.50 |
| 355 | 3/7/2008 | DERMODY, KELLY | Email with J. Sagafi re hearing. | | | | | 0.10 |
| 356 | 3/9/2008 | SAGAFI, JAHAN | Preliminary approval preparation. | | | | | 1.40 |
| 357 | 3/10/2008 | DERMODY, KELLY | Travel to and from court and attend preliminary approval hearing; confer with J. Sagafi re edits to order and review same; multiple emails re same. | | | | | 4.50 |
| 358 | 3/10/2008 | SAGAFI, JAHAN | Preliminary approval preparation, attendance, and follow-up re revised notice, preliminary approval order, filing. | | | | | 6.20 |
| 359 | 3/11/2008 | SAGAFI, JAHAN | Review process with claims administrator; call clerk re preliminary approval order; correspondence with defense counsel re same; revise case web site. | | | | | 2.30 |
| 360 | 3/12/2008 | SAGAFI, JAHAN | Revise schedule of implementation; review preliminary approval order; correspondence with claims administrator. | | | | | 2.00 |
| 361 | 3/13/2008 | SAGAFI, JAHAN | Review correspondence between defendant and settlement administrator re tax calculations. | | | | | 0.20 |
| 362 | 3/14/2008 | SAGAFI, JAHAN | Revise web site text, schedule for claims administrator; review tax calculations for payment information. | | | | | 1.20 |
| 363 | 3/17/2008 | DERMODY, KELLY | Emails with J. Sagafi re web site. | | | | | 0.20 |
| 364 | 3/17/2008 | SAGAFI, JAHAN | Edit web site. | | | | | 0.70 |
| 365 | 3/18/2008 | SAGAFI, JAHAN | Negotiate additional funds for settlement. | | | | | 1.40 |
| 366 | 3/19/2008 | SAGAFI, JAHAN | Review proposed additions to class; correspondence with co-counsel and defendant; calls with named plaintiff. | | | | | 2.00 |
| 367 | 3/20/2008 | SAGAFI, JAHAN | Negotiate settlement agreement revisions; review settlement agreement; calculate impact of defendant's additional changes; correspondence with claims administrator. | | | | | 2.80 |
| 368 | 3/21/2008 | SAGAFI, JAHAN | Negotiate settlement agreement revisions; review settlement agreement; calculate impact of defendant's additional changes; correspondence with claims administrator and team. | | | | | 2.30 |
| 369 | 3/24/2008 | DERMODY, KELLY | Emails re class/value issues. | | | | | 0.20 |
| 370 | 3/24/2008 | SAGAFI, JAHAN | Negotiate settlement increase with defendant; correspondence with co-counsel and defendant and claims administrator; edit settlement documents. | | | | | 3.20 |
| 371 | 3/25/2008 | KHOROCHEV, NATALIE | Find invoices. | | | | | 0.10 |
| 372 | 3/25/2008 | SAGAFI, JAHAN | Assist defense expert with transmission of data; confirm payment of costs to experts; finalize additional funds for settlement. | | | | | 1.80 |
| 373 | 3/26/2008 | DERMODY, KELLY | Multiple emails with J. Sagafi and Jim Finberg re settlement agreement; meeting with J. Sagafi re same. | | | | | 0.50 |
| 374 | 3/26/2008 | SAGAFI, JAHAN | Edit settlement documents; confirm transmission of data; confirm timing of implementation. | | | | | 2.50 |
| 375 | 3/27/2008 | SAGAFI, JAHAN | Finalize and file settlement documents. | | | | | 3.70 |
| 376 | 3/28/2008 | SAGAFI, JAHAN | Revise claim form to clarify dates of employment; file settlement documents. | | | | | 0.70 |
| 377 | 3/30/2008 | SAGAFI, JAHAN | File settlement documents in system. | | | | | 0.30 |
| 378 | 3/31/2008 | SAGAFI, JAHAN | Sign settlement agreement; correspondence with client and defense counsel; review and edit claim form and notice documents. | | | | | 2.10 |
| 379 | 4/1/2008 | SAGAFI, JAHAN | Review settlement agreement and notice documents; revise order from court; collect revisions from defense counsel; correspondence with settlement administrator and co-counsel. | | | | | 2.00 |
