# EXHIBIT C

Lieff, Cabraser, Heimann & Bernstein, LLP
Cadence Design Systems (3224-0001)
Case Cost Recapitulation
Inception through June 12, 2008

| | |
|---|---:|
| Computer Research | 981.44 |
| Depositions/Transcripts | 3,430.45 |
| Experts/Consultants | 28,484.40 |
| Fax (3 pages at $1.00 per page) | 3.00 |
| Fed Ex/Messenger | 519.26 |
| Filing Fees | 350.00 |
| Mediation Expenses | 7,000.00 |
| Photocopy In House (5,809 pages at $0.20 per page) | 1,161.80 |
| Postage | 2.87 |
| Printing (1,622 pages at $0.20 per page) | 324.40 |
| Telephone | 502.94 |
| Travel | 515.47 |
| **Total:** | **$ 43,276.03** |