**EXHIBIT C**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>　　　　Defendant. | No. C-07-2813-JW<br><br>**ELECTION NOT TO PARTICIPATE IN SETTLEMENT** |

## ELECTION NOT TO PARTICIPATE IN SETTLEMENT

**Do not fill out this form if you would like to participate in the settlement
and receive a share of the $7,664,856.61 settlement.**

**Fill out and submit this form only if you want to exclude yourself from the $7,664,856.61 settlement.**

**<u>If you fill out this form, you will not receive any money.</u>**

**Please note that** Cadence is obligated to pay a fixed amount of $7,664,856.61 under the Settlement, regardless of whether or not you decide to claim your share under the Settlement.

If you want to exclude yourself from the settlement, you must sign this document and
(i) mail it via first-class mail to the address below postmarked by May 20, 2008, or
(ii) deliver it by May 20, 2008 whether by facsimile transmission, professional delivery, or personal delivery, to the address below:

*Higazi v. Cadence Design Systems, Inc.* Settlement Administrator
Post Office Box 1756
Tallahassee, FL  32302-1756

I declare as follows:

I understand that by completing and returning this form, I am excluding myself from the $7,664,856.61 settlement of this action and that **I will receive no money from the Settlement Fund created by the Settlement.** I also understand that if I am excluded from the class, I may bring a separate legal action seeking damages, but might recover nothing or less than what I would have recovered if I had filed a claim under the Settlement.

Dated: _____, 2008.

_____
(Signature)

_____
(Typed or Printed Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone Number, Including Area Code)

_____
(Cadence employee identification number **or**
last four digits of Social Security Number)

ELECTION NOT TO PARTICIPATE IN SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW