**EXHIBIT D**

*Higazi v. Cadence Design Systems, Inc.*
$7.7 Million Overtime Pay Class Action Settlement

## You Can Only Receive Money By Submitting A Claim Form

We are the independent, Court-appointed Settlement Administrator for the $7.7 million *Higazi v. Cadence Design Systems, Inc.* class action settlement. According to our records, you are a class member in this case because you worked in at least one of 36 covered IT support job positions during the class period. As of April 28, 2008 we have not received a Claim Form from you. If you do not submit a Claim Form, you will not receive money from the settlement.

**The Last Day to Submit a Claim Form is June 4, 2008**

If you (1) want more information or (2) would like another Claim Form sent to you, please call us toll-free at (866) 854-6044. You can also contact the attorneys the Court appointed to represent you in this settlement (the "plaintiff's attorneys," or "class counsel"), at www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or (800) 541-7358 ext. 2205 with any concerns, questions, or comments. Please also note that the deadline to opt out from, comment on, or object to the settlement is May 20, 2008.

*Higazi v. Cadence Design Systems* Settlement Administrator
Toll Free (866) 854-6044

---

*Higazi v. Cadence Design Systems, Inc.*
Overtime Pay Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756

FIRST CLASS MAIL
U.S. POSTAGE
PAID
TALLAHASSEE, FL
PERMIT #871

**To Current & Former Cadence IT employees: You may be entitled to cash compensation.**