# EXHIBIT E

ENTERED ON MAY 2 8 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 2 7 2008

Settlement Services, In

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.

1. **<u>Your Contact Information</u>.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112162
   Last four digits of Social Security number    _____
                                                  _____

   ||||.||.|.|.|||.|.|.||.|.|.|.|.|||.|.|.|||.|.|.|.|.||.|.|
   Sanjay M. Abhyankar          189                _____
                                                   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):    _____
   Telephone number (evening)     _____
   E-mail:                        _____

2. **<u>Your Estimated Settlement Share, Dates of Employment, and Work Location</u>**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is            .  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____     _____, 2008
Signature                                                         Date

4.  **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

5.  **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

140 **ENTERED** MAY 2 1 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**RECEIVED BY**

MAY 20 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008**.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112162
   Last four digits of Social Security number

   _____

   Sanjay M. Abhyankar        189

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   | --- | --- | --- |
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is        . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

---

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

     X. M. Hshyomlov             May 19th, 2008
         Signature                              Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

RECEIVED BY

MAY 20 2008

SSI

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.* ENTERED  APR 3 0 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

APR 3 0 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008**.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 111512
   Last four digits of Social Security number     _____

   Suma G. Addagadde          61     _____
                                     _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |
| NC | | |

Based on this information, your estimated Settlement Share is $ _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        __04/26/08_____, 2008
Signature                                                    Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

(07)

***Higazi v. Cadence Design Systems, Inc.***

**ENTERED** APR 2 8 2008

Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

APR 28 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 111512                    _____
   Last four digits of Social Security number      _____

   |ı.ı|ıı||ıııı|ı|ıı|ı||ı||ıı|ı|ı|ıı|ı||ı|ı|ıııı|||ıııı|ı|ı|ı|ııı|
   Suma G. Addagadde            61                  _____
                                                    _____
                                                    _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):      _____
   Telephone number (evening)       _____
   E-mail:                          _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |
| NC | | |

Based on this information, your estimated Settlement Share is $ _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____     ___04/26/08_____ , 2008
Signature                            Date

## 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.* **ENTERED** APR 1 4 2008

**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

APR 14 2008

Settlement Services, In.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  <u>Your Contact Information.</u>

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 106108                               _____
    Last four digits of Social Security number        .        _____

    llhlhlhlllhmllhlllhllhlllhhlhhlhlhhllhlhlhhlhl
    Stephen Alvin            56                                 _____
                                                               _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):                                _____
    Telephone number (evening)                         ___     _____
    E-mail:                                                    _____ .

2.  <u>Your Estimated Settlement Share, Dates of Employment, and Work Location</u>

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $~     Your estimated Settlement
Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class
Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the
Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to
the Labor and Workforce Development Agency of the State of California, and the payment to the
Settlement Administrator. Your actual Settlement Share may end up being higher or lower than
estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct
that information in the space below (using additional paper if necessary), and (ii) enclose documentary
evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed
information. By submitting a correction, you are authorizing the Settlement Administrator to review
Cadence's records and make a determination based on Cadence's records and the records you submit.
This determination may increase or decrease the value of your share of the settlement. All such
determinations by the Settlement Administrator are final and binding with no opportunity for further
appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc.
   (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this
   collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b);
   (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5
   of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern
   District of California presiding over this case; and (iv) authorize Class Counsel to act on my
   behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

   _____          _11 April, 08_____, 2008
              Signature                                    Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or
   professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received
   by the Settlement Administrator later than this deadline will not be accepted absent good cause shown.
   A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This
   Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the
   number above or Class Counsel (the attorneys who represent the Class) at
   http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

APR 28 2008

**SSI**

**ENTERED** APR 2 8 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** **To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 103081                         _____
   Last four digits of Social Security number           _____

   IIlıluıhIıIIıuıIluıluıluıIIıluılıIlıIIılluıluıIluıIII
   Sharon Arthur            41                           _____
                                                        _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                                                   __
   Telephone number (evening)                      __   _____
   E-mail:                                              _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $_____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____        _____4/22_____, 2008
   Signature                                Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED APR 1 4 200

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

APR 1 4 2008

Settlement Services, In

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **<u>Your Contact Information</u>.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 112311                                       _____
    Last four digits of Social Security number                    _____

    Girish C. Badola                    175                               _____
                                                                                 _____
                                                                                 _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2. **<u>Your Estimated Settlement Share, Dates of Employment, and Work Location</u>**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $ ⎽ ⎽ ⎽⎽⎽ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____        _____4_/_10_/_____, 2008
             Signature                                    Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044   Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

9

ENTERED APR 1 1 2008

### *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

APR 1 0 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. <u>**Your Contact Information**</u>.

