90

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED MAY 0 6 2008

**Received By**
MAY 0 5 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., **POSTMARKED** or **DELIVERED** (via facsimile or professional or personal delivery) by **June 4, 2008.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 104932
    Last four digits of Social Security number

    ‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖l‖
    Santosh Kulkarni          50

    If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is ⌐       . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        ___04/24/2008___, 2008
Signature                                      Date

### 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

### 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED MAY 2 1 2008

**Higazi v. Cadence Design Systems, Inc.**
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 2 1 2008

settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

6.  **Your Contact Information**

Please review and, if necessary, correct on the line to the right your contact information:

Cadence Employee ID #: 101180
Last four digits of Social Security number: _____

Hien La

_____

_____

_____

If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

Telephone number (daytime): _____
Telephone number (evening) _____
E-mail: _____

7.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $ _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

8. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____          _____ , 2008
Signature                                    Date

9. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

**ENTERED** JUN 0 2 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

JUN 0 2 2008

Settlement Services, Inc.

### CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 105553
   Last four digits of Social Security number

   lluluullululuullulululluilluuululululululululul
   Jeffrey Lantz          93

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |
| ID | | |

Based on this information, your estimated Settlement Share is $            Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

*missing 11-1-03 thru 5/29/04 in Idaho - Pay Stubs are included with my mailing.*

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____          _5-27-08_____ , 2008
             Signature                              Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action Settlement Administrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*31*

Received by

JUN 0 2 2008

Settlement Services, In

### *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED  JUN 0 4 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information**

   Please review and, if necessary, correct on the line to the right your contact information.

   Cadence Employee ID #: 70747
   Last four digits of Social Security number:                    _____

   Deborah R. Ledbetter                                           _____

                                                                  _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):          ___
   Telephone number (evening)           ___                       ___
   E-mail:                              ___

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| MA | | |



31

Received By

JUN 0 2 2008

Settlement Services, In:

Based on this information, your estimated Settlement Share is       Your estimated Settlement
Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class
Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the
Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to
the Labor and Workforce Development Agency of the State of California, and the payment to the
Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than
estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct
that information in the space below (using additional paper if necessary), and (ii) enclose documentary
evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed
information.  By submitting a correction, you are authorizing the Settlement Administrator to review
Cadence's records and make a determination based on Cadence's records and the records you submit.
This determination may increase or decrease the value of your share of the settlement.  All such
determinations by the Settlement Administrator are final and binding with no opportunity for further
appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc.
    (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this
    collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b);
    (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5
    of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern
    District of California presiding over this case; and (iv) authorize Class Counsel to act on my
    behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____         _____ , 2008
Signature                          Date

4.  **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or
professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received
by the Settlement Administrator later than this deadline will not be accepted absent good cause shown.
A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This
Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

5.  **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the
number above or Class Counsel (the attorneys who represent the Class) at
http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

73

ENTERED APR 2 8 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

APR 28 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 201811                          _____
   Last four digits of Social Security number             _____

   |||.|..|.|...||.|.|.||.|...|.||.|...|.||.|.||.|...|.|.||.|..|.|.|.|
   James J. Lee          18                               _____
                                                          _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):           -              _____
   Telephone number (evening)                           _____
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is $_____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____           ____4|9 April 9th____, 2008
         Signature                              Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

105

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED MAY 1 9 2008

Received By

MAY 1 9 2008

Settlement Services, Inc

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 110701
   Last four digits of Social Security number

   Karen Lee          120

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $ _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

    I declare under penalty of perjury under the laws of the United States that:

    1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

    2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

    3. I wish to receive my share of the proposed Settlement.

    _____          _____MAY 15_____, 2008
            Signature                                   Date

4.  **Postmark Deadline**

    **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

    *Higazi v. Cadence* Class Action SettlementAdministrator
    Post Office Box 1756
    Tallahassee, FL  32302-1756
    Tel.: (866)854-6044  Fax: (850)385-6008

5.  **Questions?**

    If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**RECEIVED BY**

APR 28 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 107756
   Last four digits of Social Security number

   |||||||||||||||||||||||||||||||||||||||||||||||
   Leta J. Lee          140

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |



Based on this information, your estimated Settlement Share is $          Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____
_____ ✓ _____ ✓ _____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          _4/23/08_____, 2008
                Signature                                           Date

## 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

## 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

57

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED APR 22 2008

RECEIVED BY

APR 22 2008

**SSI**

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 106810
   Last four digits of Social Security number

   ||I|I||I|II|I|I||I||II||II||II||II||II||II||II||I|
   Xiaoming Li          192

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   |  | Dates of Employment | |
   | --- | --- | --- |
   | State(s) Where You Worked | Start Date | End Date |
   | CA |  |  |



Based on this information, your estimated Settlement Share is _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____        _April 15, 2008_____, 2008
Signature                                      Date

4.  **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5.  **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 2 0 2008

Settlement Services, Inc.

