# EXHIBIT G

ENTERED JUN 0 4 2008                31                Received By

JUN 0 2 2008

Settlement Services, Inc.

## Withdrawal of "Election Not To Participate In Settlement" Form

*Higazi v. Cadence* Class Action Settlement Administrator
Settlement Services Inc.
P.O. Box 1756
Tallahassee, Florida 32302-1756

Tel.: (866) 854-6044;  Fax: (850) 385-6008


I hereby withdraw the "Election Not To Participate In Settlement" form that I submitted to the Settlement Administrator in connection with the case *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2813 JW.


Deborah R. Ledbetter
Signature                                          6/2/08
                                                   Date

Deborah R. Ledbetter
Printed name


_____
(Cadence employee ID) number
**OR**
last four digits of Social Security Number


761400.1

32

**ENTERED** MAY 2 9 2008

**RECEIVED BY**

MAY 28 2008

**SSI**

## Withdrawal of "Election Not To Participate In Settlement" Form

*Higazi v. Cadence* Class Action Settlement Administrator
Settlement Services Inc.
P.O. Box 1756
Tallahassee, Florida 32302-1756

Tel.: (866) 854-6044;  Fax: (850) 385-6008

I hereby withdraw the "Election Not To Participate In Settlement" form that I submitted to the Settlement Administrator in connection with the case *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2813 JW.

I would like to participate in the settlement, and I intend to submit a Claim Form.

_____
Signature

_5-23-2008_
Date

_Orlando Teixeira_
Printed name

_____
Cadence employee ID number
**_OR_**
last four digits of Social Security Number

761400.1

37

**Received By**

MAY 1 6 2008

ettlement Services, Inc.

## <u>Withdrawal of "Election Not To Participate In Settlement" Form</u>

*Higazi v. Cadence* Class Action Settlement Administrator
Settlement Services Inc.
P.O. Box 1756
Tallahassee, Florida 32302-1756

Tel.: (866) 854-6044;  Fax: (850) 385-6008

I hereby withdraw the "Election Not To Participate In Settlement" form that I submitted to the Settlement Administrator in connection with the case *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2813 JW.

_____                    5/9/08
Signature                                              Date

CHERRYL DE LA CRUZ
Printed name

_____  _____
Cadence employee ID number
   **OR**
last four digits of Social Security Number

Received By

MAY 2 3 2008

Settlement Services, Inc.

## Withdrawal of "Election Not To Participate In Settlement" Form

*Higazi v. Cadence* Class Action Settlement Administrator
Settlement Services Inc.
P.O. Box 1756
Tallahassee, Florida 32302-1756

Tel.: (866) 854-6044;  Fax: (850) 385-6008

I hereby withdraw the "Election Not To Participate In Settlement" form that I submitted to the Settlement Administrator in connection with the case *Higazi v. Cadence Design Systems, Inc.,* Case No. 07-2813 JW.

_____
Signature

5/23/08
Date

Devek Bliss
Printed name

_____    _____
Cadence employee ID number
**OR**
last four digits of Social Security Number

761400.1