# EXHIBIT H

## Higazi v. Cadence Design Systems, Inc.
### As of: 06/13/08

Notices Mailed: 04/04/08
Claim Form Deadline: 06/04/08
Challenge Deadline: 06/04/08
Opt-Out Deadline: 05/20/08
Objection Deadline: 05/20/08
Final Approval Hearing: 07/07/08

Class Periods:
  California: 05/30/03 until 03/12/08
  Other States: 05/30/04 until 03/12/08
Class Size: 207
Current Filing Percentage: 87.92%

|   | Description | Count |
|---|---|---|
| **Mail** | Notices Mailed | 207 |
|   | Undeliverable Notices | 2 |
|   | Forwarded Notices | 0 |
|   | Notices Traced | 2 |
|   | Re-mailed Notices | Mailed Reminder Cards |
|   | Notices Returned 2nd Time | 0 |
| **Claims** | Claim Forms (Timely) | 182 |
|   | Claim Forms (Untimely) | 0 |
|   | Challenges | 13 |
|   | Opt-Outs | 0 |
|   | Objections | 0 |
|   | Rescissions | 4 |
|   | Withdrawals | 0 |
| **Class** | Class Size | 207 |
|   | % Filing Claims | 87.92% |
|   | % of Total Funds Claimed | 90.39% |
|   | % of Opt-Outs | 0% |
|   | % of Total Funds of those who Opted Out | 0% |