1  Kelly M. Dermody (SBN 171716)
   Jahan C. Sagafi (SBN 224887)
2  LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile:  (415) 956-1008
5  E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
6
   James M. Finberg (SBN 114850)
7  Peter E. Leckman (SBN 235721)
   ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
   San Francisco, CA  94108
9  Telephone: (415) 421-7151
   Facsimile:  (415) 362-8064
10 E-Mail: jfinberg@altshulerberzon.com
   E-Mail: pleckman@altshulerberzon.com
11
   *Attorneys for Plaintiff and the proposed Class*
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No.  C-07-2813 JW<br><br>**REPLY IN SUPPORT OF (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT, (2) MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS, AND (3) MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENT**<br><br>Date:       July 7, 2008<br>Time:       9:00 a.m.<br>Courtroom: 8<br><br>The Honorable James Ware |

Plaintiff submits this brief in support of all three pending motions: (1) the parties' Joint Motion for Final Approval of Class Action Settlement, (2) Plaintiff's Motion For Award Of Attorneys' Fees And Reimbursement Of Expenses, and (3) Plaintiff's Motion For Award Of Class Representative Service Payment.

## I.  No Opposition Has Been Filed.

In accordance with the briefing schedule set forth by the Court, the parties filed these three motions and supporting documentation on Thursday, June 19, 2008. The deadline for oppositions to these motions was Thursday, June 29, 2008. No opposition was filed.

## II.  The Settlement Administrator Has Updated The Participation Information.

Since the filing of these motions, the Settlement Administrator has continued to process Claim Forms. To reflect the processing of recently received valid Claim Forms, the Settlement Administrator has executed a Supplemental Declaration, which is being submitted herewith. This declaration shows that 184 of the 207 Class members submitted Claim Forms, constituting an outstanding 89% participation rate. No Class member has opted out, and no Class member has objected to any aspect of the Settlement, the attorneys' fees, or the Class representative service payment.

## III.  Conclusion.

For the reasons sets forth in the opening briefing, and as evidenced by the overwhelmingly enthusiastic response of the Class, the Settlement is fair, reasonable, and adequate, the requested attorneys' fees and costs are reasonable, and the Class representative service payment is reasonable. Plaintiffs respectfully submit that the Court should grant (1) final approval of the Settlement and final class certification and collective action designation, (2) the requested attorneys' fees and reimbursement of expenses, and (3) the requested Class representative service payment.

Respectfully submitted,

Date: July 2, 2008

By: */s/ Jahan C. Sagafi*
    Jahan C. Sagafi

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
Peter E. Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: pleckman@altshulerberzon.com

*Attorneys for Plaintiff and the proposed Classes*