1  KELLY M. DERMODY (SBN 171716)
   JAHAN C. SAGAFI (SBN 224887)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008            M. KIRBY C. WILCOX (SBN 78576)
5                                       JEFFREY D. WOHL (SBN 96838)
   JAMES M. FINBERG (SBN 114850)        MOLLY A. HARCOS (SBN 233556)
6  PETER E. LECKMAN (SBN 235721)        PAUL, HASTINGS, JANOFSKY &
   ALTSHULER BERZON LLP                 WALKER LLP
7  177 Post Street, Suite 300           55 Second Street, 24th Floor
   San Francisco, CA 94108              San Francisco, California 94105
8  Telephone: (415) 421-7151            Telephone: (415) 856-7000
   Facsimile: (415) 362-8064            Facsimile: (415) 856-7100
9
   Attorneys for Plaintiff and the Class    Attorneys for Defendant
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15  AHMED HIGAZI, on behalf of himself and a    No.: C-07-2813-JW

16  class of those similarly situated,          SUPPLEMENTAL DECLARATION OF
                                                TRAE SMITH DESCRIBING
17           Plaintiff,                         SETTLEMENT ADMINISTRATION

18      vs.

19  CADENCE DESIGN SYSTEMS, INC.,

20           Defendant

21

22

23

24

25

Supplemental Declaration of Trae Smith Describing Settlement Administration - 1

I, TRAE SMITH, declare:

1. I am Project Manager for Settlement Services, Inc. (the "Settlement Administrator"). The Settlement Administrator was appointed by the Court in the above-captioned lawsuit; among other things, to (1) track and timely report to Class Counsel and Counsel for Cadence returned Claim Forms; and (2) resolve disputes by Class Members regarding the number of Compensable Work Weeks or other matters, and notify Class Counsel and Counsel for Cadence of such dispute and their resolution.

2. The deadline for postmarking completed Claim Forms was June 4, 2008. As of the date of this declaration, the Settlement Administrator received two (2) untimely Claim Forms, which the parties have agreed to treat as timely. Previously, the Settlement Administrator had received 182 Claim Forms, all of which had been deemed valid. Therefore, the Settlement Administrator has received 184 valid Claim Forms (this constitutes an 89% participation rate). A true and correct copy of the most recent weekly report, which updates Class Counsel and Cadence's Counsel with information regarding Class Member response to the Notice, is attached hereto as Exhibit A.

3. As of the date of this declaration, the Settlement Administrator received thirteen (13) timely challenges in regards to work location or number of weeks worked. Eight (8) challenges were denied because the Class Members sought to extend their dates of employment beyond the Class Period. *See* Declaration of Trae Smith Describing Settlement Administration (Docket No. 68-7). Two (2) challenges were deficient due to failure to include documentary evidence. On June 12, 2008, challenge deficiency letters were mailed to those two (2) Class Members via Federal Express Overnight Delivery. The challenge deficiency letters informed the Class Members that they must submit documentary evidence by June 16, 2008, in order for their challenge to be considered. Of these two deficient challenges, one class member

subsequently submitted documentary evidence, and one did not. Thus, one of these challenges was denied for failure to include documentary evidence as required under the Settlement.

4.  The Settlement Administrator reviewed the four (4) remaining valid challenges and requested that Cadence Design Systems, Inc. ("Cadence"), provide additional information related to the challenged information. On July 1, 2008, the Settlement Administrator received the requested information related to the valid challenges. Per the Settlement Administrator's review of the requested information, these four (4) valid challenges were denied because the Class Members sought to include time outside of the covered period or for positions/grades outside the class. On July 2, 2008, challenge denial letters were mailed to those four (4) Class Members via First Class U.S. Mail.

I declare under penalty of perjury under the laws of the State of Florida and of the United Sates that the foregoing is true and correct, and that this Declaration was executed this 2nd day of July 2008, in Tallahassee, Florida.

Trae Smith
Settlement Services, Inc
2032-D Thomasville Road
Tallahassee, Florida 32308
Telephone: (850) 385-6216
Facsimile: (850) 385-6008

# EXHIBIT A

**Higazi v. Cadence Design Systems, Inc.**
**As of: 07/02/08**

Notices Mailed: 04/04/08
Claim Form Deadline: 06/04/08
Challenge Deadline: 06/04/08
Opt-Out Deadline: 05/20/08
Objection Deadline: 05/20/08
Final Approval Hearing: 07/07/08

Class Periods:
  California: 05/30/03 until 03/12/08
  Other States: 05/30/04 until 03/12/08
Class Size: 207
Current Filing Percentage: 89%

|  | Description | Count |
|---|---|---|
| **Mail** | Notices Mailed | 207 |
|  | Undeliverable Notices | 2 |
|  | Forwarded Notices | 0 |
|  | Notices Traced | 2 |
|  | Re-mailed Notices | Mailed Reminder Cards |
|  | Notices Returned 2nd Time | 0 |
| **Claims** | Claim Forms (Timely) | 184 |
|  | Claim Forms (Untimely) | 0 |
|  | Challenges | 13 |
|  | Opt-Outs | 0 |
|  | Objections | 0 |
|  | Rescissions | 4 |
|  | Withdrawals | 0 |
| **Class** | Class Size | 207 |
|  | % Filing Claims | 89% |
|  | % of Total Funds Claimed | 92% |
|  | % of Opt-Outs | 0% |
|  | % of Total Funds of those who Opted Out | 0% |