UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  July 7, 2008**  **Court Reporter: Summer Clanton**
**Case No.: C- 07-02813  JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

Ahmed Higazi v. Cadence Design Systems, Inc

**Attorney(s) for Plaintiff(s)**: James Finberg, Jahan Sagafi, Kelly Dermody
**Attorney(s) for Defendant(s)**: Jeffrey Wohl, Molly Harcos

## PROCEEDINGS

(1)  Hearing on Final Approval re Settlement [Doc. 45, 61, 68]
(2)  Plaintiff's Motion For Award of Class Representative Service  Payment [Doc. 66]
(3)  Plaintiff's Motion for Attorney Fees and Reimbursement of Expenses [Doc. 67]

## ORDER AFTER HEARING

Hearing Held. The Court to issue further order on Motion re Approval of Settlement.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: