Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

James M. Finberg (SBN 114850)
Peter E. Leckman (SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
E-Mail: jfinberg@altber.com
E-Mail: pleckman@altber.com

*Attorneys for Plaintiffs Michael P.
O'Connor, Timothy C. Whaley, Mario
Espinoza-Alvarez, Tsaichuan Kao, Tri H.
Dao, Peter T. Edwards, and Ron Smith*

M. Kirby C. Wilcox (SBN 78576)
Jeffrey D. Wohl (SBN 96838)
Molly A. Harcos (SBN 233556)
PAUL, HASTINGS, JANOFSKY & WALKER
  LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-Mail: kirbywilcox@paulhastings.com
E-Mail: jeffwohl@paulhastings.com
E-Mail: mollyharcos@paulhastings.com

*Attorneys for Defendant Cadence Design
Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AHMED HIGAZI, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant. | Case No. 07-2813 JW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| MICHAEL P. O'CONNOR, TIMOTHY C. WHALEY, MARIO ESPINOZA-ALVAREZ, TSAICHAUN KAO, TRI H. DAO, PETER T. EDWARDS, and RON SMITH<br><br>Plaintiffs,<br><br>v.<br><br>CADENCE DESIGN SYSTEMS, INC.,<br><br>Defendant | Case No. 08-3513 HRL |

# STIPULATION

Plaintiffs Michael P. O'Connor, Timothy C. Whaley, Mario Espinoza-Alvarez, Tsaichuan Kao, Tri H. Dao, Peter T. Edwards, and Ron Smith, who are plaintiffs in *O'Connor v. Cadence Design Systems, Inc.*, Case No. 08-3513 HRL ("*O'Connor*") ("Plaintiffs") and Cadence Design Systems, Inc. ("Cadence") (collectively, "the parties"), acting through their respective attorneys of record, stipulate as follows:

1. The parties recently reached a class-action settlement of approximately $7.7 million on behalf of 207 Cadence employees in *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2813 JW. Judge Ware granted final approval of that settlement on July 7, 2008.

2. Separately, another 7 Cadence employees approached Plaintiffs' counsel in *Higazi* seeking representation on closely similar claims, and thereafter filed the *O'Connor* action.

3. After arms-length and good-faith negotiations, the parties have reached a settlement of the claims asserted in *O'Connor* that is based on and substantially similar to the *Higazi* settlement. However, the *O'Connor* case is an individual case, not a class action. The parties are currently finalizing the language of this settlement agreement.

4. The parties hope to present the settlement agreement in *O'Connor* to the Court this Friday, July 25, 2008, for approval pursuant to the Fair Labor Standards Act.

5. The terms of the settlement provide for the settlement to be effective only if the Court enters judgment approving the settlement by Friday, August 15, 2008. Thus, if the settlement is not reached by August 15, 2008, the *O'Connor* plaintiffs receive no relief, and Cadence receives no peace as to these claims.

6. The parties have filed a Joint Administrative Motion To Consider Whether Cases Should Be Related (hereinafter "Joint Administrative Motion"), pursuant to Civil Local Rule 3-12. The parties request that the *O'Connor* case be deemed related to the instant case ("*Higazi*") and reassigned to the undersigned.

7. Relation of *O'Connor* to *Higazi* will facilitate effectuation of the settlement of *O'Connor*.

SO STIPULATED.

Dated:  July 23, 2008                    By:   */s/ Jahan C. Sagafi*
                                                Jahan C. Sagafi

                                         Kelly M. Dermody (Cal. Bar No. 171716)
                                         Jahan C. Sagafi (Cal. Bar No. 224887)
                                         LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN, LLP
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111-3339
                                         Telephone:  (415) 956-1000
                                         Facsimile:   (415) 956-1008
                                         E-Mail: kdermody@lchb.com
                                         E-Mail: jsagafi@lchb.com

                                         James M. Finberg (SBN 114850)
                                         Peter E. Leckman (SBN 235721)
                                         ALTSHULER BERZON LLP
                                         177 Post Street, Suite 300
                                         San Francisco, CA  94108
                                         Telephone:  (415) 421-7151
                                         Facsimile:   (415) 362-8064
                                         E-Mail: jfinberg@altber.com
                                         E-Mail: pleckman@altber.com

                                         *Attorneys for Plaintiffs Michael P. O'Connor, Timothy C. Whaley, Mario Espinoza-Alvarez, Tsaichuan Kao, Tri H. Dao, Peter T. Edwards, and Ron Smith*

Dated:  July 23, 2008                    By:   */s/ Jeffrey D. Wohl*
                                                Jeffrey D. Wohl

                                         M. Kirby C. Wilcox (SBN 78576)
                                         Jeffrey D. Wohl (SBN 96838)
                                         Molly A. Harcos (SBN 233556)
                                         PAUL, HASTINGS, JANOFSKY & WALKER
                                           LLP
                                         55 Second Street, 24th Floor
                                         San Francisco, California  94105
                                         Telephone: (415) 856-7000
                                         Facsimile: (415) 856-7100
                                         E-Mail: kirbywilcox@paulhastings.com
                                         E-Mail: jeffwohl@paulhastings.com
                                         E-Mail: mollyharcos@paulhastings.com

                                         *Attorneys for Defendant Cadence Design Systems, Inc.*

774828.2

STIPULATION & [PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO RELATE CASES
Case No. 07-2813 JW

1 **[PROPOSED] ORDER**

2   Pursuant to the parties' stipulation, and good cause appearing, the Court hereby

3 GRANTS the Joint Administrative Motion.

4   IT IS ORDERED that the following cases are related:

5   (1)   *Higazi v. Cadence Design Systems, Inc.*, Case No. 07-2813 JW, and

6   (2)   *O'Connor v. Cadence Design Systems, Inc.*, Case No. 08-3513 HRL.

7   IT IS ORDERED that the *O'Connor* case is reassigned to the undersigned.

8   **It is so ORDERED.**

_____
Honorable James Ware
United States District Court