| 380 | 4/2/2008 | SAGAFI, JAHAN | Review and file final versions of settlement documents and claim documents; calendar revised hearing. | | | | | 1.10 |
| 381 | 4/3/2008 | SAGAFI, JAHAN | Correspondence with defense counsel; revise notice and claim form; correspondence with claims administrator re notice. | | | | | 1.20 |
| 382 | 4/7/2008 | KHOROCHEV, NATALIE | Meet with Cadence class members and make case related calls. | | | | | 1.50 |
| 383 | 4/7/2008 | SAGAFI, JAHAN | Interview potential class members; update re status of settlement; discuss options; report to team. | | | | | 2.90 |

| # | A | B | | F | I |
|---|---|---|---|---|---|
| 384 | 4/8/2008 | KHOROCHEV, NATALIE | Cadence calls and update contact chart. | | 1.00 |
| 385 | 4/9/2008 | KHOROCHEV, NATALIE | Return Cadence case inquiry calls. | | 1.50 |
| 386 | 4/9/2008 | SAGAFI, JAHAN | Calls with class members re claim forms, retaliation concerns; correspondence with team about new inquiries. | | 1.00 |
| 387 | 4/10/2008 | FLEISHMAN, WENDY | Interview class members, FSEs; report to team. | | 0.90 |
| 388 | 4/10/2008 | KHOROCHEV, NATALIE | Case call. | | 0.50 |
| 389 | 4/10/2008 | SAGAFI, JAHAN | Discuss FAE claims with FSE; report to team. | | 0.30 |
| 390 | 4/14/2008 | KHOROCHEV, NATALIE | Prepare N. Menard to cover case for me while on PTO. | | 0.50 |
| 391 | 4/14/2008 | MENARD, NICOLAS | Meet with N. Khorochev regarding coverage; review relevant documents. | | 0.40 |
| 392 | 4/16/2008 | KHOROCHEV, NATALIE | Contact claims administrator regarding class member claim form. | | 0.50 |
| 393 | 4/16/2008 | KHOROCHEV, NATALIE | Review Cadence reminder card document. | | 0.50 |
| 394 | 4/16/2008 | SAGAFI, JAHAN | Edit postcard; respond to class member inquiries. | | 0.90 |
| 395 | 4/17/2008 | SAGAFI, JAHAN | Speak with class members re settlement; review edits to class member postcard. | | 0.60 |
| 396 | 4/21/2008 | SAGAFI, JAHAN | Review correspondence from defendant to settlement administrator; negotiate text of postcard notice; confirm class member response rate. | | 1.10 |
| 397 | 4/23/2008 | SAGAFI, JAHAN | Call court re amended order; correspondence with defense counsel re same. | | 0.20 |
| 398 | 4/23/2008 | SAGAFI, JAHAN | Correspondence with FSEs re claims. | | 0.20 |
| 399 | 4/24/2008 | SAGAFI, JAHAN | Correspondence with FSEs re claims; discuss with team. | | 0.40 |
| 400 | 4/25/2008 | SAGAFI, JAHAN | Correspondence with team re update re FSEs; review amended settlement filing. | | 0.30 |
| 401 | 4/28/2008 | SAGAFI, JAHAN | Correspondence with class member re severance agreement. | | 0.30 |
| 402 | 4/29/2008 | SAGAFI, JAHAN | Email and call with defendant re fees. | | 0.30 |
| 403 | 4/29/2008 | SAGAFI, JAHAN | Emails with claims administrator and defendant re class member responses; review fax from class member with release language; email defendant re same. | | 0.80 |
| 404 | 4/30/2008 | SAGAFI, JAHAN | Fee negotiations. | | 0.10 |
| 405 | 5/1/2008 | SAGAFI, JAHAN | Correspondence with defendant and class members re FSE misclassification. | | 0.50 |
| 406 | 5/4/2008 | SAGAFI, JAHAN | Correspondence re release of claims under severance agreement, claim forms, opt outs. | | 0.70 |
| 407 | 5/5/2008 | DERMODY, KELLY | Multiple emails with J. Sagafi re opt outs and briefing. | | 0.20 |
| 408 | 5/5/2008 | SAGAFI, JAHAN | Discuss settlement process with class members; discuss FSE claims with defense counsel; review claim process and tax consequences with claims administrator; draft opt out withdrawal form; correspondence with team re further briefing. | | 2.30 |
| 409 | 5/6/2008 | SAGAFI, JAHAN | Negotiations re FSEs; prepare for final approval briefing; review schedule for final approval. | | 0.80 |