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112311
   Last four digits of Social Security number

   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

   |III..I.I.I.I.I..II.I.I.I..I..II.....II.I.I.I.I.I.I.I..I.I
   Girish C. Badola          175

   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
   ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. <u>**Your Estimated Settlement Share, Dates of Employment, and Work Location**</u>

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   |                            | Dates of Employment |          |
   | -------------------------- | ------------------- | -------- |
   | State(s) Where You Worked  | Start Date          | End Date |
   | CA                         |                     |          |



Based on this information, your estimated Settlement Share is $ _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____ Signature          4 / 10 / , 2008   Date

### 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

ENTERED APR 14 2008
Received 4 2008

APR 14 2008

*Settlement Services, i.*

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 100333
    Last four digits of Social Security number       _

    \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|
    James Baptist              109

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is $ _____ . . . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____          _____ , 2008
                   Signature                                Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

187

***Higazi v. Cadence Design Systems, Inc.***
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED  JUN 0 4 2008

Received By
JUN 0 4 2008
Settlement Services, Inc

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **<u>Your Contact Information</u>.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 102053
   Last four digits of Social Security number

   \|\|.\|..\|.\|.\|\|..\|.\|.\|\|..\|.\|.\|\|.\|.\|\|.\|\|..\|.\|.\|\|.\|..\|\|
   Konstantin Blank              99

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **<u>Your Estimated Settlement Share, Dates of Employment, and Work Location</u>**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is               . Your estimated Settlement
Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class
Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the
Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to
the Labor and Workforce Development Agency of the State of California, and the payment to the
Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than
estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct
that information in the space below (using additional paper if necessary), and (ii) enclose documentary
evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed
information.  By submitting a correction, you are authorizing the Settlement Administrator to review
Cadence's records and make a determination based on Cadence's records and the records you submit.
This determination may increase or decrease the value of your share of the settlement.  All such
determinations by the Settlement Administrator are final and binding with no opportunity for further
appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc.
    (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this
    collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b);
    (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5
    of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern
    District of California presiding over this case; and (iv) authorize Class Counsel to act on my
    behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____ *Kostja Blank* _____    _____ JUNE  1 _____, 2008
        Signature   (KONSTANTIN  BLANK)                          Date

4.  **Postmark Deadline**

    **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or
    professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received
    by the Settlement Administrator later than this deadline will not be accepted absent good cause shown.
    A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This
    Claim Form must be mailed or delivered to the Settlement Administrator at:

    *Higazi v. Cadence* Class Action SettlementAdministrator
    Post Office Box 1756
    Tallahassee, FL  32302-1756
    Tel.: (866)854-6044  Fax: (850)385-6008

5.  **Questions?**

    If you have questions regarding this Claim Form, please contact the Settlement Administrator at the
    number above or Class Counsel (the attorneys who represent the Class) at
    http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*

ENTERED  JUN 0 2 2008  Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Settlement Services, In...

JUN 0 2 2008

Received By:

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  **Your Contact Information.**

Please review and, if necessary, correct on the line to the right your contact information:

Cadence Employee ID # 102053
Last four digits of Social Security number

————————————————
————————————————

Konstantin Blank          99

————————————————
————————————————

If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

Telephone number (daytime):
Telephone number (evening)                ————————————————
E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____*Kostja Blank*_____        _____JUNE 1_____, 2008
   ___ Signature (KONSTANTIN BLANK)        ___ Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action Settlement Administrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

**ENTERED** JUN 0 2 2008    133

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

JUN 0 2 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008.**

1. **Your Contact Information**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 103868
   Last four digits of Social Security number

   Derek Bliss

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening):
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| UT | | |



Based on this information, your estimated Settlement Share is            . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          _____6/2/_____, 2008
Signature                                     Date

4. **Postmark Deadline**

Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008. A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*10*