ENTERED MAY 2 0 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 100974
   Last four digits of Social Security number

   _____

   _____

   |ılılılılıllıllıllıllıllıllılllıllılllıllılllıllıllılll
   Daniel J Lind          77

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime): 
   Telephone number (evening) 
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | MN | | |

Based on this information, your estimated Settlement Share is          '.  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          ____5/16_____, 2008
              Signature                                                      Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*134*

**Higazi v. Cadence Design Systems, Inc.**
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**Received By**

MAY 20 2008

Settlement Services, Inc

**ENTERED** MAY 2 0 2008

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 105640
   Last four digits of Social Security number

   |ılı.ıılı.ıııllı.ılıdı.ıllıllıdıdıllıllılı.lılıllıdı
   Srinivas V. Lingutla         81

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   | --- | --- | --- |
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is _____ Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        _____MAY 16,_____, 2008
         Signature                                   Date

### 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

59

***Higazi v. Cadence Design Systems, Inc.***
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED APR 2 4 2008

Received B:

APR 2 4 2008

Settlement Services, In

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 202491
   Last four digits of Social Security number

   \|l\|l\|ul\|ull\|l\|uu\|u\|l\|ul\|ll\|l\|uu\|ll\|ul\|ul\|lll\|uu\|u\|l\|ul\|l\|l\|l
   Anil Colin Lobo          182

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____          _APRIL, 16,_____, 2008
           Signature                                    Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*50*

### *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**Received By**

APR 2 1 2008

Settlement Services, In.

**ENTERED** APR 2 1 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 111860     _____
    Last four digits of Social Security number     _____

    |||||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||·||||·||·||·|
    Alfred N. Macaldo Jr.          123

    _____

    _____

    If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):     _____
    Telephone number (evening)      _____
    E-mail:                _____    _____

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| | Dates of Employment | |
|---|---|---|
| State(s) Where You Worked | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____          _____, 2008
   Signature                          Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044   Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*51*

**Higazi v. Cadence Design Systems, Inc.**
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

APR 21 2008

Settlement Services, Inc.

ENTERED APR 2 1 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 113930
   Last four digits of Social Security number

   ‖‖ː‖ı‖‖ı‖ı‖ı‖ı‖ı‖ı‖‖ı‖ı‖‖ı‖ı‖‖ı‖ı‖‖ı‖‖‖
   Barbara M. Maloney          100

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is ⌐          Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3.  Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Barbara M Maloney_          _April 9_          , 2008
        Signature                                    Date

## 4.  Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

_Higazi v. Cadence_ Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5.  Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED  APR 1 1 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By
APR 1 0 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 112313
    Last four digits of Social Security number

    _____

    _____

    Steven Margarit          97

    _____

    _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is $        Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____          _____, 2008
   Signature                                Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

Received By

APR 14 2008

Settlement Services, Inc

**ENTERED** APR 1 4 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 7245
   Last four digits of Social Security number

   _____
   _____

   Roy D. Maynard          153

   _____
   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is            Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Roy D. Maynard_                    _4-8-2008_ , 2008
(Signature                               Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

_Higazi v. Cadence_ Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

**Received By**

APR 2 1 2008

Settlement Services, Inc.

*ENTERED* APR 2 1 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 108625                    _____
   Last four digits of Social Security number       _____


   |ll|ull|ul|ll|llull|ll|ul|ul|ul|lull|lll|ull|ll|ul|ul|ll|ull
   Jeniffer L. Menendez          195                _____
                                                    _____
                                                    _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):        __   _____   ._____
   Telephone number (evening)         _____
   E-mail:                            __              _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   |                          | Dates of Employment |          |
   | ------------------------ | ------------------- | -------- |
   | State(s) Where You Worked | Start Date          | End Date |
   | CA                       |                     |          |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Jennifer Menendez_         _April 9_____ , 2008
Signature                               Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

_Higazi v. Cadence_ Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.* ENTERED MAY 0 8 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

Received By

MAY 0 8 2008

 settlement Services, Inc

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112289
   Last four digits of Social Security number    . .

   llılıluılllıuıllıılıluılullıuululuılıulluıllıuuluılll
   Linda O. Meyer                        92

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | | | |

   OR

Based on this information, your estimated Settlement Share is          . . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____                    _May 5_____ , 2008
Signature                                            Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

117

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**Received By**

MAY 2 0 2008

Settlement Services, Inc.