| 410 | 5/7/2008 | KHOROCHEV, NATALIE | Return class member calls. | | 1.50 |
| 411 | 5/7/2008 | SAGAFI, JAHAN | Review notice filed by defendant; negotiate fee claims. | | 0.40 |
| 412 | 5/8/2008 | KHOROCHEV, NATALIE | Class member calls. | | 1.00 |
| 413 | 5/8/2008 | SAGAFI, JAHAN | Correspondence with FSEs and class members re claims. | | 1.30 |
| 414 | 5/12/2008 | KHOROCHEV, NATALIE | Help class members sort out claims and respond to inquires regarding the settlement. | | 1.00 |

| | A | B | | F H | I |
|---|---|---|---|---|---|
| 415 | 5/12/2008 | SAGAFI, JAHAN | Correspondence re FSEs; respond to class member inquiries. | | 0.80 |
| 416 | 5/12/2008 | SAGAFI, JAHAN | Correspondence with FSEs re negotiation. | | 0.40 |
| 417 | 5/13/2008 | KHOROCHEV, NATALIE | Get Cadence information to J. Sagafi regarding Field Service Engineers. | | 0.50 |
| 418 | 5/13/2008 | SAGAFI, JAHAN | Correspondence with FSEs and Cadence re negotiation. | | 0.60 |
| 419 | 5/14/2008 | KHOROCHEV, NATALIE | Respond to case inquiries regarding claims and settlement. | | 1.00 |
| 420 | 5/15/2008 | KHOROCHEV, NATALIE | Respond to inquiries regarding claims and draft email to FSE. | | 0.50 |
| 421 | 5/15/2008 | SAGAFI, JAHAN | Correspondence with class members and negotiation of FSE tolling agreement with defendant. | | 0.50 |
| 422 | 5/16/2008 | KHOROCHEV, NATALIE | Respond to case inquiries regarding claims and settlement. | | 1.00 |
| 423 | 5/16/2008 | SAGAFI, JAHAN | Correspondence with FSEs re claims; negotiation with defense counsel re tolling agreement. | | 0.90 |
| 424 | 5/18/2008 | SAGAFI, JAHAN | Correspondence with class member re claims (FSE). | | 0.20 |
| 425 | 5/19/2008 | DERMODY, KELLY | Email with J. Sagafi re tolling agreement and review same. | | 0.30 |
| 426 | 5/19/2008 | KHOROCHEV, NATALIE | Edit web site text and speak with Peter Edwards regarding the case. | | 1.00 |
| 427 | 5/19/2008 | KHOROCHEV, NATALIE | Follow up with callers regarding settlement and contact settlement services regarding opt-outs | | 1.50 |
| 428 | 5/19/2008 | SAGAFI, JAHAN | Web site edits; correspondence with class member; correspondence with team. | | 1.10 |
| 429 | 5/20/2008 | DERMODY, KELLY | Review/respond to email re claimants. | | 0.10 |
| 430 | 5/20/2008 | KHOROCHEV, NATALIE | Respond to calls and summarize call with Peter Edwards, a current Cadence employee. | | 1.50 |
| 431 | 5/20/2008 | SAGAFI, JAHAN | Review and respond to statistical information re class member responses; investigate retaliation concerns. | | 1.50 |
| 432 | 5/21/2008 | KHOROCHEV, NATALIE | Respond to case inquiries. | | 1.00 |
| 433 | 5/21/2008 | SAGAFI, JAHAN | Assist class member with claim form and opt out rescission; review settlement administrator reports. | | 1.20 |
| 434 | 5/21/2008 | SAGAFI, JAHAN | Review class member inquiries; respond to questions. | | 0.70 |
| 435 | 5/22/2008 | KHOROCHEV, NATALIE | Respond to case inquires regarding the settlement. | | 0.50 |
| 436 | 5/23/2008 | KHOROCHEV, NATALIE | Respond to case inquires. | | 0.50 |
| 437 | 5/23/2008 | SAGAFI, JAHAN | Revise class member response data; class member inquiries. | | 1.20 |
| 438 | 5/27/2008 | KHOROCHEV, NATALIE | Respond to case inquires. | | 1.50 |
| 439 | 5/27/2008 | SAGAFI, JAHAN | Correspondence with class members re class definition, final approval briefing. | | 1.10 |
| 440 | 5/28/2008 | KHOROCHEV, NATALIE | Respond to case inquiries regarding settlement and claim forms. | | 1.00 |
| 441 | 5/28/2008 | SAGAFI, JAHAN | Respond to class member inquiries; correspondence with claims administrator re follow-up calls with class members; correspondence with class members; negotiation with defense counsel re providing class member phone numbers. | | 1.90 |