***Higazi v. Cadence Design Systems, Inc.,*** ENTERED APR 1 4 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

Received है

APR 1 4 2008

Settlement Service:

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 111992                    _____
   Last four digits of Social Security number ·     _____


   Ilıluıluıllılılılılıllılılıllınllılıllınnlllınllılllınnılld
   Lindsay J. Bogle            168                  _____
                                                    _____
                                                    _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):    _____
   Telephone number (evening)     _____
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $            Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        _4-8-08_____, 2008
             Signature                                         Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED APR 2 8 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

APR 28 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 107780                    _____
   Last four digits of Social Security number       _____

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   Richard Bramwell                    105           _____
                                                      _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                       _____
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is $_____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

    I declare under penalty of perjury under the laws of the United States that:

    1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

    2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

    3.  I wish to receive my share of the proposed Settlement.

    _____            _APRIL 24th_____, 2008
            Signature                              Date

4.  **Postmark Deadline**

    **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage prepaid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

    *Higazi v. Cadence* Class Action SettlementAdministrator
    Post Office Box 1756
    Tallahassee, FL 32302-1756
    Tel.: (866)854-6044  Fax: (850)385-6008

5.  **Questions?**

    If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

129

ENTERED MAY 15 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

Received By
MAY 1 5 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 115495
   Last four digits of Social Security number

   _____

   _____

   Andrew Branon                      12

   _____

   _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):          _____
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |




Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          ____5 – 12_____, 2008
            Signature                                              Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*  6 2    Received By
**Class Action Settlement Administrator**      APR 2 4 2008
Post Office Box 1756
Tallahassee, FL 32302-1756      Settlement Services, Inc.
Tel.: (866)854-6044  Fax: (850)385-6008 *ENTERED*
APR 2 4 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 110845     _____
   Last four digits of Social Security number     _____


   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   Rose Bravata         148     _____
                                _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):     _    _____
   Telephone number (evening)     _____
   E-mail:     _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $       . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**    If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3.  <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_Rose A Bravata_          _April 20,_   , 2008

    Signature                               Date

### 4.  <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

_Higazi v. Cadence_ Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5.  <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*  92
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 0 5 2008

Settlement Services, Inc

ENTERED MAY 0 6 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 107915                       _____
   Last four digits of Social Security number         _____

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   Kenneth Allan Breuer        89                     _____
                                                      _____
                                                      _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):          _                           _
   Telephone number (evening)           _                           _
   E-mail:                              ___        ___           ___    ___

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
|  | Start Date | End Date |
| WA |  |  |

Based on this information, your estimated Settlement Share is $ ⸱          Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Ken R Bruner_                    _1-May_              , 2008
    Signature                                          Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 0 5 2008

settlement Services, In.

ENTERED MAY 0 6 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 106080
   Last four digits of Social Security number

   Charles S. Byrd                112

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is $          ,          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          ____4/11/08_____, 2008
Signature                                                    Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

707 864 1335;　　APR-11-08 11:53;　　PAGE 1

ENTERED APR 1 4 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044　Fax: (850)385-6008

Received By

APR 1 1 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008.**

1. **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 106080
    Last four digits of Social Security number

    Charles S. Byrd　　　　　112

    If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $_____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____Charles Byrd_____     ____4/11/08____, 2008
Signature                         Date

## 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

ENTERED MAY 2 8 2008

143

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

Received By

MAY 2 7 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 111646
   Last four digits of Social Security number

   _____

   _____

   ||.|..|.|.||..||.||..||.|.||..||..||.||..||.||
   Raquel Candelaria          193

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

D 2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is            . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

—

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____,          _May 16th_____, 2008
                 Signature                                              Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax:  (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

*G1*

**ENTERED** APR 2 4 2008

**Received B**

APR 2 4 2008

Settlement Services, In

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 104973
    Last four digits of Social Security number

    _____
    _____

    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
    Ge Cao .              20

    _____
    _____
    _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

    _____
    _____
    _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| | Dates of Employment | |
|---|---|---|
| State(s) Where You Worked | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $_____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          4 / 2_____, 2008
        Signature                                 Date

### 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*  */ / /*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 1 2 2008

Settlement Services, Inc.