**ENTERED** MAY 2 0 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 114289
   Last four digits of Social Security number

   ‖‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖ı‖
   Joseph Mezzina                    156

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
|  | Start Date | End Date |
| CA |  |  |

Based on this information, your estimated Settlement Share is ˙              Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____          5-12-2008    , 2008
        Signature                         Date

4.  **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

5.  **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

***Higazi v. Cadence Design Systems, Inc.***
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

RECEIVED BY

MAY 13 2008

**SSI**

ENTERED MAY 1 4 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** **To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 114289
    Last four digits of Social Security number

    |||||||||||||||||||||||||||||||||||||||||||||||||
    Joseph Mezzina                    156

    If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

    | State(s) Where You Worked | Dates of Employment | |
    | --- | --- | --- |
    | | Start Date | End Date |
    | CA | | |

Based on this information, your estimated Settlement Share is ⸺          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        _5-12-2008_____, 2008
            Signature                              Date

## 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

RECEIVED BY

MAY 13 2008

SSI

## 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**ENTERED** APR 1 4 2008
Received By

APR 1 4 2008

Settlement Services, In

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 108502
    Last four digits of Social Security number    _____


    IllIuuIuIuIuIuIuIuIuIuIuIuIuIIuIIuuIuIuIIuIIuuuIll
    Steven Michels                94                  _____
                                                      _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):        ___
    Telephone number (evening)         ___
    E-mail:                            ___

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
|  | Start Date | End Date |
| UT |  |  |



Based on this information, your estimated Settlement Share is      .  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3.  <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_____     _____, 2008
        Signature                               Date

### 4.  <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

### 5.  <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**Received B**

APR 1 6 2008

Settlement Services, In

**ENTERED** APR 1 6 2008

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 108990
    Last four digits of Social Security number

    _____

    _____

    ‖₁l‖l₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁ll₁l‖l₁l
    Larry E Miller         17

    _____

    _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Larry E. Miller_                         _04 - 13_____ , 2008
     Signature                                    Date

### 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

### 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax:  (850)385-6008

**ENTERED** APR 1 4 2008
Received By

APR 14 2008

Settlement Services, I.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 101872                       _____
   Last four digits of Social Security number         _____


   ||l|ul|l|ul|l|u|l|lll|ul|l|l|ul|l|l|ul|l|ull
   Keith Patrick Mitchell          46                 _____
                                                      _____
                                                      _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):      _____   _____
   Telephone number (evening)       _____
   E-mail:                          _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _Keith C. Mutchell_                    _April 10_            , 2008
   Signature                              Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action Settlement Administrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

*189*

**Higazi v. Cadence Design Systems, Inc.**
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED JUN 0 4 2008

Received By

JUN 0 3 2008

.ettlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008**.

1. **Your Contact Information**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID #: 200621
   Last four digits of Social Security number:

   Yackov Mitelman

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   | | Start Date | End Date |
   | CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3.  Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____ /Yackov Mitelman/ _____  06/03 , 2008
    Signature                     Date

### 4.  Postmark Deadline

Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before **June 4, 2008**. A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5.  Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

Received By

JUN 0 3 2008

ettlement Services, In.

151

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**ENTERED** MAY 2 8 2008

Received By

MAY 2 7 2008

Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 202053                       _____
   Last four digits of Social Security number          _____

   IIlIlIllIllIlIllIlIllIllIllIllIllIllIllIllIlIllIlIIlIllIlllIllIllI
   Krishan Gopal Mittal            165                  _____

   ―                                                   _____
                                                       _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):                         _____
   Telephone number (evening)                          _____
   E-mail:                                             _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        _____05\17\_____, 2008
Signature                                        Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

141

*Higazi v. Cadence Design Systems, Inc.* ENTERED MAY 1 9 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received B.
MAY 1 9 2008
Settlement Services, I.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:**  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 7714
   Last four digits of Social Security number    _____

   Alan Dean Morales            157    _____
                                        _____