| 442 | 5/29/2008 | KHOROCHEV, NATALIE | Respond to case inquiries regarding settlement/claim forms. | | 1.00 |
| 443 | 5/29/2008 | KHOROCHEV, NATALIE | Update Cadence contact chart. | | 1.50 |

| | A | B | | | F H | I |
|---|---|---|---|---|---|---|
| 444 | 5/29/2008 | SAGAFI, JAHAN | Draft and finalize script for class member class by settlement administrator; negotiate extensively with Cadence re providing class member phone numbers, documenting the agreement. | | | 4.10 |
| 445 | 5/30/2008 | KHOROCHEV, NATALIE | Contact Derek Bliss regarding opt-out and claim form, speak with Ed Pierce regarding settlement, respond to other case inquires regarding claim forms. | | | 1.50 |
| 446 | 5/30/2008 | KHOROCHEV, NATALIE | Speak with Arlene Spurlock regarding settlement and write up summary for J. Sagafi. | | | 0.50 |
| 447 | 5/30/2008 | KHOROCHEV, NATALIE | Update Cadence contact chart. | | | 0.50 |
| 448 | 5/30/2008 | SAGAFI, JAHAN | Review settlement administrator's report on opt outs; review results of class member calls; prepare final approval briefing. | | | 2.00 |
| 449 | 6/2/2008 | DERMODY, KELLY | Email with team re claim forms; email with J. Sagafi re drafting brief. | | | 0.20 |
| 450 | 6/2/2008 | SAGAFI, JAHAN | Correspondence with class member re form; correspondence with settlement administrator re opt out rescissions. | | | 0.80 |
| 451 | 6/3/2008 | KHOROCHEV, NATALIE | Make/respond to calls regarding settlement claim forms. | | | 1.00 |
| 452 | 6/3/2008 | SAGAFI, JAHAN | Call with class member re claim form; call with co-counsel re final approval briefing; correspondence with claims administrator re reports to be generated; calls with defense counsel re release language applicability; conversation with paralegal re class member questions. | | | 1.50 |
| 453 | 6/4/2008 | KHOROCHEV, NATALIE | Contact SSI regarding settlement claim form for Adele Healy and speak with Ms. Healy regarding settlement time frame. Return calls regarding settlement. | | | 1.00 |
| 454 | 6/4/2008 | SAGAFI, JAHAN | Class member questions. | | | 0.70 |
| 455 | 6/5/2008 | KHOROCHEV, NATALIE | Back and forth calls with class member and SSI regarding submitting a claim form that is late. | | | 1.50 |
| 456 | 6/6/2008 | KHOROCHEV, NATALIE | Follow-up with class members regarding claims forms. | | | 0.50 |
| 457 | 6/6/2008 | SAGAFI, JAHAN | Respond to class member claim form questions; settlement administrator report, clarifying questions; prepare final approval briefing. | | | 1.40 |
| 458 | 6/9/2008 | SAGAFI, JAHAN | Final approval briefing; correspondence with settlement administrator re declaration and claim form status. | | | 1.00 |
| 459 | 6/10/2008 | KHOROCHEV, NATALIE | Notes re: Anil Pawar late claim form. | | | 0.30 |
| 460 | 6/10/2008 | SAGAFI, JAHAN | Final approval briefing; correspondence with settlement administrator re claims. | | | 1.10 |
| 461 | 6/11/2008 | KHOROCHEV, NATALIE | Review declaration of notice procedures and claim challenges report. | | | 1.50 |
| 462 | 6/11/2008 | SAGAFI, JAHAN | Review class member responses and data challenges; make recommendation re same to settlement administrator; final approval brief. | | | 1.40 |
| 463 | 6/12/2008 | DERMODY, KELLY | Emails with J. Sagafi re settlement filings. | | | 0.20 |
| 464 | 6/12/2008 | KHOROCHEV, NATALIE | Get Cadence fees/costs to co-counsel and access Cadence dockets/documents for final approval brief. | | | 3.00 |
| 465 | 6/12/2008 | SAGAFI, JAHAN | Final approval briefing. | | | 4.40 |
| 466 | | | | | **Total Hours** | **810.00** |