ENTERED MAY 1 2 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 111343
   Last four digits of Social Security number _____

   |||ı||ı|||ı|||ı|ı||ı|ı|ı||ı|ı|ı|ı||||ı||ı|ıı||ı||ı|ı|ı||
   Ben S. Chandruang                86      _____
                                            _____
                                            _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime): _____
   Telephone number (evening) _____
   E-mail: _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   |                          | Dates of Employment |          |
   | ------------------------ | ------------------- | -------- |
   | State(s) Where You Worked | Start Date         | End Date |
   | CA                       |                     |          |

Based on this information, your estimated Settlement Share is ⟨          ⟩.  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        ____April  18_____, 2008
Signature                                                         Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED MAY 0 8 2008

## *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 0 8 2008

Settlement Services, b

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 104121                    _____
   Last four digits of Social Security number       _____


   |||||||||||||||||||||||||||||||||||||||||
   Yen-Chin Chen            22                      _____
                                                    _____
                                                    _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                      _____
   Telephone number (evening)                       _____
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____.    Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**    If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit.  This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____         _____, 2008
            Signature                                      5/3/08
                                                            Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown.  A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED JUN 0 9 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

JUN 0 9 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112096                          _____
   Last four digits of Social Security number            _____


   llıloıllıoollıllıloldoldollıllıodısloollllloollll
   Mandy Cheng          126                              _____

                                                         _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                           _____
   Telephone number (evening)                            _____
   E-mail:                                               _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

    I declare under penalty of perjury under the laws of the United States that:

    1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

    2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (under § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

    3. I wish to receive my share of the proposed Settlement.

    _____            ___06/03____, 2008
    Signature                                        Date

4. **Postmark Deadline**

    **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

    *Higazi v. Cadence* Class Action SettlementAdministrator
    Post Office Box 1756
    Tallahassee, FL 32302-1756
    Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

    If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*193*

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED   JUN 0 4 2008

Received By
JUN 0 4 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112096
   Last four digits of Social Security number    _____
                                                  _____

   |||u|l|u|l|u|ll|ull|u|l|u|l|u|l|u|l|l|l|ull|u|l|u|l|u|ull|l|u|u|lll
   Mandy Cheng        126                         _____
                                                  _____
                                                  _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                    _____
   Telephone number (evening)                     _____
   E-mail:                                        _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is            . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          ____06/6 3/_____, 2008
Signature                                Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

***Higazi v. Cadence Design Systems, Inc.***
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received B...

APR 2 1 2008

Settlement Services, ...

*ENTERED* APR 2 1 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112592
   Last four digits of Social Security number

   ‖ıⅼıₐₐⅼıⅼⅼₐⅼₐⅼıⅼⅼₐₐⅼıⅼⅼₐₐⅼⅼⅼₐₐⅼⅼⅼₐⅼⅼₐⅼⅼ
   Ravi Cherukuru              166

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |
| NJ | | |
| CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____CRam_____          _____06/15_____, 2008
         Signature                         Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

Received By

APR 1 1 2008

Settlement Services, Inc

*Higazi v. Cadence Design Systems, Inc.*  / 6
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 110851                    _____
   Last four digits of Social Security number       _____


   ||l|l||l||l|l||l||ll|l|l||l||ll|l||l|l||ll|l||l||l|l||l||l
   Anatoli G. Chiroglazov          187              _____
                                                    _____
                                                    _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                      _____
   Telephone number (evening)                       _____
   E-mail:                                          _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          _____04 – 0 7 —_____, 2008
Signature                                     Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

70

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

APR 28 2008

**SSI**

**ENTERED** APR 2 8 2008

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 108931
   Last four digits of Social Security number ¯ ¯ ¯

   \|\|.\|...\|.\|.\|\|.\|\|\|\|...\|\|....\|\|.\|\|.\|.\|\|.\|\|\|\|...\|\|\|\|.\|.\|
   Eng Chong              202

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is $          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____            _____ 4/12/ _____, 2008
              Signature                                    Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before _June 4, 2008_.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   _Higazi v. Cadence_ Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED MAY 1 3 2008

124

***Higazi v. Cadence Design Systems, Inc.***
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

Received By

MAY 1 3 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 108561
   Last four digits of Social Security number

   Ching-Ju Daisy Chou          23

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____    5/7/08 _____, 2008
Signature                           Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.