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):    _____
   Telephone number (evening)     _____
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

JH JC

Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_Alan D. Morales_                         _May 15,_____ , 2008
Signature                                       Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*64*

ENTERED MAY 0 2 2008

### *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received B\
MAY 0 1 2008
Settlement Services, In\

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 113390
   Last four digits of Social Security number   _ _ _

   lllhlhlhlllhlllhhlllhlhlhlhlhlhhhhlllhllhl
   Carlos A. Moreno                159

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is $          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          4/25/2008          , 2008
Signature                                        Date

### 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

> *Higazi v. Cadence* Class Action Settlement Administrator
> Post Office Box 1756
> Tallahassee, FL 32302-1756
> Tel.: (866)854-6044  Fax: (850)385-6008

### 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED JUN 0 4 2008 147

*Higazi v. Cadence Design Systems, Inc.*

Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008



Received By
JUN 0 3 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 200109
   Last four digits of Social Security number

   IIdodIdoodIdoIdIdoooIIIodoIIdIIodIoodIdoIdId
   Manish Mundhada          177

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |



Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _CJ C Cundhada_                    _05 / 05 /_____, 2008
   Signature                          Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action Settlement Administrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax:  (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

147

*Higazi v. Cadence Design Systems, Inc.*  **ENTERED** MAY 2 1 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By
MAY 2 1 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 200109
   Last four digits of Social Security number

   _____

   ‖‖l‖ul‖uul‖ul‖l‖l‖uul‖l‖ul‖l‖ul‖uul‖l‖l‖l
   Manish Mundhada            177

   _____
   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          _____05/05/_____, 2008
Signature                                                      Date

## 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

155

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

**ENTERED** MAY 2 8 2008

Received By

MAY 2 7 2008

Settlement Services, Inc.

**CLAIM FORM**

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 226
   Last four digits of Social Security number

   _____
   _____

   IIıIıIIııIıIıIıııIIIııIıIıIIııIıIıIııIIııIıIıIIıııI
   Scott D. Nadeau          118

   _____
   _____
   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CO | | |

Based on this information, your estimated Settlement Share is '                . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____        _____May 21_____, 2008
            Signature                           Date

### 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED MAY 2 8 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

MAY 2 7 2008

Settlement Services, Inc

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by **June 4, 2008**.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 106332
   Last four digits of Social Security number

   _____

   _____

   |||.|..|.|.||..||..||.|.|.|..||||.|..||.||.|.|||
   Shakuntala Nagarajan        200

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime): —
   Telephone number (evening): —
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   | --- | --- | --- |
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____Shakuntale  Najuragan_____          _____5/21/08_____ , 2008
        Signature                                              Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

132

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED MAY 1 6 2008

Received B·
MAY 1 6 2008
Settlement Services, I.·

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 101033
   Last four digits of Social Security number

   _____

   _____

   llı.lıı.lıı.lll.ıı.lıl.lııl.lll.ıı.lııl.lıll.lll.lıl.lıl.lıl.lıl
   Chandramohan Narayanan            44

   _____

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):      _____
   Telephone number (evening)       _____
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is                    Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3.   Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____      _____, 2008
                   Signature                                              Date

### 4.   Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5.   Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

142

*Higazi v. Cadence Design Systems, Inc.* ENTERED MAY 1 9 2008
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By
MAY 1 9 2008
Settlement Services, In.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 112177                  _____
   Last four digits of Social Security number    _____

   |ll|ul|ll|lll|ul|ll|lll|ul|lll|ul|lll|ul|lll|ul|lll|ul|lll|l|ll|ul
   Padmaja K. Narwankar              199
                                                 _____
                                                 _____
                                                 _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):      —
   Telephone number (evening)       —
   E-mail:                          -

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |

Based on this information, your estimated Settlement Share is              .  Your estimated Settlement
Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class
Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the
Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to
the Labor and Workforce Development Agency of the State of California, and the payment to the
Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than
estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct
that information in the space below (using additional paper if necessary), and (ii) enclose documentary
evidence supporting your correction(s).

_____

_____

**Note:**   If you do not submit a correction, you waive your right to challenge the above pre-printed
information.  By submitting a correction, you are authorizing the Settlement Administrator to review
Cadence's records and make a determination based on Cadence's records and the records you submit.
This determination may increase or decrease the value of your share of the settlement.  All such
determinations by the Settlement Administrator are final and binding with no opportunity for further
appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc.
   (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this
   collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b);
   (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5
   of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern
   District of California presiding over this case; and (iv) authorize Class Counsel to act on my
   behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____                    05 / 14            , 2008
Signature                                          Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or
   professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received
   by the Settlement Administrator later than this deadline will not be accepted absent good cause shown.
   A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This
   Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action Settlement Administrator
   Post Office Box 1756
   Tallahassee, FL 32302-1756
   Tel.: (866)854-6044 Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the
   number above or Class Counsel (the attorneys who represent the Class) at
   http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

149

**ENTERED** MAY 3 0 2008

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

Received By
MAY 3 0 2008
Settlement Services, Inc.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information**

   Please review and, if necessary, correct on the line to the right your contact information:

   · Cadence Employee ID #: 2675
   Last four digits of Social Security number: _____

   Susan D. Nathan _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime): _____
   Telephone number (evening) _____
   E-mail: _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3.  **Signature and Confirmation of Consent to Join Collective Action**

    I declare under penalty of perjury under the laws of the United States that:

    1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

    2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

    3.  I wish to receive my share of the proposed Settlement.

    _____        _____, 2008
    Signature                        Date

4.  **Postmark Deadline**

    **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

    *Higazi v. Cadence* Class Action Settlement Administrator
    Post Office Box 1756
    Tallahassee, FL 32302-1756
    Tel.: (866)854-6044  Fax: (850)385-6008

5.  **Questions?**

    If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

9 √

### *Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044 Fax: (850)385-6008

ENTERED MAY 0 6 2008

**Received By**

MAY 0 5 2008

Settlement Services, п.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 101745
   Last four digits of Social Security number     _____

   _____

   |ılı·ıl·ılıııllıllıııl·ı·llllııl·l·lllıllıllıl·lıl·lll
   Chung Ngo     164

   _____

   _____

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):     _____
   Telephone number (evening)     _____
   E-mail:     _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | CA | | |



Based on this information, your estimated Settlement Share is $            Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

   I declare under penalty of perjury under the laws of the United States that:

   1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

   2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

   3. I wish to receive my share of the proposed Settlement.

   _____          ___5 / 1_____, 2008
   Signature                                 Date

4. **Postmark Deadline**

   **Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

   *Higazi v. Cadence* Class Action SettlementAdministrator
   Post Office Box 1756
   Tallahassee, FL  32302-1756
   Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

   If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.* 60
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received B
APR 24 2008
Settlement Services, In.

ENTERED APR 24 2008

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE: To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 100959 _____
   Last four digits of Social Security number _____

   |ı|ıı|ı|ıııı||ı||ıı|ıı||ıı|||ı|ıı||ıııı||ı|ı|ı|||ıı|ı|ıı||
   Henry X. Nguyen                    55                    ___

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):     ___    _____
   Telephone number (evening)      ___    _____
   E-mail:                         ___    _____

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   |  | Dates of Employment | |
   |---|---|---|
   | State(s) Where You Worked | Start Date | End Date |
   | TX | | |

Based on this information, your estimated Settlement Share is .          Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____          _____4/12_____ , 2008
Signature                                                   Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED APR 2 1 2008

**Received By**
APR 2 1 2008
Settlement Services, Inc

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 106397
   Last four digits of Social Security number

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   Hoa T. Nguyen          74

   If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
|  | Start Date | End Date |
| CA |  |  |



Based on this information, your estimated Settlement Share is _____ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

*Hoa Thanh Nguyen* _____    *4/18* _____ , 2008
Signature                                           Date

## 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

183

*Higazi v. Cadence Design Systems, Inc.*

**ENTERED** JUN 0 2 2008 **Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received ß

JUN 0 2 2008

Settlement Service

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 106058
    Last four digits of Social Security number

    _____

    _____

    I|I|ıı|ıı|I|ı|ıı|ı|ıı|ıı|ıI|Iı|ıı|ıı|ıı|ıı|ıı|ı|ı|Iı|I
    John B Nguyen                           155

    _____

    _____

    _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):                              _____
    Telephone number (evening)                               _____
    E-mail:                                                  _____

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| | Dates of Employment | |
| State(s) Where You Worked | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is          . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

## 3.  <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1.  The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2.  I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3.  I wish to receive my share of the proposed Settlement.

_John Boula Nagu_____    _____05 - 97 ____, 2008
Signature                                   Date

## 4.  <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

## 5.  <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

*Higazi v. Cadence Design Systems, Inc.*
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

ENTERED APR 2 1 2008

Received By
APR 2 1 2008
Settlement Services, Inc

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1. **Your Contact Information.**

   Please review and, if necessary, correct on the line to the right your contact information:

   Cadence Employee ID # 110046
   Last four digits of Social Security number

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   Lee Nichols                144

   If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

   Telephone number (daytime):
   Telephone number (evening)
   E-mail:

2. **Your Estimated Settlement Share, Dates of Employment, and Work Location**

   Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

   | State(s) Where You Worked | Dates of Employment | |
   |---|---|---|
   | | Start Date | End Date |
   | UT | | |

Based on this information, your estimated Settlement Share is              .  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**  If you do not submit a correction, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. Signature and Confirmation of Consent to Join Collective Action

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____     \_\_\_\_\_*16  APRIL*\_\_\_\_\_, 2008
                Signature                                              Date

### 4. Postmark Deadline

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.**  A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience.  This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL  32302-1756
Tel.: (866)854-6044   Fax: (850)385-6008

### 5. Questions?

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

2 of 2

175

*Higazi v. Cadence Design Systems, Inc.*

ENTERED  JUN 0 2 2008  **Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received By

JUN 0 2 2008

Settlement Services, Ii.

## CLAIM FORM

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by <u>June 4, 2008</u>.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 103895                         _____
    Last four digits of Social Security number           _____

    |||.|..|.|.|...||.|.||.|.||.|.|.|.|.||.|.||.|.|.||.|.|..|.|.||.||
    Deepna Nishar        54                              _____
                                                         _____
                                                         _____

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
|---|---|---|
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is ⸻ . Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____

_____

**Note:**    If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

### 3. <u>Signature and Confirmation of Consent to Join Collective Action</u>

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____*Deepna·N*_____        _____*May 30*th_____ , 2008
Signature                                          Date

### 4. <u>Postmark Deadline</u>

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before <u>June 4, 2008</u>.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action SettlementAdministrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

### 5. <u>Questions?</u>

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.

ENTERED APR 1 4 2008

**Higazi v. Cadence Design Systems, Inc.,**
**Class Action Settlement Administrator**
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

Received by

APR 14 2008

Settlement Services, i.

## CLAIM FORM

**NOTE:**  Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:  To receive any money from this settlement, you must properly complete and submit a Claim Form to the Settlement Administrator, Settlement Services, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by June 4, 2008.**

1.  **Your Contact Information.**

    Please review and, if necessary, correct on the line to the right your contact information:

    Cadence Employee ID # 116613
    Last four digits of Social Security number

    ‖‖‖ıl‖‖ıll‖‖l‖l‖‖l‖ıl‖ıl‖l‖ıl‖l‖ıl‖l‖l‖
    James O. Njoku          70

    If you wish, please add further contact information here.  This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

    Telephone number (daytime):
    Telephone number (evening)
    E-mail:

2.  **Your Estimated Settlement Share, Dates of Employment, and Work Location**

    Cadence Design Systems, Inc.'s records show that you were employed by Cadence in a Covered Position during the Covered Period as defined in the Settlement (see § 1.a. of the Class Notice) as follows:

| State(s) Where You Worked | Dates of Employment | |
| --- | --- | --- |
| | Start Date | End Date |
| CA | | |

Based on this information, your estimated Settlement Share is _____. Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payment, the Class Counsel Attorneys' Fees and Costs Payment, the payment to the Labor and Workforce Development Agency of the State of California, and the payment to the Settlement Administrator. Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that your work location or number of work weeks is incorrect as stated, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

**Note:** If you do not submit a correction, you waive your right to challenge the above pre-printed information. By submitting a correction, you are authorizing the Settlement Administrator to review Cadence's records and make a determination based on Cadence's records and the records you submit. This determination may increase or decrease the value of your share of the settlement. All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with Cadence Design Systems, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____                   _April 10th_____, 2008
Signature                                       Date

4. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before June 4, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A self-addressed, postage pre-paid stamped envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Higazi v. Cadence* Class Action Settlement Administrator
Post Office Box 1756
Tallahassee, FL 32302-1756
Tel.: (866)854-6044  Fax: (850)385-6008

5. **Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator at the number above or Class Counsel (the attorneys who represent the Class) at http://www.lieffcabraser.com/cadence-overtime.htm, jsagafi@lchb.com, or 1-800-541-7358.